1    **KIESEL BOUCHER LARSON LLP**
Paul R. Kiesel (SBN 119854)
2    *kiesel@kbla.com*
8648 Wilshire Boulevard
3    Beverly Hills, CA 90211-2910
Telephone:    (310) 854-4444
4    Facsimile:     (310) 854-0812
5    *Interim Liaison Counsel*

6    **BARTIMUS, FRICKLETON,**             **STEWARTS LAW US LLP**
**ROBERTSON & GORNY, P.C.**      David A. Straite. (admitted *pro hac vice*)
7    Edward D. Robertson, Jr.                 Ralph N. Sianni
Stephen M. Gorny                       Michele S. Carino
8    James P. Frickleton                    Lydia E. York
Mary D. Winter                        1201 North Orange Street, Suite 740
9    Edward D. Robertson III             Wilmington, DE 19801
11150 Overbrook Road, Suite 200    *dstraite@stewartslaw.com*
10   Leawood, KS 66211                Telephone:    (302) 298-1200
*chiprob@earthlink.net*            Facsimile:     (302) 298-1222
11   Telephone:    (913) 266-2300     *Interim Co-Lead Counsel*
Facsimile:     (913) 266-2366
12   *Interim Co-Lead Counsel*

13                 **IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14                          **SAN JOSE DIVISION**

15   **IN RE: FACEBOOK, INC. INTERNET**    No. 5:12-md-02314-EJD
**TRACKING LITIGATION**
16                                        **NOTICE OF ERRATA RE: FIRST**
**AMENDED CONSOLIDATED CLASS**
17                                        **ACTION COMPLAINT**

18

19

20

21

22

23

24

25

26

27

28

Please take notice that, due to a technical error, the First Amended Consolidated Class Action Complaint filed on May 17, 2012 (Dkt. No. 33), is missing characters on Pages 12-19. A Corrected First Amended Consolidated Class Action Complaint will be filed on the Court's ECF system. No changes were made to the substance of the document other than to correct the technical error.

DATED this 23rd day of May, 2012.                    Respectfully submitted,

**BARTIMUS, FRICKLETON,**                            **STEWARTS LAW US LLP**
**ROBERTSON & GORNY, P.C.**

_____/s/ Edward D. Robertson Jr._____         _____/s/ David A. Straite_____
Edward D. Robertson, Jr.                            David A. Straite (admitted *pro hac vice*)
James P. Frickleton                                 Ralph N. Sianni
Mary D. Winter                                      Michele S. Carino
Edward D. Robertson III                             Lydia E. York
11150 Overbrook Road, Suite 200                     1201 North Orange Street, Suite 740
Leawood, KS  66211                                  Wilmington, DE 19801
*chiprob@earthlink.net*                             *dstraite@stewartslaw.com*
Telephone:      (913) 266-2300                      Telephone:      (302) 298-1200
Facsimile:      (913) 266-2366                      Facsimile:      (302) 298-1222
***Interim Co-Lead Counsel***                       ***Interim Co-Lead Counsel***

**KIESEL BOUCHER LARSON LLP**
Paul R. Kiesel, Esq. (SBN 119854)
8648 Wilshire Boulevard
Beverly Hills, CA 90211
*kiesel@kbla.com*
Telephone: (310) 854-4444
Facsimile: (310) 854-0812
***Interim Liaison Counsel***

| | |
|---|---|
| 1 | Stephen G. Grygiel |
| 2 | John E. Keefe, Jr.<br>Jennifer Harwood |
| 3 | **KEEFE BARTELS LLC**<br>170 Monmouth Street |
| 4 | Red Bank, NJ 07701<br>Telephone:     (732) 224-9400 |
| 5 | Facsimile:     (732) 224-9494<br>*sgrygiel@keefebartels.com* |
| 6 | *Plaintiffs' Steering Committee Member* |

Michael S. Schwartz
Mark S. Mandell
Zachary Mandell
**MANDELL, SCHWARTZ & BOISCLAIR, LTD.**
1 Park Row
Providence, RI 02903
*msmandell@msb-atty.com*
Telephone:     (401) 273-8330
Facsimile:     (401) 751-7830
*Plaintiffs' Steering Committee Member*

