**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

*E-FILED*
TOTAL TIME: 15 mins

## CIVIL MINUTES

| | |
|---|---|
| Judge: Edward J. Davila | Courtroom Deputy: Elizabeth Garcia |
| Date: June 28, 2012 | Court Reporter: Irene Rodriguez |
| Case No.: 5:12-md-02314 EJD | Special Master: N/A |
| Related Case No.: N/A | Interpreter: N/A |

## CASE TITLE

In re Facebook Internet Tracking Litigation

## APPEARANCES

Attorney(s) for Plaintiff(s): James Frickleton, Paul Kiesel, David Straite, William Murphy
Attorney(s) for Defendant(s): Matthew Brown

## PROCEEDINGS

Case Management Conference

## ORDER AFTER HEARING

Conference held. The parties to submit proposed order re dates for hearing Motion to Dismiss. The parties to submit a Joint Case Management Conference statement two weeks after the Rule 26(f) conference which proposes a scheduling order for the case.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: