1 | **KIESEL + LARSON LLP**
2 | Paul R. Kiesel (SBN 119854)
  | *kiesel@kbla.com*
3 | 8648 Wilshire Boulevard
  | Beverly Hills, CA 90211-2910
4 | Telephone:  (310) 854-4444
  | Facsimile:  (310) 854-4812
5 | *Interim Liaison Counsel*

6 | **BARTIMUS, FRICKLETON,** | **STEWARTS LAW US LLP**
  | **ROBERTSON & GORNY, P.C.** | Ralph N. Sianni
7 | Edward D. Robertson, Jr. | I.M. Pei Building
  | Stephen M. Gorny | 1105 North Market Street, Suite 2000
8 | James P. Frickleton | Wilmington, DE 19801
  | Mary D. Winter | *dstraite@stewartslaw.com*
9 | Edward D. Robertson III | Telephone: (302) 298-1200
  | 11150 Overbrook Road, Suite 200 | Facsimile:  (302) 298-1222
10 | Leawood, KS 66211 | *Interim Co-Lead Counsel*
   | *chiprob@earthlink.net*
11 | Telephone:   (913) 266-2300
   | Facsimile:    (913) 266-2366
12 | *Interim Co-Lead Counsel*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| In re: FACEBOOK, INC. INTERNET TRACKING LITIGATION | MDL Case No. 5:12-md-02314-EJD <br><br> **NOTICE OF WITHDRAWAL FROM CASE PURSUANT TO LOCAL RULE 11-5 AND [PROPOSED] ORDER** |
|---|---|

1     Pursuant to Local Rule 11-5, Interim Co-Lead Counsel STEWARTS LAW US LLP ("Stewarts Law") (attorneys David A. Straite, Ralph N. Sianni, Michele S. Carino, and Lydia E. York) hereby requests to be withdrawn from this case. The Plaintiffs in this class action will continue to be represented by the remaining Co-Lead Counsel and additional counsel in this case. Notice was provided pursuant to section (a) of Local Rule 11-5.

    Please note that Plaintiffs will be submitting a Proposed Revised Consolidation Order to reflect any changes to the structure of Plaintiffs' counsel.

                                                   Respectfully submitted,

Dated: May 15, 2013                                      **KIESEL + LARSON LLP**

                                                                   */s/ Paul R. Kiesel*

                                                   Paul R. Kiesel, Esq. (SBN 119854)
                                                 8648 Wilshire Boulevard
                                                 Beverly Hills, CA 90211
                                                 *kiesel@kbla.com*
                                                 Telephone: (310) 854-4444
                                                 Facsimile: (310) 854-0812
                                                 *Interim Liaison Counsel*

                                                 Ralph N. Sianni
                                                 **STEWARTS LAW US LLP**
                                                 I.M. Pei Building
                                                 1105 North Market Street, Suite 2000
                                                 Wilmington, DE 19801
                                                 *dstraite@stewartslaw.com*
                                                 Telephone: (302) 298-1200
                                                 Facsimile: (302) 298-1222
                                                 *Interim Co-Lead Counsel*

**BARTIMUS, FRICKLETON,
ROBERTSON & GORNY, P.C.**
Edward D. Robertson, Jr.
James P. Frickleton
Mary D. Winter
Edward D. Robertson III
11150 Overbrook Road, Suite 200
Leawood, KS 66211
chiprob@earthlink.net
Telephone: (913) 266-2300

1 | Facsimile: (913) 266-2366
2 | *Interim Co-Lead Counsel*

[~~PROPOSED~~] ORDER

Having considered the Notice of Withdrawal from Case Pursuant to Local Rule 11-5 and for good cause appearing therefore it is ordered that Interim Co-Lead Counsel, David A. Straite, Ralph N. Sianni, Michele S. Carino, and Lydia E. York of the law firm of STEWARTS LAW US LLP are withdrawn from the above-entitled matter.

DATED: 5/20/2013

_____
The Honorable Edward J. Davila
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 15, 2013.

DATED: May 15, 2013                    Respectfully Submitted,

                                              KIESEL + LARSON LLP

                                              By:    /s/ *Paul R. Kiesel*
                                                     Paul R. Kiesel
                                                      *kiesel@kbla.com*
                                                     8648 Wilshire Boulevard
                                                     Beverly Hills, California  90211
                                                     Tel.: (310) 854-4444
                                                     Fax: (310) 854-0812