1  Paul R. Kiesel, State Bar No. 119854
     *kiesel@kbla.com*
2  **KIESEL + LARSON LLP**
     8648 Wilshire Boulevard
3  Beverly Hills, California 90211-2910
     Tel:    310-854-4444
4  Fax:    310-854-0812
     *Interim Liaison Counsel*

5

6  Edward D. Robertson, Jr.
     James P. Frickleton
7  Mary D. Winter
     Edward D. Robertson III
8    *chiprob@earthlink.net*
     **BARTIMUS, FRICKLETON,**
9  **ROBERTSON & GORNY, P.C.**
     11150 Overbrook Road, Suite 200
10  Leawood, KS 66211
     Tel:    913-266-2300
11  Fax:    913-266-2366
     *Interim Co-Lead Counsel*

David A. Straite. (admitted *pro hac vice*)
  *david@straite.com*
**STRAITE PLLC**
295 Madison Ave., 12th Fl.
New York, NY 10017-6379
Telephone:    (646) 652-8502
Facsimile:    (917) 398-1458
*Former Interim Co-Lead Counsel*

12

13                    UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

15

16  IN RE: FACEBOOK, INC. INTERNET          Case No. 5:12-md-02314-EJD
     TRACKING LITIGATION
17                                           [~~PROPOSED~~] REVISED
                                             **CONSOLIDATION ORDER**
18
                                             Judge:   Hon. Edward J. Davila
19                                           Crtrm.:  4

20                                           Trial Date:      None

21

22        Pursuant to the Court's Order granting the withdrawal of Stewarts Law US LLP as interim co-

23  lead counsel for Plaintiffs, the Plaintiffs hereby submit a Proposed Revised Consolidation Order

24  reflecting proposed changes to the structure of Plaintiff's counsel.

25        1.     On May 15, 2013, Stewarts Law (a firm based in the United Kingdom) filed its Notice

26  of Withdrawal from the Executive Committee Pursuant to Local Rule 11-5 [D.I. 62] for the reason

27  that it restructured operations in the United States and noted that the Plaintiffs would be submitting a

28  Proposed Revised Consolidation Order to reflect any changes to the structure of Plaintiff's counsel.

1      2.      On May 15, 2013 the Court entered its order granting such withdrawal. [D.I. 63].

2      3.      Due to the withdrawal of Stewarts Law, Plaintiffs seek the Court's Revised Consolidation Order appointing Stephen G. Grygiel, a partner in Keefe Bartels, LLC, to join James Frickleton, a partner in Bartimus, Frickleton, Robertson & Gorny, P.C., on the Executive Committee, in replacement of David Straite of Stewarts Law US LLC on the Executive Committee. Mr. Grygiel is currently a member of the Plaintiff's Steering Committee.

4.      In addition, Plaintiffs seek the Court's order appointing David Straite, the principal of STRAITE PLLC, as a member of the Plaintiff's Steering Committee, taking Mr. Grygiel's place. Mr. Straite was formerly a partner with Stewarts Law US LLP and was primarily responsible for this litigation on its behalf.

5.      This change of the counsel appointed to represent the Plaintiffs in this case is necessary in order to maintain the original representation plan to have two firms responsible as co-lead counsel and to fully staff the Plaintiffs' Steering Committee.  No new individual counsel is joining the case and this Motion is in the best interests of the putative class.

6.      Attached as Exhibit "A" is the Declaration of James P. Frickleton in support of this motion.

7.      Counsel for defendant has been consulted and has no objection to this Proposed Revised Consolidation Order.

Dated: June 24, 2013                    Respectfully submitted,

**KIESEL + LARSON LLP**

   */s/ Paul R. Kiesel*
Paul R. Kiesel (SBN 119854)
*kiesel@kbla.com*
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812
***Interim Liaison Counsel***

2

1

2

**BARTIMUS, FRICKLETON,
ROBERTSON & GORNY, P.C.**

3

_/s/ James P. Frickleton_

Edward D. Robertson, Jr.

4

James P. Frickleton
Mary D. Winter

5

Edward D. Robertson III
 chiprob@earthlink.net

6

11150 Overbrook Road, Suite 200
Leawood, KS  66211

7

Telephone:     (913) 266-2300
Facsimile:     (913) 266-2366

8

_**Interim Co-Lead Counsel**_

9

10

**STRAITE PLLC**

11

12

_/s/ David A. Straite_

David A. Straite (admitted _pro hac vice_)

13

 david@straite.com
295 Madison Ave., 12th Fl.

14

New York, NY  10017-6379
Telephone:     (646) 652-8502

15

Facsimile:     (917) 398-1458

16

_**Former Interim Co-Lead Counsel**_

17

18

19

### [~~PROPOSED~~] REVISED CONSOLIDATION ORDER

20

21

    The court adopts plaintiff's proposed changes in the structure of plaintiff's counsel and

22

appoints Stephen G. Grygiel of Keefe Bartels, LLC to the Interim Executive Committee for the

23

plaintiffs and appoints David Straite of STRAITE PLLC as a member of the Plaintiffs' steering

24

committee.

25

    **IT IS SO ORDERED.**

26

27

DATED: _____6/26/2013_____

28

THE HONORABLE EDWARD J. DAVILA
United States District Judge

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 24, 2013.

DATED: June 24, 2013                    Respectfully Submitted,

                                        KIESEL + LARSON LLP


                                        By:    _/s/ Paul R. Kiesel_____
                                               Paul R. Kiesel
                                               *kiesel@kbla.com*
                                               8648 Wilshire Boulevard
                                               Beverly Hills, California  90211
                                               Tel.: (310) 854-4444
                                               Fax: (310) 854-0812

5:12-md-02314-EJD
PROPOSED REVISED  CONSOLIDATION ORDER