Stephen G. Grygiel
*sggrygiel@yahoo.com*
88 E. Bergen Place
Red Bank, NJ 07701
Telephone: (407) 505-9463
Facsimile: (732) 268-7367
**Interim Co-Lead Counsel**

**KIESEL LAW LLP**
Paul R. Kiesel, Esq. (SBN 119854)
8648 Wilshire Boulevard
Beverly Hills, CA 90211
*kiesel@kbla.com*
Telephone: (310) 854-4444
Facsimile: (310) 854-0812
**Interim Liaison Counsel**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. INTERNET TRACKING LITIGATION | Case No. 5:12-md-02314-EJD<br><br>**NOTICE OF CHANGE OF ADDRESS AND CLARIFICATION OF AFFILIATION**<br><br>Judge: Edward J. Davila<br><br>Trial Date: None |

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that effective immediately, Interim Co-Lead Counsel, Stephen |
| 3 | G. Grygiel's address has changed. All case filings and other case communications should be |
| 4 | delivered to him at the following address: |

88 E. Bergen Place<br>
Red Bank, NJ 07701<br>
Telephone.: (407) 505-9463<br>
Facsimile: (732) 268-7367

PLEASE TAKE FURTHER NOTICE that Mr. Grygiel is no longer affiliated with KEEFE BARTELS, LLC ("the Firm") and that Firm will not have continuing involvement in this case.

DATED this 13th day of December, 2013.                Respectfully submitted,

                                           */s/ Stephen G. Grygiel*
                                           Stephen G. Grygiel
                                           *sggrygiel@yahoo.com*
                                           88 E. Bergen Place
                                           Red Bank, NJ 07701
                                           Telephone: (732) 268-7367
                                           Facsimile: (732) 268-7367
                                           **Interim Co-Lead Counsel**

                                           **KIESEL LAW LLP**
                                           Paul R. Kiesel, Esq. (SBN 119854)
                                           8648 Wilshire Boulevard
                                           Beverly Hills, CA 90211
                                           *kiesel@kbla.com*
                                           Telephone: (310) 854-4444
                                           Facsimile: (310) 854-0812
                                           **Interim Liaison Counsel**

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 13, 2013.

DATED: December 13, 2013      Respectfully Submitted,

KIESEL LAW LLP

By:     /s/ *Paul R. Kiesel*
Paul R. Kiesel
 kiesel@kbla.com
8648 Wilshire Boulevard
Beverly Hills, California 90211
Tel.: (310) 854-4444
Fax: (310) 854-0812