Paul R. Kiesel (SBN 119854)
*kiesel@kiesel-law.com*
**KIESEL LAW LLP**
8648 Wilshire Blvd.
Beverly Hills, CA  90211-2910
Telephone: (310) 854-4444
Facsimile:  (310) 854-0812
*Liaison Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK INTERNET TRACKING LITIGATION | Case No.: 5:12-MD-02314-EJD<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF TO AMEND CONSOLIDATION ORDER**<br><br>Judge: The Honorable Edward J. Davila<br>Court Room: 4 |

1      NOTICE IS HEREBY GIVEN that pursuant to Civil Local Rule 7-11, Plaintiffs hereby
2  move this Honorable Court for an order modifying the April 3, 2012 Order Granting Plaintiffs'
3  Motion to Consolidate and Appoint Interim Class Counsel [ECF No. 19], as amended on June 26,
4  2013 [ECF No. 66].  In sum, the movants propose Steering Committee member David A. Straite
5  be appointed to the Executive Committee, taking the place of James P. Frickleton, who would
6  return to the Steering Committee.

7      In support of this motion, movants state as follows and submit accompanying declarations
8  of David Straite and Stephen Grygiel.

9      1.    The Executive Committee currently consists of James Frickleton of Bartimus,
10 Frickleton, Robertson & Goza, P.C., and Stephen Grygiel of Silverman, Thompson, Slutkin &
11 White, P.C.

12     2.    Full discovery in this case began last year on April 11, 2014, upon Magistrate
13 Judge Paul Grewal's approval of the stipulated protective order governing the exchange of
14 confidential information and trade secrets (the "Protective Order") [ECF No. 75].

15     3.    David A. Straite of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") is a court-
16 appointed member of the plaintiff's Steering Committee and has been assisting with discovery at
17 the direction of the Executive Committee since April 11, 2014.  Kaplan Fox is also hosting the
18 electronic database of documents exchanged in discovery.

19     4.    The undersigned are mindful of the preference to privately order counsel to avoid
20 burdening the court with requests to approve minor adjustments of duties.  *See, e.g.,* Manual for
21 Complex Litigation (Fourth) § 10.22 ("in some cases the attorneys coordinate their activities
22 without the court's assistance, and such efforts should be encouraged") (emphasis added).  In this
23 case, however, discovery has reached a point that will require increased investment by plaintiffs'
24 counsel, and court approval of the private ordering will facilitate this process.

25     5.    David Straite and other professionals at Kaplan Fox are already thoroughly familiar
26 with the case. Mr. Straite has been counsel for two of the four lead plaintiffs since the inception of
27 the case, and is currently serving on the Steering Committee. Over the past year, Mr. Straite has
28 signed all pleadings as the representative of the Steering Committee.  Mr. Straite's background

1 and a profile of Kaplan Fox can be found in Exhibits A through C of the Declaration of David
2 Straite dated March 9, 2015 ("Straite Decl.").

3     6.    Stephen Grygiel is currently on the Executive Committee, and has joined the firm
4 of Silverman, Thompson, Slutkin & White LLC.  Mr. Grygiel's CV and a profile of Silverman
5 Thompson are Exhibits to the Declaration of Stephen Grygiel dated March 9, 2015.

6     7.    On October 5, 2012, Mr. Straite and Mr. Grygiel jointly argued on behalf of
7 plaintiffs before Your Honor in opposition to defendant's motion to dismiss.  *See* Transcript of
8 Proceedings Before the Honorable Edward J. Davila [ECF No. 60].  Both attorneys are willing and
9 able to work together as co-lead counsel on behalf of the class, and court approval of the motion
10 is in the best interest of the class going forward.

11     8.    The Protective Order already designates Mr. Straite as a contact for discovery
12 matters, see Section 7.4(a), and thus no amendment to the Protective Order is needed.

13     9.    Counsel for Defendant Facebook was informed of the pendency of this motion via
14 email on March 5, 2015, and received no indication that Facebook would oppose today's motion
15 *See* Straite Decl. ¶ 7.

16 For the foregoing reasons, this Honorable Court should grant this Motion.

17

18 Dated: March 10, 2015                 Respectfully Submitted,

19 **KIESEL LAW LLP**                 **BARTIMUS, FRICKLETON, ROBERTSON & GOZA, P.C.**

20 By:   */s/ Paul R. Kiesel*
21 Paul R. Kiesel (SBN 119854)          By:   */s/ Jim Frickleton*
   *kiesel@kiesel-law.com*                 James P. Frickleton
22 8648 Wilshire Blvd.                      *jimf@bflawfirm.com*
   Beverly Hills, CA  90211-2910         11150 Overbrook Road, Suite 200
23 Telephone: (310) 854-4444           Leawood, KS  66211
   Facsimile:  (310) 854-0812           Telephone: (913) 266-2300
24 *Liaison Counsel*                         Facsimile:  (913) 266-2366

25                                       *Plaintiffs' Executive Committee*

26

27

28

| | | |
|---|---|---|
| 1 | **SILVERMAN, THOMPSON, SLUTKIN & WHITE LLC** | **KAPLAN, FOX & KILSHEIMER LLP** |
| 2 | | By:     */s/ David A. Straite* |
| 3 | By:     */s/ Stephen G. Grygiel*<br>Stephen G. Grygiel (admitted *pro hac vice*) | David A. Straite (admitted *pro hac vice*)<br>*dstraite@kaplanfox.com* |
| 4 | *sgrygiel@mdattorney.com*<br>201 N. Charles St., #2600 | 850 Third Avenue<br>New York, NY  10022 |
| 5 | Baltimore, MD  21201<br>Telephone (410) 385-2225 | Telephone: (212) 687-1980<br>Facsimile:  (212) 687-7714 |
| 6 | Facsimile: (410) 547-2432 | *Plaintiffs' Steering Committee* |
| 7 | *Plaintiffs' Executive Committee* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 10, 2015.

DATED: March 10, 2015          Respectfully Submitted,

KIESEL LAW LLP

By:      /s/ *Paul R. Kiesel*
Paul R. Kiesel
 *kiesel@kiesel-law.com*
8648 Wilshire Boulevard
Beverly Hills, California  90211
Tel.: (310) 854-4444
Fax: (310) 854-0812