# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: FACEBOOK INTERNET TRACKING LITIGATION | Case No.: 5:12-MD-02314-EJD<br><br>[PROPOSED] ORDER AMENDING CONSOLIDATION ORDER PURSUANT TO MOTION FOR ADMINISTRATIVE RELIEF<br><br>Judge: Hon. Edward J. Davila<br>Courtroom: 4<br><br>Trial Date: none |

The Court adopts plaintiffs' proposed changes to the structure of plaintiffs' interim lead counsel and orders as follows:

1. The plaintiffs' Interim Executive Committee shall consist of Stephen G. Grygiel of Silverman, Thompson, Slutkin & White LLC, and David A. Straite of Kaplan Fox & Kilsheimer, LLP.

2. James P. Frickleton of Bartimus, Frickleton, Robertson & Goza, P.C., is appointed to the plaintiffs' Interim Steering Committee.

IT IS SO ORDERED.

DATED: 3/12/2015

THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 10, 2015.

DATED: March 10, 2015            Respectfully Submitted,

KIESEL LAW LLP


By:      /s/ *Paul R. Kiesel*
Paul R. Kiesel
 *kiesel@kiesel-law.com*
8648 Wilshire Boulevard
Beverly Hills, California  90211
Tel.: (310) 854-4444
Fax: (310) 854-0812