# Exhibit Z

# Token Attempt: The Misrepresentation of Website Privacy Policies through the Misuse of P3P Compact Policy Tokens

Pedro Giovanni Leon, Lorrie Faith Cranor, Aleecia M. McDonald, Robert McGuire

September 10, 2010

CMU-CyLab-10-014

CyLab
Carnegie Mellon University
Pittsburgh, PA 15213

# Token Attempt: The Misrepresentation of Website Privacy Policies through the Misuse of P3P Compact Policy Tokens

Pedro Giovanni Leon, Lorrie Faith Cranor, Aleecia M. McDonald, Robert McGuire

Carnegie Mellon University, Pittsburgh, PA

## ABSTRACT

Platform for Privacy Preferences (P3P) compact policies (CPs) are a collection of three-character and four-character tokens that summarize a website's privacy policy pertaining to cookies. User agents, including Microsoft's Internet Explorer (IE) web browser, use CPs to evaluate websites' data collection practices and allow, reject, or modify cookies based on sites' privacy practices. CPs can provide a technical means to enforce users' privacy preferences if CPs accurately reflect websites' practices. Through automated analysis we can identify CPs that are erroneous due to syntax errors or semantic conflicts. We collected CPs from 33,139 websites and detected errors in 11,176 of them, including 134 TRUSTe-certified websites and 21 of the top 100 most-visited sites. Our work identifies potentially misleading practices by web administrators, as well as common accidental mistakes. We found thousands of sites using identical invalid CPs that had been recommended as workarounds for IE cookie blocking. Other sites had CPs with typos in their tokens, or other errors. 98% of invalid CPs resulted in cookies remaining unblocked by IE under it's default cookie settings. It appears that large numbers of websites that use CPs are misrepresenting their privacy practices, thus misleading users and rendering privacy protection tools ineffective. Unless regulators use their authority to take action against companies that provide erroneous machine-readable policies, users will be unable to rely on these policies.

## 1.  INTRODUCTION

The Platform for Privacy Preferences (P3P) is a World Wide Web Consortium (W3C) recommendation for specifying website privacy policies in a machine readable format. Developed as part of an industry self-regulatory effort and published in 2002, it provides two privacy policy formats: full policies and compact policies (CPs). P3P full policies are XML files that represent website privacy policies in detail. P3P CPs summarize website privacy policies regarding cookies using a string of three-character and four-character tokens [17]. Internet Explorer (IE) makes cookie-filtering decisions by comparing a website's CPs with user-configured privacy preferences [9]. If a CP does not reflect the website's actual privacy practices then that CP is not useful for decision making. In 2002, regulators from several countries agreed that a P3P policy is legally binding and "constitutes a representation to consumers on which they can be expected to rely" [7].

In this paper, we present the results of our automated evaluation of P3P CPs collected from 33,139 websites. Verifying the accuracy of CPs requires comparing the computer-readable statements in a CP with a website's actual privacy practices with respect to cookies. Sometimes this can be done by reading the statements that sites make in their privacy policies. However, sometimes privacy policies do not have sufficient details, and they may not be completely accurate. Even when accurate details are available, reviewing the accuracy of CPs is a very labor-intensive process. Therefore we looked for ways to identify errors in P3P CPs that can be determined based on the syntax errors and conflicting tokens within CPs themselves, without having to review thousands of privacy policies, and without requiring first-hand knowledge that these policies are accurate. We developed heuristics to detect three categories of CP errors: *invalid tokens*, *missing tokens*, and *conflicting tokens*.

We found that nearly 34% of the CPs evaluated in August 2010 have at least one error in these categories, and more than half of those with errors omit required information. In addition to syntax and semantic errors, we found that 79% of CPs lack a corresponding full P3P policy, which is required for P3P-compliance. Among the 100 most-visited websites[1] we found 48 sites with CPs, 21 of which exhibited CP errors that our automated analysis could detect. In addition, 41 of these popular sites with CPs did not have corresponding full P3P policies. The numbers reported in this paper should be considered a lower bound for the actual number of CPs with errors, as CPs may contain other types of errors that require manual comparison with human-readable privacy policies or other types of analysis to detect.

We analyzed the impact of CP errors on privacy and found that these errors could mislead users by misrepresenting privacy practices with respect to cookies. We also determined the implications of faulty CPs for user agent behavior. We analyzed practices that appear to be deliberately designed to bypass IE default privacy filters and found that more than 97% of incorrect CPs would bypass these default fil-

---

This is an extended version of a paper to be presented at the ACM Workshop on Privacy in the Electronic Society (WPES 2010), October 2010.

[1]Most-visited websites as of August 2010, according to http://www.quantcast.com/top-sites-1.

ters. Our work identifies potentially misleading practices by web administrators, as well as common accidental mistakes.

This paper is organized as follows. In Section 2, we discuss the details of P3P and compact policies and review related work. In Section 3, we describe our study methodology. In Section 4, we introduce and define common P3P CP errors, present data on the frequency with which each type of error appears, and discuss the privacy implications of these errors. In Section 5, we analyze the impact of incorrect CPs on IE and discuss evidence that incorrect CPs are being used to bypass IE privacy filters. In Section 6, we analyze the CPs of three groups of websites: popular sites, network advertisers that offer opt-out cookies, and TRUSTe-certified sites. Finally, we present our conclusions in Section 7. We also include seven appendixes that provide detailed information about CP tokens and data from our analysis.

## 2.  BACKGROUND AND RELATED WORK

In this section we provide an overview of the Platform for Privacy Preferences (P3P) 1.0. In addition, we provide background on P3P compact policies and discuss related work.

### 2.1   The P3P Specification

P3P is a standard for specifying websites' privacy policies in a machine-readable XML format that can be processed and acted upon by automated tools [2], [17]. P3P allows user agents to automatically evaluate privacy policies against users' preferences. For example, users can set up their privacy preferences using user agents embedded in their web browsers so that their browsers will warn about mismatches with privacy preferences or block cookies at sites where mismatches occur [4]. When P3P is embedded in search engines, search results can be annotated automatically with privacy information [3]. P3P enables automatic generation of standardized "nutrition label" privacy notices, which are more understandable and easier to read than conventional policies [8]. It also allows automated tools to collect privacy policy data for analysis [1].

Published in 2002, the P3P 1.0 specification defines two types of P3P policies: full policies and compact policies. P3P full policies are written in XML format and use a defined vocabulary and a data schema to represent human-readable privacy policies in a machine-readable language. Compact policies summarize privacy practices associated with the use of cookies; they are transmitted in response to HTTP requests using HTTP headers. Full P3P policies are the authoritative source for website information management practices. The P3P specification requires compact policies to have corresponding full P3P policy files [17].

The P3P specification defines a protocol for requesting and transmitting P3P policies via HTTP. Retrieving a P3P policy requires a two-step process. P3P user agents issue requests for P3P policy reference files stored in a "well-known" location and also check for P3P HTTP headers and P3P metadata embedded in HTML content. P3P policy reference files contain references to the location of full P3P policy files. After fetching a P3P policy reference file, user agents are able to locate and retrieve a full P3P policy file [17].

W3C maintains an online validation tool that checks for syntax errors in full P3P policies and CPs.[2]

---

[2] http://www.w3.org/P3P/validator.html

### 2.2   P3P Compact Policies

Compact policies (CPs) are defined in the P3P specification as an optional performance optimization. CPs are optionally served when a website transmits a cookie. They provide a lightweight mechanism to provide information about a website's privacy practices with respect to cookies and help user agents quickly decide how to process cookies. The P3P specification requires that sites that choose to deploy CPs make an effort to do so accurately. According to the P3P specification, "if a web site makes compact policy statements it MUST make these statements in good faith" [18]. Despite being an optional component of P3P, CPs are important because they are used by IE 6, 7, and 8 to determine whether to block or modify cookies.

P3P specifies a set of CP *tokens* associated with nine types of P3P policy elements. Valid CPs must have at least five of these elements. The valid *tokens* for each element, the corresponding full-P3P policy elements, and a short description of each are provided in Appendix A.

### 2.3   Internet Explorer Cookie Blocking

IE 6, 7, and 8 allow users to set their privacy preferences, which are then used to evaluate websites' CPs and perform cookie filtering. IE considers cookies that are used to collect personally identifiable information (PII) without providing users the choice to opt-in/opt-out to be *unsatisfactory cookies*. IE performs cookie filtering based on six privacy levels that the user can set up; namely, *Block All Cookies*, *High*, *Medium High*, *Medium* (default level), *Low*, and *Accept All Cookies* [9]. The vast majority of users do not change the default privacy settings, so analyzing filtering conditions at the *medium* level allows us to determine the privacy impact of invalid CPs that bypass IE filters. Under the medium setting, unsatisfactory first-party cookies are converted into session cookies and unsatisfactory third-party cookies are rejected. In addition, third-party cookies not accompanied by CPs are rejected. When cookies are rejected, website functionality may be impaired and sites may be unable to collect some of the data they use for operational or business purposes. Because of this cookie-blocking feature, many website administrators have implemented CPs on their websites.

### 2.4   Related Work

The first large-scale automated analysis of P3P policies found that approximately 10% of 5,739 websites tested in 2003 were P3P-enabled [1]. In addition, 85 websites had only compact policies and were therefore not P3P-compliant, and about a third of the full P3P policies had technical errors. Reay et. al. performed a study of over 3,000 full and compact P3P policies. They found high rates of websites posting CPs without corresponding full P3P policies, as well as many sites that had conflicts between full and compact P3P policies [14].

Cranor, et al. performed an error analysis on P3P full policies. They found that 73% of the 14,720 full P3P policies analyzed contained syntax errors. They compared full P3P policies with their corresponding natural language privacy policies at 21 popular websites and found conflicts between the P3P and natural language policy at each of these sites. Most conflicts were associated with the *PURPOSE*, *CATEGORIES*, and *RECIPIENTS* elements [3].

Reidenberg and Cranor studied the accuracy of P3P user

agents [15]. They suggested that inaccurate representations by user agents could undermine the purpose of the P3P standard. From a legal standpoint, the enforceability of an agreement based on a P3P user agent's simplified representation of a website privacy policy is uncertain [6]. In the United States, the Federal Trade Commission Act of 2006 empowers the FTC to prevent "unfair or deceptive acts or practices in or affecting commerce...." The FTC has used this authority to take action against companies with deceptive privacy policies. While the FTC has not taken such actions on the basis of deceptive machine-readable privacy policies to date, it appears to be within the FTC's authority to do so [7].

