Stephen G. Grygiel (*admitted pro hac vice*)
**SILVERMAN THOMPSON
SLUTKIN WHITE LLC**
201 N. Charles Street, 26TH Floor
Baltimore, MD 21201
Tel.:   (410) 385-2225
Fax:   (410) 547-2432
*sgrygiel@mdattorney.com*

Frederic S. Fox (admitted *pro hac vice*)
David A. Straite (admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Tel.:   (212) 687-1980
Fax:   (212) 687-7714
*dstraite@kaplanfox.com*

Laurence D. King (206423)
Mario Choi (243409)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, 4th Floor
San Francisco, CA 94104
Tel.:   (415) 772-4700
Fax:   (415) 772-4707
*lking@kaplanfox.com*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. INTERNET TRACKING LITIGATION | No. 5:12-md-02314-EJD<br><br>**DECLARATION OF DAVID A. STRAITE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF MEMORANDUM OF POINTS AND AUTHORITIES UNDER SEAL**<br><br>N.D. Cal. L.R. 7-11 and 79-5<br><br>Next Hearing Date: April 28, 2016<br><br>Judge: The Honorable Edward J. Davila |

DECLARATION OF DAVID A. STRAITE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE
MOTION TO FILE MEMORANDUM UNDER SEAL
No. 5:12-md-02314-EJD

## DECLARATION OF DAVID A. STRAITE

I, David A. Straite, declare as follows:

1.      I am an attorney admitted *pro hac vice* to practice before this Court in this matter.  I am an attorney at the law firm of Kaplan Fox & Kilsheimer LLP, Interim Co-Lead Class Counsel in this class action against Defendant Facebook Inc.

2.      I submit this declaration in support of plaintiffs' administrative motion to file portions of plaintiffs' Memorandum of Points and Authorities in Opposition to Facebook's Motion to Dismiss (the "Memorandum") under seal (the "Motion to Seal").  The following statements are based on my personal knowledge and review of the files in this case and, if called on to do so, I could and would testify competently thereto.

3.      Plaintiffs' Motion to Seal describes one document (the Memorandum) sought to be sealed, which quotes from or reflects information learned from documents produced by Facebook during discovery and designated as "Highly Confidential."

4.      Exhibit 1 to this declaration is a redacted public version of the Memorandum which plaintiffs seek to file under seal, redacting sealed material included in or with the Second Amend Complaint filed November 30, 2015, material which is subject to a currently outstanding motion to seal also dated Nov. 30, 2015.  [ECF No. 90].

5.      Exhibit 2 to this Declaration is the full unredacted Memorandum.  Text redacted in the public version has been highlighted in yellow in this under-seal version.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on this 18th day of February, 2016, at New York, NY.


*/s/ David Straite*
   David A. Straite

DECLARATION OF DAVID A. STRAITE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE
MOTION TO FILE MEMORANDUM UNDER SEAL
No. 5:12-md-02314-EJD