1   COOLEY LLP
    MICHAEL G. RHODES (116127)
2   (rhodesmg@cooley.com)
    MATTHEW D. BROWN (196972)
3   (brownmd@cooley.com)
    JEFFREY M. GUTKIN (216083)
4   (jgutkin@cooley.com)
    KYLE C. WONG (224021)
5   (kwong@cooley.com)
    ADAM C. TRIGG (261498)
6   (atrigg@cooley.com)
    101 California Street, 5th Floor
7   San Francisco, CA  94111-5800
    Telephone:    (415) 693-2000
8   Facsimile:    (415) 693-2222

9   Attorneys for Defendant
    FACEBOOK, INC.

10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                  SAN JOSE DIVISION

14

15  In re: Facebook Internet Tracking Litigation    Case No. 5:12-md-02314 EJD

16                                                   **EXHIBIT C TO DECLARATION OF KYLE
                                                     C. WONG IN SUPPORT OF DEFENDANT**
17                                                   **FACEBOOK, INC.'S MOTION FOR
                                                     PROTECTIVE ORDER**
18
                                                     Date:        April 28, 2016
19                                                   Time:        9:00 a.m.
                                                     Courtroom:   4
20                                                   Judge:       Edward J. Davila
                                                     Trial Date:  None Set
21

22

23

24

25              # EXHIBIT C

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

                                         1.      **EXHIBIT C TO WONG DECLARATION ISO
                                                 FACEBOOK'S MOTION FOR PROTECTIVE ORDER
                                                 CASE NO. 5:12-MD-02314 EJD**

## Wong, Kyle

| | |
|---|---|
| **From:** | David Straite <dstraite@kaplanfox.com> |
| **Sent:** | Tuesday, August 20, 2013 1:28 PM |
| **To:** | Wong, Kyle |
| **Cc:** | 'Jim Frickleton'; 'Stephen Grygiel' |
| **Subject:** | In re: Facebook Internet Tracking Litig. -- confidentiality stipulation |
| **Attachments:** | Facebook Internet Tracking MDL -- Revised draft confidentiality stip 20 AUG 2013 revision.docx |

Dear Kyle,

It has been a while since we've emailed, and I hope you are doing well.  I write with respect to the Facebook Internet Tracking MDL.

The last time we emailed was in February, and I believe we had just about finished the confidentiality stipulation/order.  I sent you a revision on February 12, 2013, and you sent back your comments on February 20, 2013.  We are now prepared to accept all of your comments and revisions mentioned in your Feb. 20 email.  I've attached the most recent draft to this email, with edits to reflect your Feb. 20 email.  I also added a new section 13.6 to reflect our (tentative) agreement with respect to the priv logs, edited to include the two in-house lawyers you requested.

If the terms are still acceptable, I will remove track-changes, re-circulate, and have our local counsel file – unless you prefer that Cooley file.  We are fine either way.

Finally, as you know, my former firm (Stewarts Law) closed its US offices; please note that I have joined Kaplan Fox as *Of Counsel* in the New York office and my contact information is below.  I also still have my solo practice on the side (STRAITE PLLC) and thus you can always contact me at david@straite.com; both email addresses get to me in real time.  Feel free to use whichever address is easier.

Kindest regards,

**David A. Straite**
**Kaplan Fox & Kilsheimer LLP**
**850 Third Avenue**
**New York, NY  10022**
**Tel. 212.687.1980**
**Fax 212.687.7714**