COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
ADAM C. TRIGG (261498)
(atrigg@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re: Facebook Internet Tracking Litigation | Case No. 5:12-md-02314 EJD |
|---|---|
| | **EXHIBIT G TO DECLARATION OF KYLE C. WONG IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MOTION FOR PROTECTIVE ORDER** |
| | Date:          April 28, 2016<br>Time:          9:00 a.m.<br>Courtroom:  4<br>Judge:         Edward J. Davila<br>Trial Date:   None Set |

# EXHIBIT G

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

EXHIBIT G TO WONG DECLARATION ISO
FACEBOOK'S MOTION FOR PROTECTIVE ORDER
CASE NO. 5:12-MD-02314 EJD

# Wong, Kyle

| | |
|---|---|
| **From:** | David Straite <dstraite@kaplanfox.com> |
| **Sent:** | Tuesday, February 23, 2016 12:02 PM |
| **To:** | Wong, Kyle |
| **Cc:** | Trigg, Adam; Stephen G.Grygiel |
| **Subject:** | In re Facebook Internet Tracking Litig. |

Dear Kyle,

Thank you for the follow-up discovery meet-and-confer teleconference today. This email will memorialize the details as I understand them, but please let me know if you disagree:

1.      We discussed ways your client could prioritize next steps in discovery as an alternative to cross-motions to compel or to stay discovery. We agreed that no party will file a discovery motion for at least a week to allow you to confer with your client, and for counsel to confer one last time next week.

2.      From the plaintiffs' perspective, the priority items are as follows. If we can agree to a priority schedule for these, we can then discuss which other specific discovery objections or other outstanding issues should be addressed now, and which could be deferred for the time being.

      a.      Help center pages;
      b.      Documents related to the named plaintiffs;
      c.       First three depositions; and
      d.      Searching a limited number of additional custodians (we proposed 10 at once, or two back-to-back productions from 5 custodians and then a subsequent 5), and deferring additional searches until we have reviewed the newly produced documents.

**David A. Straite**
**Kaplan Fox & Kilsheimer LLP**
**850 Third Avenue**
**New York, NY  10022**
**Tel. +1.212.687.1980**
**Fax +1.212.687.7714**