Barry R. Eichen
Daryl L. Zaslow
Tom Paciorkowski
**EICHEN CRUTCHLOW ZASLOW & MCELROY LLP**
40 Ethel Road
Edison, New Jersey 08817
Telephone:     (732) 777-0100
Facsimile:     (732) 248-8273
*beichen@njadvocates.com*
*Plaintiffs' Steering Committee Member*

Stephen M. Gorny
**BARTIMUS, FRICKLETON, ROBERTSON & GORNY, P.C.**
11150 Overbrook Road, Suite 200
Leawood, KS 66211
*steve@bflawfirm.com*
Telephone: (913) 266-2300
Facsimile:  (913) 266-2366
*Plaintiffs' Steering Committee Member*

Andrew J. Lyskowski
Erik A. Bergmanis
**BERGMANIS LAW FIRM, L.L.C.**
380 W. Hwy. 54, Suite 201
P.O. Box 229
Camdenton, MO 65020
*alyskowski@ozarklawcenter.com*
Telephone:     (573) 346-2111
Facsimile:     (573) 346-5885
*Plaintiffs' Steering Committee Member*

William M. Cunningham, Jr.
Peter S. Mackey
Peter F. Burns
**BURNS CUNNINGHAM & MACKEY PC**
P.O. Box 1583
Mobile, AL 36633
*wmcunningham@bcmlawyers.com*
Telephone:     (251) 432-0612
Facsimile:     (251) 432-0625
*Plaintiffs' Steering Committee Member*

3

NOTICE OF ERRATA RE: FIRST
AMENDED CONSOLIDATED CLASS
ACTION COMPLAINT
No. 5:12-md-02314-EJD

William H. Murphy, Jr.
William H. Murphy, III
Tonya Osborne Baña
**MURPHY, FALCON & MURPHY, P.A.**
One South Street, 23rd Floor
Baltimore, MD 21202
*billy.murphy@murphypa.com*
Telephone:      (410) 539-6500
Facsimile:      (410) 539-6599
*Plaintiffs' Steering Committee Member*

Margery S. Bronster
Robert Hatch
**BRONSTER HOSHIBATA**
1003 Bishop Street, Suite 2300
Honolulu, Hawaii 96813
*mbronster@bhhawaii.net*
Telephone:      (808) 524-5644
Facsimile:      (808) 599-1881
*Special State AG Advisory Committee Member*

Richard P. Ieyoub
Michael Reese Davis
L. J. Hymel
Tim P. Hartdegen
**HYMEL, DAVIS & PETERSEN, LLC**
10602 Coursey Blvd.
Baton Rouge, LA 70816
*rieyoub@hymeldavis.com*
Telephone:      (225) 298-8188
Facsimile:      (225) 298-8119
*Special State AG Advisory Committee Member*

Grant Woods
**GRANT WOODS PC**
Two Renaissance Square
40 N. Central Ave., Suite 2250
Phoenix, AZ 85004
*gw@grantwoodspc.net*
Telephone:      (602) 258-2599
Facsimile:      (602) 258-5070
*Special State AG Advisory Committee Member*

Mike Moore
**MIKE MOORE LAW FIRM, LLC**
10 Canebrake Blvd.
Suite 150 Flowood, MS 39232
*mm@mikemoorelawfirm.com*
Telephone:      (601) 933-0070
Facsimile:      (601) 933-0071
*Special State AG Advisory Committee Member*

4

NOTICE OF ERRATA RE: FIRST
AMENDED CONSOLIDATED CLASS
ACTION COMPLAINT
No. 5:12-md-02314-EJD

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 23, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 23, 2012.

Respectfully Submitted,

**KIESEL BOUCHER LARSON LLP**

___/s/ *Paul R. Kiesel*_____
Paul R. Kiesel
*kiesel@kbla.com*
8648 Wilshire Boulevard
Beverly Hills, California 90211
Tel.: (310) 854-4444
Fax: (310) 854-0812
***Interim Liaison Counsel***