## 3. METHODOLOGY

We collected CPs from four data sets. First, we collected 52,156 URLs containing CPs from the Privacy Finder search engine cache in January 2010. The cache was initially seeded in 2005 through a web crawl [3] and has grown over time as a result of Privacy Finder users' searches. Second, on July 3, 2010 we collected a list of the 3,417 websites holding TRUSTe privacy seals, as reported by the membership list posted on the TRUSTe website [16]. Third, we collected a list of the 100 most-visited websites from *www.quantcast.com* on August 10, 2010. Fourth, we collected a list of 75 network advertisers offering opt-out cookies that can be set using the Beef Taco (Targeted Advertising Cookie Opt-Out) Firefox extension as of June 23, 2010. We removed duplicate domains from multiple datasets, so we had a final list of 55,636 unique URLs.

In August 2010 we used our web crawler to visit our list of 55,636 URLs and attempt to download CPs. Some datasets had URLs that were not fully qualified (for example, foo.com instead of `http://www.foo.com`) so we prepended http:// and http://www. and tried again if sites failed. When we contacted sites that no longer responded, we retried twice. When we contacted sites that gave other errors, we retried up to ten times. Some of the sites on this list were no longer available, and some that previously had provided CPs were no longer providing them. We were able to collect CPs from 33,139 sites.

At sites with P3P CPs we also checked for full P3P policies. The crawler checked for a P3P policy reference file in the P3P well-known location, HTTP header, and page content. If found we parsed this file to retrieve the location of the full P3P policy (the policy is either embedded in the policy reference file or referenced by a URL in the policy reference file). We then retrieved the full P3P policy and file and verified that it contained a P3P policy. 7,016 of the sites with CPs also had full P3P policies.

Some domains we analyzed had more than one host on the domain with a compact policy in our Privacy Finder cache dataset, for example both `http://www.x.example.com` and `http://www.y.example.com`. We report data in both aggregated form where each domain is represented only once for each unique CP found regardless of the number of hosts (just one entry for example.com if all hosts in example.com have the same CP) and in non-aggregated form where each host is represented (x.example.com and y.example.com are separate). Furthermore, if a single domain exhibited different incorrect CPs, we reported them separately and count both of them in the aggregated data set. There are 19,820 domains in our aggregated data set.

We define a set of P3P CP errors and group them into three categories: *invalid tokens*, *missing tokens*, and *conflicting tokens*. We define each type of error in Section 4. We developed scripts to parse CPs and detect each type of error we defined. We also developed a script to check each CP to determine whether it would be considered satisfactory by IE under the default privacy setting [9].

## 4. COMPACT POLICY ERRORS

In this section we present the results of our evaluation of 33,139 collected CPs. We define three categories of errors, and for each type provide data on the frequency of occurrence. We suggest probable underlying causes of these errors: typos, lack of understanding of the P3P specification, or attempts to avoid web browser cookie filtering. We further evaluate the impact of these errors on users' privacy.

We found 11,176 CPs with errors, about 34% of the URLs we analyzed. If we aggregate these invalid CPs by unique domain names, the number of incorrect CPs is reduced to 4,696. Domain names with more than one website account for at least 57% of the total invalid CPs. If companies hosting multiple sites correct their CPs, the CPs with errors could be reduced to less than 15% of the URLs we analyzed. Table 1 summarizes the CP errors we found.

According to the P3P specification, CPs must be accompanied by a full P3P policy. Therefore, we investigated how many of the collected CPs have a corresponding full P3P policy. We found that only 21% of those websites providing CPs also provided full P3P policies.

### 4.1 Invalid Tokens

#### 4.1.1 Definition

All valid CP tokens are shown in Appendix A. Some tokens can optionally be accompanied by an attribute that specifies that a data practice is performed always, on an opt-in basis, or on an opt-out basis ($a$, $i$, or $o$). No other tokens or token-attribute combinations are valid. An *invalid token* error occurs when a CP includes an invalid token or an invalid token-attribute combination.

Tokens that do not specify the optional attribute default to the *always* attribute ($a$). The $CUR$ (current purpose) token does not take an optional attribute, but we found $CURa$ is commonly used in CPs. As $CUR$ is the only $PURPOSE$ element that does not allow an attribute, we believe web administrators may be mistakenly adding the invalid $a$ attribute. Since CUR already means that data is always collected for the current purpose this does not change the semantics of the CP, though it is technically invalid. In this paper we report the frequency of $CURa$ separately from other invalid tokens and do not count this error in our overall error numbers.

#### 4.1.2 Evaluation

Of the total CPs evaluated, 11.6% contained invalid tokens. An additional 16% contained the invalid and harmless CURa token and no other invalid tokens, but we do not include these URLs in our count of sites with invalid tokens. Companies publishing multiple websites under a single domain name account for 79% of the invalid token errors.

#### 4.1.3 Analysis

Many invalid token errors are likely to be accidental. We found that several CPs include the $CUS$ string which is not

| Type of error | Number of URLs | Percent of URLs with Errors | Number of Domains | Percent of Domains with Errors |
|---|---|---|---|---|
| Any problem | 11,176 | 33.7% | 4,696 | 23.7% |
| **Invalid tokens** | | | | |
| Invalid tokens | 3,839 | 11.6% | 794 | 4.0% |
| CURa (no other problems) | 5,295 | 16.0% | 2,557 | 12.907% |
| Missing tokens | 6,402 | 19.3% | 3,319 | 16.8% |
| **Conflict between tokens** | | | | |
| IVA | 3,977 | 12.0% | 923 | 4.7% |
| CON | 3,899 | 11.8% | 835 | 4.2% |
| IVD | 1,059 | 3.2% | 669 | 3.4% |
| TEL | 340 | 1.0% | 178 | 0.9% |
| NID | 366 | 1.1% | 168 | 0.9% |
| NOR | 345 | 1.0% | 99 | 0.5% |
| NON | 32 | 0.1% | 27 | 0.1% |
| **Total analyzed** | 33,139 URLs | | 19,820 Domains | |

Table 1: Summary of CP errors. Some CPs have errors in more than one category. CPs that contain the invalid $CURa$ token and no other errors are not included in the "any problem" count.

a valid token. We believe that web administrators might have intended to use the $TAI$ (tailoring) token but wrote $CUS$ (customize) instead, which is an option that appeared in early drafts of the P3P specification. Another common syntax error is swapping letters within tokens. For example, web administrators tend to write $OPT$ instead of $OTP$, $TIA$ instead of $TAI$ and so on. Web administrators commonly add attributes to tokens that do not accept them. For example, they use $CAOo$ instead of $CAO$ (providing user access to contact information). Another common token found with invalid attributes was $OUR$, which is the only recipient token that does not accept an attribute. Some invalid CPs contain multiple valid tokens concatenated together without the required white-space separator. More concerning are the CPs that contain completely invalid strings such as $AMZN$ or $VPRT$.

While some of the invalid token errors are likely typos and many appear to be harmless, these errors may cause user agents to incorrectly interpret a CP, which could confuse and mislead users. In addition, it appears that some of the completely-invalid tokens are being used by sites to prevent their cookies from being blocked without providing a meaningful CP.

### 4.2   Missing Tokens

#### 4.2.1   Definition

According to the P3P specification, each statement in a CP that does not include the $NID$ (no user-identifiable data collected) token should include at least one $PURPOSE$, $RE$-$CIPIENT$, $RETENTION$, $CATEGORIES$ and $ACCESS$ token. A *missing tokens* error occurs when a CP without a NID token does not contain at least one token from each of the above five categories.

#### 4.2.2   Evaluation

Missing-token errors are the most common type of error we found. These errors occur in 19% of the total analyzed CPs and account for more than 57% of the incorrect CPs.

#### 4.2.3   Analysis

Missing tokens make it impossible to use the CP to deter-mine a website's data practices with respect to cookies. For example, a CP that contains no $CATEGORIES$ token fails to communicate the type of information associated with a cookie. Because P3P declarations are positive, the absence of a token is an indicator that a website does not engage in a particular practice. Therefore, sites that are missing $CATE$-$GORIES$ tokens are effectively stating that they do not collect any category of data. Furthermore, IE analyzes $CAT$-$EGORIES$, $PURPOSE$ and $RECIPIENT$ tokens to make cookie-blocking decisions. As we discuss later, if these tokens are omitted, IE may incorrectly accept a cookie that would otherwise be blocked.

### 4.3   Conflicting Tokens

#### 4.3.1   Definition

The CP semantics should guarantee consistency between different tokens. For example if a CP includes the $ALL$ token, indicating users have access to all of their personally identifiable information, the CP cannot include the $NON$ token as well, as that means users have no access to their personally identifiable information. Similarly, if a CP includes the $NOR$ token, which means the website does not store permanently the information collected, it cannot include any other $RETENTION$ element tokens. If a website declares that it does not collect personally identifiable information (PII) then the CP should not include tokens that suggest collection of such information. Several conflicting token scenarios are defined in the following paragraphs.

*Conflict with the NID token.* The non-identifiable token $NID$ should be used only when the website does not collect any type of PII and associate it with a cookie. There are many tokens that suggest collection of this information. In particular $PHY$ (information to locate or contact an individual in the physical world), $ONL$ (information to locate or contact an individual on the Internet, e.g. email address), $FIN$ (financial information), $LOC$ (physical location data) and $GOV$ (government identifier, e.g. social security number) tokens are directly associated with the collection of PII. Similarly, $CAO$ (contact and other information) and $IDC$ (online and physical contact information) $ACCESS$ tokens should appear only if PII is collected by the website and

associated with a cookie. Furthermore, the $IVA$ (individual analysis), $IVD$ (individual decision), $CON$ (contact) and $TEL$ (telemarketing) $PURPOSE$ tokens require PII and should not be in the CP if the $NID$ token is also in the CP.

*Conflict with the IVA/IVD tokens.* Performing individual analysis ($IVA$) or making individual decisions ($IVD$) requires identifying a particular individual. The $IVA$ and $IVD$ tokens must be accompanied by at least one of the following $CATEGORIES$ tokens: *PHY, ONL, FIN, PUR, GOV*.

*Conflict with the CON token.* The contact token, $CON$, requires enough information to contact the individual either by electronic or physical means. $CON$ must be accompanied by at least a $PHY$ or $ONL$ token.

*Conflict with the TEL token.* Telemarketing requires phone numbers, which are part of the physical category. Therefore, the $TEL$ token must be accompanied by a $PHY$ token.

*Conflict with the NON/NOR tokens.* The $NON$ token indicates users are not allowed to access any data collected about them. None of the remaining tokens in the ACCESS element should appear in the CP with the $NON$ token. Similarly, the $NOR$ $RETENTION$ token means the website does not store permanently any kind of PII. If there is a $NOR$ token the CP should not contain any other $RETENTION$ tokens.

### 4.3.2    Evaluation

The most common errors in this category are associated with the individual analysis (IVA). We found these errors in 12% of the analyzed CPs and 35% of the invalid CPs. The second most common type of error in this category is associated with the $CON$ token, which represents more than 11% of the collected CPs and more than 34% of the total incorrect CPs. Conflicts involving the remaining tokens are relatively rare, each occurring in less than 4% of the CPs we analyzed.

### 4.3.3    Analysis

When a website incorrectly uses the $NID$ token, users have conflicting information about whether or not their PII is being collected. Web administrators may misunderstand the definition of the $NID$ token in the P3P specification and use it incorrectly. The most common $NID$ conflict we found was with the $ONL$ token (email address or other online contact information). This suggests that web administrators might be unaware that email addresses are considered identifiable information. Another common conflict is with the IVA token (individual analysis) which implies that identifiable information is used to perform an analysis. If the $NID$ token is used and it is true that no PII is collected, the $PSA$ token (pseudo-analysis) should be used instead of the $IVA$ token.

The $NOR$ $conflicting$ $token$ error leads to confusion about website retention practices. This is probably an accidental mistake, but could negatively affect users' decisions. We found that some CPs include $NOR$ and $IND$ tokens: while the company claims no retention of PII at the same time they claim that they store information indefinitely. Many of the invalid CPs in this error category include the $BUS$ token, meaning the retention period is based on their business practices. While it might be the case that their business practices do not require the retention of personal information, including both of these tokens is confusing.

The $IVA$, $IVD$, $CON$ and $TEL$ $conflicting$ $token$ error cat-

**Table 2: Full P3P policies at websites with CPs.**

| Type of error | Number of CPs | Full P3P Policies | Ratio CPs/Full |
|---|---|---|---|
| None (valid CPs) | 21,963 | 5,915 | 26.9% |
| Any problem | 11,176 | 1,106 | 9.9% |
| Invalid tokens | 3,839 | 255 | 6.7% |
| **Missing tokens** | **6,402** | **469** | **7.03%** |
| **Conflicting tokens** | | | |
| IVA | 3,977 | 586 | 14.7% |
| CON | 3,899 | 321 | 8.2% |
| IVD | 1,059 | 424 | 40.0% |
| TEL | 340 | 107 | 31.5% |
| NID | 366 | 127 | 34.7% |
| NOR | 345 | 64 | 18.6% |
| NON | 32 | 1 | 3.1% |

egories can also lead to user confusion. These errors suggest either a lack of understanding of the P3P tokens or an attempt to misrepresent a site's practices.

Most of the websites in the $NON$ $conflicting$ $token$ error category simultaneously include the $CAO$ and $NON$ tokens in their CPs. This suggests a possible misunderstanding of the $NON$ token. It leaves users with uncertainty about the access options offered by the website.

## 4.4    CPs Without Full P3P Policies

The P3P specification requires websites implementing CPs to have a corresponding full P3P policy. Only 7,016 of the 33,139 URLs in our data set (21%) had full P3P policies. As shown in Table 2, CPs without errors were almost three times more likely to have full P3P policies than those with errors. 26.9% of error-free CPs had corresponding full P3P policies, while only 9.9% of CPs with errors had full P3P policies. For CPs with the two most common errors, invalid tokens and missing tokens, the percentage of URLs that present full P3P policies is even lower. This finding provides some evidence that websites with these types of errors may be providing inaccurate CPs to avoid having their cookies blocked.

We found full P3P policies for 17% of the 391 TRUSTe sites with CPs, 55% of the 11 network advertising sites with CPs, and 15% of the 48 most-visited sites with CPs. Appendices E, F, and G show the details on most-visited sites, network advertiser sites, and TRUSTe sites respectively.

The CPs with $IVD$, $TEL$, and $NID$ conflicting tokens were more likely to have corresponding full P3P policies. This result suggests that many of these websites may be making good faith efforts to properly comply with the P3P specification and not just sending CPs to avoid cookie blocking. However, web administrators may not fully understand the meanings of these tokens.

## 4.5    Other Semantic Errors

In addition to the errors already discussed, CPs may contain other types of errors that we were unable to detect automatically. For example, CPs may be semantically inconsistent with human-readable policies posted on websites or with full P3P policies. In addition, CPs may fail to accurately represent website data practices. Evaluating semantic errors requires analyzing websites' human readable policies, which is not a task that can be automated. Given the large

scale of our study, reading human readable policies for the thousands of sites we evaluated is impractical. Furthermore, human-readable policies do not always contain detailed information about data collection and treatment associated with the use of cookies, so even reading these policies would not necessarily resolve questions of P3P accuracy. Thus, a complete evaluation of semantic errors is beyond the scope of our study. However, to gain some insights into the prevalence of semantic errors, we manually compared CPs with full P3P policies and human-readable policies at 41 sites, including 11 most-visited web sites. As detailed in Appendix C and D, 40 of these sites failed to provide full P3P policies, 15 failed to provide human-readable privacy policies, and 2 sites had CPs consisting only of meaningless, invalid tokens. When comparing the full policies and human-readable policies with their corresponding CPs, we found 4 sites with slight discrepancies, and 15 sites with major discrepancies. Furthermore, we were not able to compare 5 sites because their human-readable policies did not include any statement about cookies.

# 5. COMPACT POLICIES AND INTERNET EXPLORER

Microsoft helped drive P3P adoption by using P3P CPs to make cookie-blocking decisions. However, the large number of CP errors and low rate of full P3P compliance suggest that many websites are adopting P3P CPs in order to avoid cookie blocking, but are not presenting accurate representations of their privacy practices. To gain additional insights into CP adoption, we analyzed the CPs we collected to determine whether IE would classify them as *satisfactory* under the default medium setting. We found that 99% of CPs collected would be considered satisfactory by IE. Of the 33,139 CPs we examined, only 118 error-free CPs and 263 CPs with errors were considered unsatisfactory, and thus would likely be blocked when the cookie was used in a third-party context. All but three of the unsatisfactory CPs with errors had missing-tokens errors.

IE cookie filters only look for combinations of tokens considered unsatisfactory. They ignore invalid tokens and do not check to make sure the minimum required tokens are present. They also do not look for token conflicts. If IE performed the same sort of checks we did in our analysis and treated CPs with these errors as unsatisfactory, we would expect the error rate to be reduce over time because companies would have an incentive to correct the errors in their CPs (although it is possible that we would then see an increased rate of other types of errors that are less-easily detectable through automated analysis).

After observing a large number of identical CPs in our data set, we suspected that web administrators might be copying these CPs from a common source. We used a search engine to track down the source of some of the most common CPs in our data set.

We discovered that Microsoft's support website recommends the use of invalid CPs as a work-around for a problem in IE. Specifically, a FRAMESET or parent window that references another site inside a FRAME considers the referenced site as a third-party, even if it is first-party content located on the same server [10]. Microsoft suggests the following invalid CP: *CAO PSA OUR*. This CP is clearly invalid since it does not contain any *RETENTION*

or *CATEGORIES* tokens. Even if the CP were valid, Microsoft's recommendation undermines the purpose of P3P since it encourages web administrators to use CPs that do not represent their actual data practices. We found several technical blogs recommending similar solutions [11], [19]. Some of them suggested the exact CP described above and referred to the Microsoft support website as the source of their advice [12]. This CP occurred 2,756 times in our data set. Only 31 of these CPs had corresponding full P3P policies. Nearly 25% of the invalid CPs used these tokens, representing 43% of invalid CPs in the missing-tokens error category. We did not find this CP at any of the 100 most-visited websites.

In an article titled "P3P in IE6: Frustrating Failure" posted in the O'Reilly blog, the author suggests another "trick" to bypass IE6 privacy filters. He recommends adding a P3P CP header that "enables your cookie to survive any privacy setting" [5]. The CP suggested is: *NOI ADM DEV PSAi COM NAV OUR OTRo STP IND DEM*. This CP does not contain any of the errors we tested for. However, if web administrators blindly post it without confirming that it matches their site's actual practices, they will mislead users. This CP occurred 4,360 times in our data, representing 13% of the CPs analyzed. Only 12 of these CPs had corresponding full P3P policies. We did not find this CP at any of the 100 most-visited websites.

We manually analyzed 30 privacy policies of websites that use the CP recommended by the O'Reilly blog. 14 of the 30 websites were randomly taken from the domains that present the most URLs with this CP. The remaining 16 evaluated websites were randomly chosen from the set of websites sending this CP. From the 30 manually-analyzed websites, only one had a valid P3P full policy. However, the valid full P3P policy did not match the corresponding CP, and when we returned to the website in September we discovered the full P3P policy had been removed. We were unable to locate any human-readable privacy policy at 15 of these websites. Furthermore, none of the human-readable privacy policies we found properly matched the corresponding CP. Apendix C summarizes the results of this manual evaluation.

From the 15 websites that exhibited a human-readable policy, only 10 mention the use of cookies. However, we found semantic inconsistencies between all of these policies and their corresponding CPs. Most of these policies made no mention of data practices related to the *NOI* access token; *ADM*, *DEV*, or *PSAi* purpose tokens; *STP* or *IND* retention tokens; or *DEM* categories token. Many of them made references to other cookie-related data practices not captured by the CP.

We performed a Google search for "ie blocking iframe cookies" and found a number of sites suggesting similar solutions. For example, another blog post recommended a CP that we found 300 times in our data set [19]. On the other hand, we also found a popular question-and-answer site that advised web administrators to create CPs that accurately reflect their site's privacy policy: "The tags are not only a bunch of bits, they have real world meanings, and their use gives you real world responsibilities! For example, pretending that you never collect user data might make the browser happy, but if you actually collect user data, the P3P is conflicting with reality. Plain and simple, you are purposefully lying to your users...." Immediately under the

| Compact Policy listed in http-stats.com/P3P | Number of occurrences in collected CPs | Errors | IE Satisfactory cookie? |
|---|---|---|---|
| CAO DSP COR CUR ADM DEV TAI PSA PSD IVAi IVDi CONi TELo OTPi OUR DELi SAMi OTRi UNRi PUBi IND PHY ONL UNI PUR FIN COM NAV INT DEM CNT STA POL HEA PRE GOV | 2,738 | None | YES |
| NOI ADM DEV PSAi COM NAV OUR OTRo STP IND DEM | 4,360 | None | YES |
| NON DSP CURa OUR NOR UNI | 0 | Missing tokens | YES |
| ALL CURa ADMa DEVa TAIa OUR BUS IND PHY ONL UNI PUR FIN COM NAV INT DEM CNT STA POL HEA PRE LOC OTC | 102 | None | YES |
| BUS CUR CONo FIN IVDo ONL OUR PHY SAMo TELo | 293 | Missing tokens | YES |
| CAO DSP COR CURa ADMa DEVa OUR IND PHY ONL UNI COM NAV INT DEM PRE | 553 | None | YES |
| NOI NID ADMa OUR IND UNI COM NAV | 464 | None | YES |
| ALL DSP COR CURa ADMa DEVa TAIa PSAa PSDa IVAa IVDa CONa TELa OUR STP UNI NAV STA PRE | 24 | Conflicting IVA, IVD, CON, and TEL tokens | YES |
| NOI DEVa TAIa OUR BUS UNI STA | 359 | None | YES |
| CAO PSA OUR | 2,756 | Missing tokens | YES |

**Table 3: Frequency of "common" CPs from http-stats.com in collected CPs**

example CP was the warning: "Note that the combination of P3P headers in the example may not be applicable on your specific website; your P3P headers MUST truthfully represent your own privacy policy!" [13]. This warning must have been effective as we did not find the example CP in our data set.

We examined the top 10 P3P header values listed at http-stats.com, a website that crawls the web and compiles data on HTTP header values. These headers included the CPs recommended in the O'Reilly blog and on the Microsoft support website. As shown in Table 3, we found multiple instances of nine of these CPs in our data set and detected errors in four of these CPs. All of these CPs are considered satisfactory by IE.

# 6. COMPACT POLICIES AND POPULAR WEBSITES

In this section we present the results of our evaluation of the top-100 most-visited websites, 3,417 TRUSTe-certified websites, and 75 network advertising websites offering opt-out cookies that can be set using the Beef Taco Firefox extension. We found that only 391 of the evaluated TRUSTe sites had CPs and 134 of those had errors. 48 of the 100 most-visited sites had CPs and 21 had errors. 11 of the evaluated network advertising sites had CPs and only one had an error.

The top-visited domains with CPs are listed in Appendix E. We analyzed the errors in detail for the top 50 most-visited sites with CPs that contained errors. Because of the popularity of these sites, errors in their CPs have an impact on a large number of users. Table 4 shows the CPs and types of errors found. Only one of these websites, *microsoft.com*,

displayed a full P3P policy.

The *facebook.com* CP is invalid because it is missing *PURPOSE*, *RECIPIENT*, *RETENTION*, *CATEGORIES* and *ACCESS* tokens. The included tokens, *DSP* and *LAW*, do not provide any information about the site's collection or use of data. This CP simply states that any privacy dispute will be resolved according to a law referenced in their privacy policy, and implies that the site collects no data associated with the cookie. When doing preliminary work for this study in 2009, the *facebook.com* compact policy contained only the single invalid token *HONK*. Both of these CPs are useless for communicating with user agents and users. It is likely that *facebook.com* is using their CP to avoid being blocked by IE.

Websites under the *msn.com* domain exhibited a CP that includes the invalid *CUSo* token. Two other Microsoft-owned sites, *microsoft.com* and *windows.com* use the same CP. These websites display the TRUSTe EU Safe Harbor Privacy seal. We believe that these websites are likely attempting to comply with P3P; however, they are not using P3P properly.

The *live.com* CP does not include any *ACCESS* tokens. This CP suggests collection of PII, but does not provide any information about whether users can access their personal information.

The *amazon.com* and *imdb.com* domains each contain a single invalid token and no other tokens, so they fall into the invalid-tokens and missing-tokens categories. It appears that these two websites use a CP only for the purpose of avoiding IE cookie filtering.

The *aol.com* domain's CP is invalid since it is missing *ACCESS* and *RETENTION* tokens. The *mapquest.com* domain is missing a *RETENTION* token. The *godaddy.com*

| URL | Compact Policy | Errors found | Valid Full P3P Policy | IE Satisfactory cookie? | TRUSTe seal |
|---|---|---|---|---|---|
| facebook.com | DSP LAW | Missing tokens | NO | Yes | EU Safe Harbor |
| msn.com | BUS CUR CONo FIN IVDo ONL OUR PHY SAMo TELo | Missing tokens | NO | Yes | EU Safe Harbor |
| live.com | BUS CUR CONo FIN IVDo ONL OUR PHY SAMo TELo | Missing tokens | NO | Yes | EU Safe Harbor |
| amazon.com | *AMZN* | Invalid tokens, Missing tokens | NO | Yes | None |
| microsoft.com | ALL IND DSP COR ADM CONo CUR *CUSo* IVAo IVDo PSA PSD TAI TELo OUR SAMo CNT INT NAV ONL PHY PRE PUR UNI | Invalid tokens | YES | Yes | EU Safe Harbor |
| reference.aol.com | UNI INT STA NAV DEV CUR OUR | Missing tokens | NO | Yes | Web Privacy |
| atlas.mapquest.com | STA INT UNI CUR DEV NOI OUR | Missing tokens | NO | Yes | None |
| godaddy.com | IDC DSP COR LAW CUR ADM DEV TAI PSA PSD IVA IVD HIS OUR SAM PUB LEG UNI COM NAV STA | Conflicting IVA and IVD tokens | NO | Yes | EU Safe Harbor |
| imdb.com | *IMDB* | Invalid tokens, Missing tokens | NO | Yes | None |
| windows.com | ALL IND DSP COR ADM CONo CUR *CUSo* IVAo IVDo PSA PSD TAI TELo OUR SAMo CNT COM INT NAV ONL PHY PRE PUR UNI | Invalid tokens | NO | Yes | None |
| hulu.com | NOI DSP COR NID ADMa *OPTa* OUR NOR | Invalid tokens | NO | Yes | None |

**Table 4: CPs of 50 most-visited websites with errors, sorted by popularity. Invalid tokens are shown in italics.**

domain has conflicting $IVA$ and $IVD$ tokens. This CP is confusing since it claims the site is using identifiable information to perform individual analysis and decisions; however, it does not include any $CATEGORIES$ token associated with the collection of identifiable information.

Finally, the $hulu.com$ domain contains the invalid $OPTa$ token which presumably is intended to be $OPTa$ instead. This makes it syntactically incorrect. More importantly, the CP includes the $NID$ token, claiming that no PII is associated with cookies. We read the human-readable privacy policy of this website and found that it explicitly mentions linking PII to cookies.

All but one of these top websites do not have a full P3P policy, and several of them have CPs that appear to be well-crafted to bypass IE filtering. Further analysis will be needed to determine if they actually follow the data practices they claim through their CPs; however, as detailed in Appendix D, there are inconsistencies that suggest they do not follow the practices they claim.

Domains such as $facebook.com$, $msn.com$, $live.com$ and $aol.com$ exhibited TRUSTe privacy seals, despite displaying invalid CPs. Indeed, we found that 391 of the 3,417 TRUSTe-certified websites have CPs, but 134 (34.3%) of these had at least one problem with their CPs, as detailed in Appendix G. 28 out of the 48 top websites with CPs appeared on the list of TRUSTe websites and 11 (39.3%) of these had invalid CPs. This suggests TRUSTe is not reviewing websites' CPs when issuing privacy seals.

Network advertisers tend to make heavy use of third-party cookies in order to provide targeted advertising. Therefore, the use of CPs among network advertisers is of particular im-

portance. Without CPs, many network advertising cookies would be blocked by IE because they are used in a third-party context. In addition, users are generally not aware of what third-parties are setting cookies on the sites they visit or what their privacy practices are. If used properly, P3P could provide information about privacy practices that would otherwise be difficult for users to obtain. We collected a list of 75 network advertisers offering opt-out cookies that can be set using the Beef TACO (Targeted Advertising Cookie Opt-Out) Firefox extension. As detailed in Appendix F, We found that only 11 of them delivered CPs with their opt-out cookie. However, we found errors in only one of these CPs.

Some of the most-visited domains host many websites in their domain, and thus have many invalid CPs. Table 5 lists the 6 domains responsible for at least 100 invalid CPs each. These 6 domains are accountable for nearly 40% of CPs with errors. These include two of the top 100 most-visited web domains: $tripod.com$ and $msn.com$.

# 7. CONCLUSIONS

In this paper we present data on errors commonly found in P3P compact policies that are detectable through automated analysis. We evaluated CPs collected from 33,139 websites on 19,820 domains and found *invalid tokens, missing tokens,* or *conflicting tokens* at 34% of these sites. We found CP errors on a wide range of sites, including some of the most popular websites on the Internet and TRUSTe seal holders. We also reviewed the opt-out cookies of 75 network advertisers, and found errors in one of the 11 CPs collected. We were surprised by the large number of errors we were able

| Host domain | Invalid CPs | Percent of total invalid CPs |
|---|---|---|
| tripod.com | 2,575 | 23.0% |
| addresses.com | 1,054 | 9.4% |
| msn.com | 358 | 3.2% |
| cjb.net | 247 | 2.2% |
| livedoor.biz | 116 | 1.0% |
| ning.com | 112 | 1.0% |
| Total invalid: | **4,462** | **39.92%** |

**Table 5: Domains accountable for most of the CP problems.**

to detect in CPs through automated analysis alone. We expect that even more errors exist, but discovering them would require manual comparison with sites' human-readable privacy policies or first-hand knowledge of sites' actual privacy practices. The large number of CP errors is troubling and suggests that CPs cannot be relied on for accurate information about website privacy policies with respect to cookies.

We conducted a number of analyses to try to understand why such a large fraction of CPs contain errors. Our results suggest that while some errors are likely introduced through mistakes (e.g. typos or misunderstanding the P3P specification), most appear to result from web administrators writing CPs for the purpose of avoiding IE cookie filtering without considering the accuracy of their CPs. In addition, we found large numbers of websites sharing the same erroneous CPs, including groups of websites hosted on the same domain.

P3P is designed to provide website privacy policies in a computer-readable format that enables automated analysis and decision making. CPs provide a simple way for websites to offer a summary of their privacy practices with respect to cookies in a format that is easily processed by web browsers. The IE web browser uses CPs to make cookie blocking decisions. Thus, CP errors are likely to cause IE to allow cookies that should be blocked under a user's privacy settings to go unblocked, and users who rely on IE's cookie settings may be misled. This problem is exacerbated by the fact that the IE cookie-filtering implementation does not check for CP errors. Thus even the invalid- and missing-token errors, which are a clear violation of the P3P specification, go undetected by IE. Indeed, some websites appear to exploit this IE implementation loophole and publish CPs containing only bogus tokens or omitting tokens in the categories that would cause IE to filter their cookies. A number of online articles also suggest CPs that websites can use to avoid having their cookies blocked, and we found large numbers of sites that copied these suggested CPs verbatim.

CP errors would likely be reduced substantially if IE checked for these errors, and if the articles that informed web administrators about avoiding cookie blocking explained that CPs need to follow the P3P specification and accurately represent privacy practices with respect to cookies. In addition, if the administrators of domains that host large numbers of websites corrected the CPs for their domains, the number of errors would be significantly reduced.

The CP error data we report suggests that many websites are not taking P3P seriously and are behaving in ways that undermine the purpose of the P3P specification. Previous work suggests that errors in full P3P policies are also common [14] [3]. It appears that companies do not currently have sufficient incentives to provide accurate machine-readable privacy policies. Unless regulators use their authority to take action against companies that provide erroneous machine-readable policies, users will be unable to rely on these policies.

## 8. REFERENCES

[1] S. Byers, L. F. Cranor, and D. Kormann. Automated analysis of P3P-enabled web sites. *ICEC '03: Proceedings of the 5th international conference on Electronic commerce*, pages 326–338, 2003.

[2] L. F. Cranor. *Web Privacy with P3P*. O'Reilly, 2002.

[3] L. F. Cranor, S. Egelman, S. Sheng, A. M. McDonald, and A. Chowdhury. P3P deployment on websites. *Electronic Commerce Research and Applications*, 7(3):274–293, 2008.

[4] L. F. Cranor, P. Guduru, and M. Arjula. User interfaces for privacy agents. *ACM Transactions on Computer-Human Interaction*, pages 135–178, June 2006.

[5] S. Hacker. P3P in IE: Frustrating failure, June 2002. http://www.oreillynet.com/mac/blog/2002/06/p3p_in_ie6_frustrating_failure.html.

[6] J. A. Harvey and K. M. Sanzaro. P3P and IE 6: good privacy medicine or mere placebo? *The Computer and Internet Lawyer*, 2002.

[7] http://www.w3.org/2002/12/18-p3p-workshop report.html. Summary report - W3C workshop on the future of P3P. Technical report, W3C, November 2002.

[8] P. G. Kelley, J. Bresee, L. F. Cranor, and R. W. Reeder. A "nutrition label" for privacy. *SOUPS '09: Proceedings of the 5th Symposium on Usable Privacy and Security*, 2009.

[9] Microsoft. Privacy in Internet Explorer 6. Visited April 26, 2010. http://msdn.microsoft.com/en-us/library/ms537343

[10] Microsoft Support. Session variables are lost if you use FRAMESET in Internet Explorer 6, April 2006. http://support.microsoft.com/kb/323752.

[11] G. Patel. How to set third-party cookies with iframe, December 2008. http://viralpatel.net/blogs/2008/12/how-to-set-third-party-cookies-with-iframe.html.

[12] K. Patil. Session lost in iframe, April 2010. http://kiranpatils.wordpress.com/2010/04/13/session-lost-in-iframe/.

[13] Piskvor. Cookie blocked/not saved in IFRAME in IE, February 2009. http://stackoverflow.com/questions/389456/cookie-blocked-not-saved-in-iframe-in-internet-explorer.

[14] I. Reay, S. Dick, and J. Miller. A large-scale empirical study of P3P privacy policies: Stated actions vs. legal obligations. *ACM Transactions on the Web*, 2009.

[15] J. R. Reidenberg and L. F. Cranor. Can user agents accurately represent privacy policies? *The 38th Research Conference on Communication, Information and Internet Policy*, 2002.

[16] TRUSTe. Directory of TRUSTe certified web sites.

Visited May 3, 2010.
http://www.truste.com/trusted_sites/index.html.

[17] W3C. The platform for privacy preferences 1.0, April 2002. http://www.w3.org/TR/REC-P3P-20020416.

[18] W3C. The platform for privacy preferences 1.1. http://www.w3.org/TR/P3P11/, November 2006.

[19] A. Young. IE blocking iframe cookies, September 2008. http://adamyoung.net/IE-Blocking-iFrame-Cookies.

**APPENDIX**

**A.   DESCRIPTION OF P3P COMPACT POLICY TOKENS**

| Element | Token | Full P3P Vocabulary | Plain Language Translation of P3P Policy Element [18] |
|---|---|---|---|
| **Access** | NOI | <nonident/> | We do not keep any information identified with you |
| | ALL | <all/> | We give you access to all of our information identified with you |
| | CAO | <contact-and-other/> | We give you access to your contact information and some of our other information identified with you |
| | IDC | <ident-contact/> | We give you access to only your contact information in our records |
| | OTI | <other-ident/> | We allow you to access some of our information identified with you, but not your contact information |
| | NON | <none/> | We do not give you access to our information about you |
| **Disputes** | DSP | There are some disputes | There are ways to resolve privacy-related disputes with us |
| **Remedies** | COR | <correct/> | We will correct any errors we make related to the commitments in our privacy policy |
| | MON | <money/> | We will compensate individuals if it is determined that we have violated our privacy policy |
| | LAW | <law/> | Our privacy policy references a law that may determine remedies for breaches of our policy |
| **Non-Identifiable** | NID | <NON-IDENTIFIABLE/> | We do not keep any information that could be used to identify you personally |
| **Purpose** | CUR | <current/> | To provide the service you requested |
| | ADM[attr] | <admin/> | To perform web site and system administration |
| | DEV[attr] | <develop/> | For research and development, but without connecting any information to you |
| | TAI[attr] | <tailoring/> | To customize the site for your current visit only |
| | PSA[attr] | <pseudo-analysis/> | To do research and analysis in which your information may be linked to an ID code but not to your personal identity |
| | PSD[attr] | <pseudo-decision/> | To make decisions that directly affect you without identifying you, for example to display content or ads based on links you clicked on previously |
| | IVA[attr] | <individual-analysis/> | To do research and analysis that uses information about you |
| | IVD[attr] | <individual-decision/> | To make decisions that directly affect you using information about you, for example to recommend products or services based on your previous purchases |
| | CON[attr] | <contact/> | To contact you through means other than telephone (for example, email or postal mail) to market services or products |
| | HIS[attr] | <historical/> | To aid in historical preservation as governed by a law or policy described in this privacy policy |
| | TEL[attr] | <telemarketing/> | To contact you by telephone to market services or products |
| | OTP[attr] | <other-purpose/> | For other uses described in the site's human readable policy |
| **Recipient** | OUR | <ours/> | Companies that help us fulfill your requests (for example, shipping a product to you), but these companies must not use your information for any other purpose |
| | DEL[attr] | <delivery/> | Delivery companies that help us fulfill your requests and who may also use your information in other ways |
| | SAM[attr] | <same/> | Companies that have privacy policies similar to ours |
| | UNR[attr] | <unrelated/> | Other companies whose privacy policies are unknown to us |
| | PUB[attr] | <public/> | People who may access your information from a public area, such as a bulletin board, chat room, or directory |
| | OTR[attr] | <other-recipient/> | Companies that are accountable to us, though their privacy policies may be different from ours |

*Continued on next page …*

*Continued from previous page*

| Element | Token | Full P3P Vocabulary | Description |
|---------|-------|---------------------|-------------|
| **Retention** | NOR | &lt;no-retention/&gt; | We do not keep your information beyond your current online session |
| | STP | &lt;stated-purpose/&gt; | We keep your information only long enough to perform the activity for which we collected it |
| | LEG | &lt;legal-requirement/&gt; | We keep your information only as long as we need to for legal purposes |
| | BUS | &lt;business-practices/&gt; | Our full privacy policy explains how long we keep your information |
| | IND | &lt;indefinitely/&gt; | We may keep your information indefinitely |
| **Categories** | PHY | &lt;physical/&gt; | Name, address, phone number, or other physical contact information |
| | ONL | &lt;online/&gt; | Email address or other online contact information |
| | UNI | &lt;uniqueid/&gt; | Website login IDs and other identifiers (excluding government IDs and financial account numbers) |
| | PUR | &lt;purchase/&gt; | Information about your purchases, including payment methods |
| | FIN | &lt;financial/&gt; | Financial information such as accounts, balances, and transaction history |
| | COM | &lt;computer/&gt; | Information about the computer you are using, such as its hardware, software, or Internet address |
| | NAV | | Which pages you visited on this web site and how long you stayed at each page |
| | INT | &lt;interactive/&gt; | Activities you engaged in at this web site, such as your searches and transactions |
| | DEM | &lt;demographic/&gt; | Information about social and economic categories that might apply to you, such as your gender, age, income, or where you are from |
| | CNT | &lt;content/&gt; | Messages you send to us or post on this site, such as email, bulletin board postings, or chat room conversations |
| | STA | &lt;state/&gt; | Cookies and mechanisms that perform similar functions |
| | POL | &lt;political/&gt; | Which groups you might be a member of such as religious organizations, trade unions, and political parties |
| | HEA | &lt;health/&gt; | Health information such as information about your medical condition or your interest in health-related topics, services, or products |
| | PRE | &lt;preference/&gt; | Information about your tastes or interests |
| | LOC | &lt;location/&gt; | Information about an exact geographic location, such as data transmitted by your GPS-enabled device |
| | GOV | &lt;government/&gt; | Government-issued identifiers such as social security numbers |
| | OTC | &lt;other-category/&gt; | Other types of data described in the site's human readable policy |
| **Test** | TST | &lt;test/&gt; | The CP is under test |

Attributes [attr]: a = always, i = opt-in, o = opt-out

12

## B.   FREQUENCY OF TOKENS

| Element | Token | always | opt-in | opt-out |
|---|---|---|---|---|
| **Access** | NOI | 28% | NA | NA |
| | ALL | 6% | NA | NA |
| | CAO | 44% | NA | NA |
| | IDC | 12% | NA | NA |
| | OTI | <1% | NA | NA |
| | NON | 5% | NA | NA |
| **Disputes** | DSP | 61% | NA | NA |
| **Remedies** | COR | 54% | NA | NA |
| | MON | <1% | NA | NA |
| | LAW | 3.4% | NA | NA |
| **Non-identifiable** | NID | 6% | NA | NA |
| **Purpose** | CUR/CURa | 58% | NA | NA |
| | ADM | 73% | 1% | 1% |
| | DEV | 70% | 1% | 1% |
| | TAI | 37% | 2% | <1% |
| | PSA | 52% | 16% | 2% |
| | PSD | 32% | 1% | 1% |
| | IVA | 11% | 27% | 2% |
| | IVD | 2% | 23% | 3% |
| | CON | 1% | 30% | 12% |
| | HIS | 3% | <1% | <1% |
| | TEL | <1% | 1% | 22% |
| | OTP | 1% | 22% | <1% |
| **Recipient** | OUR | 96% | NA | NA |
| | DEL | 3% | 22% | <1% |
| | SAM | 1% | 22% | 2% |
| | UNR | <1% | 21% | <1% |
| | PUB | <1% | 21% | <1% |
| | OTR | 2% | 23% | 15% |
| **Retention** | NOR | 7% | NA | NA |
| | STP | 20% | NA | NA |
| | LEG | 1% | NA | NA |
| | BUS | 13% | NA | NA |
| | IND | 67% | NA | NA |
| **Categories** | PHY | 39% | NA | NA |
| | ONL | 40% | NA | NA |
| | UNI | 56% | NA | NA |
| | PUR | 31% | NA | NA |
| | FIN | 23% | NA | NA |
| | COM | 61% | NA | NA |
| | NAV | 61% | NA | NA |
| | INT | 39% | NA | NA |
| | DEM | 49% | NA | NA |
| | CNT | 25% | NA | NA |
| | STA | 45% | NA | NA |
| | POL | 21% | NA | NA |
| | HEA | 21% | NA | NA |
| | PRE | 31% | NA | NA |
| | LOC | 15% | NA | NA |
| | GOV | 21% | NA | NA |
| | OTC | 3% | NA | NA |
| **Test** | TST | <1% | NA | NA |

This table shows the percentage of compact policies in our data set that contain each CP token.

13

## C.   EVALUATION OF FULL P3P AND HUMAN-READABLE POLICIES FOR WEB SITES USING THE CP SUGGESTED BY THE O'REILLY BLOG

| URL | Valid Full P3P Policy? | Location of Human-readable Policy | Comments |
|---|---|---|---|
| alleghenyinstitute.org | NO | Not found | **No policies found to compare with CP** |
| bordellfuehrer.de | NO | Not found | **No policies found to compare with CP** |
| caidep.com | NO | *caidep.com* | **Policies do not match** - privacy policy does not mention any information associated with the $NOI$, $ADM$, $DEV$, $PSAi$, $COM$, $OTRo$, $STP$, $IND$ or $DEM$ tokens included in the CP; privacy policy mentions the use of cookies to store preferences and to perform customization but CP does not include $PRE$ or $TAI$ tokens |
| cakephp.org | NO | *cakephp.org/pages/privacy* | **Policies do not match** - privacy policy does not mention any information associated with the $NOI$, $ADM$, $DEV$, $PSAi$, $STP$, $IND$ or $DEM$ tokens included in its CP; privacy policy mentions the use of cookies to store preferences but CP does not include $PRE$ token |
| campbell.house.gov | NO | Not found | **No policies found to compare with CP** |
| condusef.gob.mx | NO | Not found | **No policies found to compare with CP** |
| creditolo.de | NO | Not found | **No policies found to compare with CP** |
| dme.kerala.gov.in | NO | Not found | **No policies found to compare with CP** |
| economics.harvard.edu | NO | Not found | **No policies found to compare with CP** |
| equestrian.com.my | NO | *equestrian.com.my/ privacy-policy* | **Human-readable policy does not mention cookies** |
| gilldivers.com | NO | Not found | **No policies found to compare with CP** |
| gss.ucsb.edu | NO | Not found | **No policies found to compare with CP** |
| honor.unc.edu | NO | Not found | **No policies found to compare with CP** |
| itech-ny.com | NO | *itech-ny.com/ privacy-policy.html* | **Policies do not match** - privacy policy does not mention any information associated with $NOI$, $ADM$, $DEV$, $STP$, $IND$ or $DEM$ tokens included in its CP; privacy policy mentions the use of cookies to store preferences but CP does not include the $PRE$ token |
| joomla.org | NO | *joomla.org/ privacy-policy.html* | **Human-readable policy does not mention cookies** |
| komodorock.com | NO | *www.komodorock.com/ privacy-policy/* | **Policies do not match** - privacy policy does not mention any information associated with $NOI$, $ADM$, $DEV$, $STP$, $IND$ or $DEM$ tokens included in CP; privacy policy mentions the use of cookies to store preferences and customize advertising but CP does not include the $PRE$ or $TAI$ tokens |
| laser.org | NO | Not found | **No policies found to compare with CP** |
| majorleague.com.au | NO | Not found | **No policies found to compare with CP** |
| megasearch.net | NO | *megasearch.net/ PrivacyPolicy.html* | **Policies do not match** - the use of cookies is not well detailed in the human-readable policy. |

*Continued on next page . . .*

14

*Continued from previous page*

| URL | Valid Full P3P Policy? | Location of Human-readable Policy | Comments |
|---|---|---|---|
| navicat.com | NO | *navicat.com/en/privacy.html* | **Human-readable policy does not mention cookies** |
| ocean.tamu.edu | NO | *geosciences.tamu.edu/ about-us/ geonet-information-hub/ web-site-policies/ 677-site-privacy-and-security-policy* | **Policies do not match** - privacy policy does not mention any information associated with $NOI$, $DEV$, $PSAi$, $OTRo$, $STP$, $IND$ or $DEM$ tokens included in CP |
| orange-pocket.com | NO | Not found | **No policies found to compare with CP** |
| parktrust.org | NO | Not found | **No policies found to compare with CP** |
| rcn.com | NO | *rcn.com/dc-metro/ privacy-policy* | **Policies do not match** - the use of cookies is not well detailed in the human-readable policy - privacy policy does not mention any information associated with $NOI$, $ADM$, $DEV$, $PSAi$, $STP$, $IND$ or $DEM$ tokens included in CP; privacy policy mentions that cookies are used to provide seamless visit and expedite customer login but CP does not include $CUR$ token |
| relevantmagazine.com | NO | *relevantmagazine.com/ privacy-policy* | **Policies do not match** - the use of cookies is not well detailed in the human-readable policy |
| themacstore.com | NO | *themacstore.com/privacy/* | **Human-readable policy does not mention cookies** |
| theories.com | NO | *theories.com/index.php/ Privacy-Policy.html* | **Policies do not match** - the use of cookies is not well detailed in the human-readable policy |
| topcities.com | NO | Not found | **No policies found to compare with CP** |
| womensmedia.com | NO | *womensmedia.com/new/ privacy-policy.shtml* | **Human-readable policy does not mention cookies** |
| wsashow.com | NO | *wsashow.com/homepage/ privacy_policy* | **Policies do not match** - privacy policy does not mention any information associated with $NOI$, $DEV$, $STP$ or $IND$ tokens included in its CP; privacy policy mentions that cookies are used for log-in, enable personalization, analytics, shopping cart, personalized service, and targeted advertisement, but CP does not include $CUR$, $IVD$, $IVA$, $TAI$ or $INT$ tokens |

## D.   EVALUATION OF FULL P3P AND HUMAN-READABLE POLICIES FOR WEBSITES WITH CP ERRORS IN TOP 50 MOST-VISITED LIST

| URL | Valid Full P3P Policy? | Location of Human-readable Policy | Comments |
|---|---|---|---|
| facebook.com | NO | *facebook.com/policy.php* | **Policies do not match** - CP contains only two tokens ($DSP$ and $LAW$) but privacy policy mentions that cookies are used for several purposes, including the provision of services, advertising, easy log-in, etc., and that cookies are stored for an extended period |
| msn.com | NO | *privacy.microsoft.com/ en-us/fullnotice.mspx* | **Slight differences between CP and privacy policy** - privacy policy mentions that cookies may be used to collect demographic information but CP does not include $DEM$ token |
| safety.live.com | NO | *privacy.microsoft.com/ en-us/fullnotice.mspx* | **Slight differences between CP and privacy policy** - privacy policy mentions that cookies may be used to collect demographic information but CP does not include $DEM$ token |
| amazon.com | NO | *amazon.com/gp/help/ customer/display.html /ref=footer_privacy/ 191-3583711-6331321? ie=UTF8&nodeId=468496* | **Invalid CP, unable to compare** |
| microsoft.com | YES | *privacy.microsoft.com/ en-us/fullnotice.mspx* | **Slight differences between CP, full P3P policy, and privacy policy** - privacy policy mentions that cookies may be used to collect demographic information but CP and full P3P policy do not include $DEM$ token |
| reference.aol.com | NO | *about.aol.com/aolnetwork/ aol_pp* | **Policies do not match** - privacy policy mentions cookies are used to remember preferences, measure ad effectiveness, customize site, store demographic information, share info with ad networks and service providers, but CP does not include any $PRE$, $ONL$, $TAI$, $DEM$ or $SAM$ tokens. |
| atlas.mapquest.com | NO | *about.aol.com/aolnetwork/ aol_pp* | **Policies do not match** - privacy policy mentions cookies are used to remember preferences, measure ad effectiveness, customize site, store demographic information, share info with ad networks and service providers, but CP does not include any $PRE$, $ONL$, $TAI$, $DEM$ or $SAM$ tokens. |
| godaddy.com | NO | *godaddy.com/ Agreements/ShowDoc.aspx? pageid=PRIVACY&ci= 20803&app_hdr=0* | **Policies do not match** - privacy policy mentions the collection of name, address, credit card numbers, government IDs, and collected information might be used to contact the user and to present co-branded offers on opt-in basis, but CP does not contain $PHY$, $DEM$, $GOV$, $CON$ or $SAMo$ |
| imdb.com | NO | *imdb.com/privacy* | **Invalid CP, unable to compare** |
| windows.com | NO | *privacy.microsoft.com/ en-us/fullnotice.mspx* | **Slight differences between CP and privacy policy** - privacy policy mentions that cookies may be used to collect demographic information but CP does not include $DEM$ |
| hulu.com | NO | *hulu.com/privacy* | **Policies do not match** - privacy policy mentions targeted advertising based on user's activity but CP does not include $IVA$; policy states: "We may use cookies and similar technologies to relate your use of the Hulu Services to personally identifiable information," yet CP includes the $NID$ token, claiming that they do not collect PII |

## E.   TOP VISITED DOMAINS USING CPS

| Domain | Valid Full P3P Policy? | Errors found in CP |
|---|---|---|
| about.com | YES | None |
| amazon.com | NO | Invalid tokens; Missing tokens |
| angelfire.com | NO | Invalid tokens; IVA and CON conflicting tokens |
| aol.com | NO | Missing tokens |
| apple.com | NO | None |
| att.com | YES | None |
| bing.com | NO | None |
| bizrate.com | NO | Invalid tokens |
| blogspot.com | NO | None |
| careerbuilder.com | YES | IVA conflicting token |
| causes.com | NO | IVD, IVA and CON conflicting tokens |
| cnet.com | NO | None |
| cnn.com | NO | None |
| comcast.net | NO | None |
| dailymotion.com | NO | None |
| examiner.com | NO | NID conflicting token |
| facebook.com | NO | Missing tokens |
| flickr.com | NO | None |
| go.com | NO | Invalid tokens; Missing tokens |
| godaddy.com | NO | IVD and IVA conflicting tokens |
| google.com | NO | None |
| hulu.com | NO | Invalid tokens |
| ign.com | NO | None |
| imdb.com | NO | Invalid tokens; Missing tokens |
| latimes.com | YES | None |
| linkedin.com | NO | None |
| live.com | NO | Missing tokens |
| mapquest.com | NO | Missing tokens |
| match.com | NO | None |
| metacafe.com | NO | None |
| microsoft.com | YES | CON conflicting token |
| monster.com | NO | None |
| msn.com | NO | Invalid tokens |
| mybloglog.com | NO | None |
| nytimes.com | NO | Missing tokens |
| people.com | NO | None |
| simplyhired.com | NO | None |
| target.com | NO | None |
| thefind.com | YES | IVD and IVA conflicting token |
| tripod.com | NO | Invalid tokens; IVA and CON conflicting tokens |
| tumblr.com | NO | None |
| twitter.com | NO | None |
| washingtonpost.com | NO | TEL, IVD, IVA, and CON conflicting tokens |
| weatherbug.com | NO | None |
| wikipedia.org | NO | None |
| windows.com | NO | Invalid tokens |
| yahoo.com | YES | None |
| yellowpages.com | NO | None |
| **Total** | 7/48 | 21/48 |

## F.   NETWORK ADVERTISING DOMAINS USING CPS

| Domain | Valid Full P3P Policy? | Errors found in CP |
|---|---|---|
| 247realmedia.com | YES | None |
| adsfac.sg | YES | None |
| atdmt.com | YES | None |
| casalemedia.com | NO | None |
| imiclk.com | YES | None |
| intellitxt.com | NO | None |
| navegg.com | NO | Invalid tokens |
| realmedia.com | YES | None |
| vizu.com | YES | None |
| weborama.fr | NO | None |
| zedo.com | NO | None |
| Total | 6/11 | 1/11 |

## G.   DOMAINS HOLDING TRUSTE SEALS USING CPS

| Domain | Valid Full P3P Policy? | Errors found in CP |
|---|---|---|
| 10kscholarship.com | NO | None |
| 1800mobiles.com | NO | None |
| 192.com | YES | None |
| 1choice4yourstore.com | NO | None |
| 247realmedia.com | YES | None |
| 2fixyourtrafficticket.com | YES | None |
| 3dcart.com | NO | None |
| abc.com | NO | None |
| abcnews.com | YES | None |
| activeinternational.ca | NO | IVD, IVA, and CON conflicting tokens |
| activeinternational.com | NO | IVD, IVA, and CON conflicting tokens |
| adt.com | NO | None |
| agilent.com | NO | Missing tokens |
| alladvertisingagencies.com | NO | None |
| aloharents.com | NO | None |
| alvenda.com | NO | None |
| amiastri.com | NO | Invalid tokens |
| angelfire.com | NO | Invalid tokens; IVA and CON conflicting tokens |
| aol.com | NO | Missing tokens |
| apothica.com | YES | Missing tokens; TEL and CON conflicting tokens |
| appexchange.com | NO | Missing tokens |
| apple.com | NO | None |
| asksanta.ca | NO | Missing tokens |
| att.com | YES | None |
| att.net | YES | Invalid tokens |
| attinteractive.com | NO | None |
| automationcontrols.com | NO | None |
| autonation.com | NO | None |
| avaline.com | NO | None |
| aviationarthangar.com | NO | None |
| bellsouth.com | NO | None |
| bic-gsa.com | NO | None |
| bicgsa.com | NO | None |

*Continued on next page . . .*

*Continued from previous page*

| Domain | Valid Full P3P Policy | Errors found in CP |
|---|---|---|
| bicwarehouse.com | NO | None |
| bidezone.com | NO | Missing tokens |
| billhighway.com | NO | Invalid tokens; Missing tokens |
| billiardsaddiction.com | NO | None |
| billshrink.com | NO | IVD, IVA, and CON conflicting tokens |
| bing.com | NO | None |
| bizrate.com | NO | Invalid tokens |
| bizrate.de | NO | Invalid tokens |
| bluerazor.com | NO | IVD and IVA conflicting tokens |
| bodymedia.com | NO | None |
| boostflow.com | NO | None |
| boston.com | NO | None |
| burstnet.com | NO | None |
| buyingadvice.com | NO | None |
| buysafe.com | YES | IVD, IVA, and CON conflicting tokens |
| buysafeshopping.com | YES | IVD and IVA conflicting tokens |
| caliberlocal.com | NO | None |
| calibex.com | NO | None |
| candlewoodsuites.com | NO | Missing tokens |
| candywarehouse.com | NO | None |
| caoh.org | NO | None |
| careonecredit.com | YES | None |
| carid.com | NO | None |
| casalemedia.com | NO | None |
| caspio.com | NO | Missing tokens |
| caspio.net | NO | Missing tokens |
| cataloglink.com | NO | NID conflicting token |
| catchfirefunding.com | NO | None |
| cellstores.com | NO | None |
| ceu4u.com | NO | None |
| chatthreads.com | NO | Missing tokens |
| cheaptickets.com | NO | IVD and IVA conflicting tokens |
| chefsresource.com | NO | None |
| chegg.com | NO | None |
| chipin.com | NO | None |
| christmastreeforme.com | NO | None |
| cjhomeandoffice.com | NO | None |
| classmates.com | YES | IVD, IVA, and CON conflicting tokens |
| clcleather.net | NO | None |
| clubbing.com | NO | Missing tokens |
| code7contest.com | YES | None |
| comcast.net | NO | None |
| conair-store.com | NO | None |
| concreteexchange.com | NO | None |
| controlscan.com | YES | None |
| coremetrics.com | YES | None |
| costumecity.com | YES | None |
| couponbug.com | NO | None |
| coupons.com | NO | None |
| couponsinc.com | NO | None |
| cpp.com | NO | Missing tokens |
| crafta.com | NO | None |
| credit.com | NO | None |
| criteo.com | NO | None |

*Continued on next page . . .*

*Continued from previous page*

| Domain | Valid Full P3P Policy | Errors found in CP |
|--------|-----------------------|--------------------|
| crowneplaza.com | NO | Missing tokens |
| cufflinksdepot.com | NO | None |
| datepad.com | NO | Missing tokens |
| dealsonhotels.com | NO | Missing tokens |
| debtgoal.com | NO | None |
| depositagift.com | NO | None |
| dexclusive.com | NO | None |
| digicert.com | YES | CON conflicting token |
| digilifestudios.com | NO | None |
| digitalimaginghq.com | NO | None |
| digitallanding.com | NO | IVD, IVA, and CON conflicting tokens |
| digitalspyders.com | NO | None |
| directfix.com | NO | None |
| directtextbook.com | YES | None |
| dreamlandweddingshoppe.com | NO | None |
| drugs.com | YES | None |
| duiattorney.com | NO | None |
| dynamiclogic.com | YES | None |
| e-miles.com | NO | None |
| e-rewards.com | NO | None |
| e-rewards.de | NO | None |
| e-rewards.fr | NO | None |
| e-rewards.nl | NO | None |
| ea.com | NO | Missing tokens |
| earnmydegree.com | NO | None |
| ebates.com | NO | None |
| ebooks.com | YES | Missing tokens; CON conflicting token |
| ecampustours.com | NO | None |
| echosign.com | NO | IVD, IVA, and CON conflicting tokens |
| educadium.com | NO | None |
| educationconnection.com | YES | IVD, IVA, and CON conflicting tokens |
| emeraldisland.com | NO | None |
| emergingmed.com | NO | None |
| enjoycpr.com | NO | None |
| epals.com | NO | None |
| eprooft.com | NO | None |
| espn.com | YES | None |
| ether.com | NO | None |
| eversave.com | NO | None |
| facebook.com | NO | Missing tokens |
| familyfun.com | NO | None |
| fansnap.com | NO | None |
| federaldebtreduction.com | NO | None |
| firstagain.com | NO | CON conflicting token |
| flemingoutdoors.com | NO | None |
| forzieri.com | NO | None |
| freeshop.com | NO | NID conflicting token |
| genealogytoday.com | NO | None |
| getaroom.com | NO | None |
| getinsurancequotes.ca | NO | None |
| globesmart.com | NO | None |
| go.com | YES | Invalid tokens; Missing tokens |
| godaddy.com | NO | IVD and IVA conflicting tokens |
| gotomypc.com | NO | Missing tokens |

*Continued on next page . . .*

*Continued from previous page*

| Domain | Valid Full P3P Policy | Errors found in CP |
|---|---|---|
| gowearfit.com | NO | None |
| greenfieldonline.com | NO | None |
| greensherpa.com | NO | None |
| greenwayuniversity.com | NO | None |
| grovesite.com | NO | None |
| healthscout.com | YES | None |
| healthsquare.com | YES | None |
| hiexpress.com | NO | Missing tokens |
| higherone.com | NO | None |
| holiday-inn.com | NO | Missing tokens |
| homedecorhardware.com | NO | None |
| homegain.com | NO | None |
| hotbot.com | NO | CON conflicting token |
| hotelindigo.com | NO | Missing tokens |
| houstontexans.com | NO | None |
| htmlgear.com | NO | Invalid tokens; IVA and CON conflicting tokens |
| hyperstreet.com | NO | None |
| ibm.com | YES | None |
| ichotelsgroup.com | NO | Missing tokens |
| ideascale.com | NO | None |
| ifriends.net | YES | None |
| ifriendsv2.net | YES | None |
| ihg.com | NO | Missing tokens |
| ihgarmyhotels.com | NO | Missing tokens |
| importedblankets.com | NO | None |
| inksell.com | NO | None |
| inoutcash.com | NO | None |
| insightexpress.com | NO | None |
| intelius.com | NO | Missing tokens |
| intercontinental.com | NO | Missing tokens |
| intuit.com | NO | Missing tokens |
| itech-ny.com | NO | None |
| itwixie.com | NO | None |
| jackpotrewards.com | NO | Invalid tokens |
| jaman.com | NO | Missing tokens |
| jameslimousines.com | NO | None |
| jewelrywonder.com | NO | Missing tokens |
| jobtarget.com | NO | Invalid tokens; Missing tokens |
| justasktoday.com | NO | None |
| kanetix.ca | NO | None |
| kanetix.com | NO | None |
| karmacar.com | YES | None |
| keen.com | NO | None |
| keysurvey.com | NO | Missing tokens |
| kinglinen.com | NO | None |
| largestmall.com | NO | Missing tokens |
| legalmatch.com | NO | None |
| letstalk.com | NO | None |
| life360.com | NO | None |
| lifequote.com | NO | None |
| linkedin.com | NO | None |
| listyourdebt.com | YES | None |
| lithium.com | NO | None |
| live.com | NO | Missing tokens |

*Continued on next page . . .*

*Continued from previous page*

| Domain | Valid Full P3P Policy | Errors found in CP |
|---|---|---|
| livemeeting.com | NO | CON conflicting token |
| loanio.com | NO | None |
| logcap4jobs.com | NO | None |
| lycos.com | NO | CON conflicting token |
| maghound.com | NO | None |
| mail2world.com | NO | Missing tokens; IVA and CON conflicting tokens |
| mailchimp.com | NO | Invalid tokens; Missing tokens |
| market2lead.com | YES | None |
| mate1.com | NO | None |
| maven.net | YES | None |
| mba.com | NO | None |
| mcmobileaccessories.com | NO | None |
| medelita.com | NO | None |
| medlink.com | YES | None |
| medsurvey.com | NO | None |
| mercedsystems.com | NO | None |
| mesh.com | NO | Missing tokens |
| microsoft-hohm.com | NO | None |
| microsoft.com | YES | CON conflicting token |
| microsoftfinancing.com | NO | None |
| microsofthohm.com | YES | None |
| mitto.com | NO | CON conflicting token |
| mndigital.com | NO | Invalid tokens |
| moneybookers.com | YES | None |
| monster.ch | NO | None |
| monster.com | NO | None |
| moversdeal.com | NO | None |
| msn.at | NO | Missing tokens |
| msn.be | NO | Missing tokens |
| msn.com | YES | Invalid tokens |
| msn.de | NO | Missing tokens |
| msn.dk | NO | Missing tokens |
| msn.es | NO | Missing tokens |
| msn.fi | NO | Missing tokens |
| msn.fr | NO | Missing tokens |
| msn.it | NO | Missing tokens |
| msn.nl | NO | Missing tokens |
| msn.no | NO | Missing tokens |
| msn.pt | NO | Missing tokens |
| msn.se | NO | Missing tokens |
| mybarstools.com | NO | None |
| myfreepaysite.com | NO | NID conflicting token |
| myhomepage.com | YES | CON conflicting token |
| mynewplace.com | YES | Missing tokens; CON conflicting token |
| napster.com | YES | None |
| napster.de | NO | None |
| nationalgamecity.com | NO | None |
| nextag.ca | NO | None |
| nextag.com | NO | None |
| nflflag.com | NO | None |
| nupplegal.com | NO | None |
| nytimes.com | NO | Missing tokens |
| oakcitygallery.com | NO | None |
| officedrop.com | NO | None |

*Continued on next page . . .*

*Continued from previous page*

| Domain | Valid Full P3P Policy | Errors found in CP |
|---|---|---|
| omniture.com | NO | None |
| onebagoneearth.com | NO | None |
| onesky.com | NO | None |
| onetravel.com | NO | None |
| onetravelindia.com | NO | None |
| onewayfurniture.com | NO | None |
| opinion-central.com | NO | None |
| orbitz.com | NO | IVD and IVA conflicting tokens |
| orbitzforbusiness.net | NO | IVD and IVA conflicting tokens |
| paybycash.com | NO | IVD, IVA, and CON conflicting tokens |
| paycycle.com | NO | Missing tokens |
| payscale.com | NO | IVD, IVA, and CON conflicting tokens |
| pch.com | NO | None |
| pcicomplianceguide.org | YES | None |
| pensxpress.com | NO | None |
| peopleclick.com | NO | None |
| perfectmatch.com | NO | None |
| periogen.com | YES | None |
| permuto.com | NO | None |
| photosynth.net | NO | Invalid tokens |
| pictureyoursunique.com | NO | None |
| pinnaclesys.com | NO | None |
| platinumgalleria.com | YES | None |
| popularmedia.com | NO | None |
| posonlinestore.com | NO | None |
| pospaper.com | NO | None |
| precharge.com | YES | None |
| predictiveresponse.com | NO | None |
| press8.com | NO | None |
| priorityclub.com | NO | Missing tokens |
| priortax.com | YES | Invalid tokens; Missing tokens |
| prixmoinscher.fr | NO | None |
| prodebtsupport.com | NO | None |
| prosperitypublications.net | NO | None |
| qualityhealth.com | YES | None |
| quickenbillpay.com | NO | None |
| quikcondoms.com | NO | None |
| racingusa.com | NO | None |
| rapidrefund.net | NO | Invalid tokens; Missing tokens |
| rapidrepair.com | NO | None |
| rapidtax.com | YES | Invalid tokens; Missing tokens |
| rednel.com | NO | None |
| remington-store.com | NO | None |
| rent.com | NO | None |
| repequity.com | NO | None |
| rewardtv.com | NO | IVD and IVA conflicting tokens |
| rixty.com | YES | None |
| roblox.com | NO | None |
| rockstargames.com | NO | Missing tokens |
| rockyou.com | NO | None |
| rozee.pk | NO | None |
| safecount.net | NO | None |
| salesforcefoundation.org | NO | Missing tokens |
| sharefile.com | NO | Missing tokens |

*Continued on next page . . .*

*Continued from previous page*

| Domain | Valid Full P3P Policy | Errors found in CP |
|---|---|---|
| shermanstravel.com | NO | None |
| shop.com | NO | NID conflicting token |
| shopbrita.com | NO | None |
| shopcompanion.com | NO | NID conflicting token |
| shopdeck.com | NO | None |
| shopiogear.com | NO | None |
| shopkitchenaid.com | NO | None |
| shopzilla.com | NO | Invalid tokens |
| shopzilla.de | NO | Invalid tokens |
| shopzilla.fr | NO | Invalid tokens |
| shustir.com | NO | None |
| simplifi.net | NO | None |
| simplybabyfurniture.com | NO | None |
| simplykidsfurniture.com | NO | None |
| sixcontinentsclub.com | NO | Missing tokens |
| skincarerx.com | YES | Missing tokens; TEL and CON conflicting tokens |
| skintreatment.com | NO | None |
| smartsourceonline.com | NO | None |
| snaglo.com | NO | None |
| snapfish.com | NO | None |
| soccernet.com | NO | None |
| spardeingeld.de | NO | Invalid tokens |
| spendgrowgive.com | NO | None |
| spiceworks.com | NO | None |
| spoke.com | NO | IVD, IVA, and CON conflicting tokens |
| spokesoftware.com | NO | IVD, IVA, and CON conflicting tokens |
| sportingnews.com | NO | None |
| spytown.com | NO | None |
| starfieldtech.com | NO | IVD and IVA conflicting tokens |
| starwars.com | NO | Missing tokens |
| staybridge.com | NO | Missing tokens |
| strands.com | NO | None |
| suresource.com | NO | None |
| surveillance-video.com | NO | None |
| sweatmonkey.org | NO | None |
| talentfilter.biz | NO | IVD, IVA, and CON conflicting tokens |
| taxact.com | YES | IVA and CON conflicting tokens |
| taxactonline.com | YES | IVA and CON conflicting tokens |
| taxcut.com | NO | None |
| taxpack.com | YES | Invalid tokens; Missing tokens |
| techbargains.com | NO | IVD, IVA, and CON conflicting tokens |
| techcctv.com | YES | None |
| theblueriverbabyshoppe.com | NO | None |
| theopenskyproject.com | YES | None |
| thesims2.com | NO | Missing tokens |
| thumbplay.com | NO | IVD, IVA, and CON conflicting tokens |
| toluna.com | NO | None |
| topdjgear.com | NO | None |
| toponeshop.com | NO | None |
| torbalscales.com | NO | None |
| treadmilldoctor.com | NO | None |
| tripit.com | YES | Missing tokens |
| tripod.com | NO | Invalid tokens; IVA and CON conflicting tokens |
| tycoonu.com | NO | Missing tokens |

*Continued on next page . . .*

*Continued from previous page*

| Domain | Valid Full P3P Policy | Errors found in CP |
|---|---|---|
| ultimatepay.com | NO | IVD, IVA, and CON conflicting tokens |
| unbeatablesale.com | YES | None |
| unique-egifts.com | NO | None |
| us-appliance.com | NO | None |
| uscretailproducts.com | NO | None |
| verisign.com | NO | None |
| verizon.net | NO | IVD, IVA, and CON conflicting tokens |
| vermontgear.com | NO | None |
| viewpoint.com | YES | None |
| vitadigest.com | NO | None |
| vitamaker.com | NO | None |
| voice123.com | YES | None |
| w3i.com | NO | Invalid tokens; Missing tokens |
| wallpapers.com | NO | Invalid tokens; Missing tokens |
| waterpik-store.com | NO | None |
| weatherbug.com | YES | None |
| webtv.net | NO | Missing tokens |
| westfloridacomponents.com | NO | None |
| whitakertaylor.com | YES | None |
| whitesmoke.com | YES | Missing tokens |
| whowhere.com | NO | CON conflicting token |
| wildwestdomains.com | NO | IVD and IVA conflicting tokens |
| windowsmedia.net | NO | None |
| wine.com | YES | TEL and CON conflicting tokens |
| winferno.com | NO | None |
| wirefly.com | NO | None |
| wirelessground.com | NO | None |
| wisemanfinance.com | NO | None |
| wondertime.com | NO | None |
| wooddashexperts.com | NO | None |
| xbox.com | NO | Invalid tokens |
| yahoo.com | YES | None |
| yellowpages.com | NO | None |
| zocdoc.com | NO | Missing tokens |
| Total | 63/391 | 134/391 |