Stephen G. Grygiel (admitted *pro hac vice*)
**SILVERMAN THOMPSON**
**SLUTKIN WHITE LLC**
201 N. Charles Street, 26^(TH) Floor
Baltimore, MD 21201
Tel.:    (410) 385-2225
Fax:    (410) 547-2432
*sgrygiel@mdattorney.com*

Frederic S. Fox (admitted *pro hac vice*)
David A. Straite (admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14^(th) Floor
New York, NY 10022
Tel.:   (212) 687-1980
Fax:   (212) 687-7714
*dstraite@kaplanfox.com*

Laurence D. King (206423)
Mario Choi (243409)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, 4th Floor
San Francisco, CA 94104
Tel.:   (415) 772-4700
Fax:   (415) 772-4707
*lking@kaplanfox.com*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK INTERNET TRACKING LITIGATION | Case No.: 5:12-MD-02314-EJD<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION AND MOTION FOR ADMINISTRATIVE RELIEF TO AMEND CONSOLIDATION ORDER**<br><br>Judge: The Honorable Edward J. Davila<br>Court Room: 4 |

NOTICE IS HEREBY GIVEN that pursuant to Civil Local Rule 7-11, Plaintiffs hereby move this Honorable Court for an order modifying the April 3, 2012 Order Granting Plaintiffs' Motion to Consolidate and Appoint Interim Class Counsel [ECF No. 19] ("Consolidation Order"), as amended on June 26, 2013 [ECF No. 66] and March 12, 2015 [ECF No. 80].

In sum, the movants propose to streamline the leadership structure of this case in two ways: first, to eliminate the position of liaison counsel, and second, to add Jay Barnes to the interim steering committee.  In support of this motion, movants state as follows and submit accompanying declarations of Jay Barnes, Paul Kiesel and Mark Mandell.  The undersigned conferred with Facebook counsel, who confirmed that Facebook takes no position on this motion.

## I. ELIMINATION OF POSITION OF LIAISON COUNSEL

1. In the Consolidation Order, this Court approved a stipulated leadership structure that included Kiesel Law LLP as interim liaison counsel.  No member of the interim executive committee had offices in California at the time, necessitating the role of liaison counsel.

2. Last year, on March 12, 2015, this Court appointed David Straite to the interim executive committee.  Mr. Straite is an attorney with the firm of Kaplan Fox & Kilsheimer LLP, which has an office in this District, in San Francisco.  There is therefore no longer any need for separate liaison counsel, presenting an opportunity to streamline leadership and enhance efficiency for opposing counsel, class counsel and the Court.

3. Attorneys and paralegals at Kaplan Fox are familiar with Northern District practice. For example, Your Honor appointed Kaplan Fox as liaison counsel in *In re: LinkedIn User Privacy Litig.*, 5:12-cv-03088-EJD (N.D. Cal.).  Likewise, Kaplan Fox currently acts as co-lead counsel in *In re: Yahoo Mail Litig.*, 5:13-cv-4980-LHK (N.D. Cal.), where no firm acts as separate liaison counsel.

4. Attorneys and paralegals at current liaison counsel Kiesel Law LLP are familiar with the substance of this case and have conferred benefit on the class beyond their roles as liaison counsel.  The interim executive committee has thus asked the Kiesel firm to stay in the leadership structure, but on the interim steering committee.  The undersigned proposed this change to the rest

of the interim steering committee and no member objected.  The declaration of Paul Kiesel agreeing to this change of duties accompanies today's motion.

## II.     ADDING JAY BARNES TO THE STEERING COMMITTEE

5.      Jay Barnes is an attorney with Barnes & Associates in Jefferson City, Missouri, and is an elected member of the Missouri General Assembly.  He currently chairs the Government Oversight and Accountability Committee, Barnes Decl. ¶ 3, and has become a leading voice for data privacy.  He is counsel of record for Chandra Thompson in a case consolidated with this MDL.  *See Thompson v. Facebook, Inc.*, 5:12-cv-0676-EJD (N.D. Cal.).

6.      Mr. Barnes also successfully argued the appeal on behalf of the class in *In re: Google Cookie Placement Consumer Privacy Litig.*, No. 13-4300 (3d Cir.), and the undersigned anticipate Mr. Barnes providing assistance in advance of oral argument on defendant's motion to dismiss in this case.  Including Mr. Barnes on the interim steering committee would benefit the class because of Mr. Barnes' prior role in *Google Cookie Placement* and the substantial overlap of issues between the two cases.  The declaration of Jay Barnes accompanies this motion.

7.      Current steering committee member Mark Mandell has volunteered to step down from the interim steering committee.  Mandell Decl. ¶ 3.  This will maintain a fixed number of members in the leadership structure.  Mr. Mandell was not asked to step down for cause.

For the foregoing reasons, this Honorable Court should grant this Motion.

Dated: March 25, 2016                         Respectfully Submitted,

**KIESEL LAW LLP**

By:     */s/ Paul R. Kiesel*
Paul R. Kiesel (SBN 119854)
*kiesel@kiesel-law.com*
8648 Wilshire Blvd.
Beverly Hills, CA  90211-2910
Telephone: (310) 854-4444
Facsimile:  (310) 854-0812

*Interim Liaison Counsel*

| | | |
|---|---|---|
| 1 | **SILVERMAN, THOMPSON, SLUTKIN & WHITE LLC** | **KAPLAN, FOX & KILSHEIMER LLP** |
| 2 | | |
| 3 | By:   */s/ Stephen G. Grygiel*<br>Stephen G. Grygiel (admitted *pro hac vice*) | By:   */s/ David A. Straite*<br>Frederic S. Fox (admitted *pro hac vice*) |
| 4 | 201 N. Charles St., #2600<br>Baltimore, MD  21201 | David A. Straite (admitted *pro hac vice*)<br>850 Third Avenue |
| 5 | Telephone (410) 385-2225<br>Facsimile: (410) 547-2432 | New York, NY  10022<br>Telephone: (212) 687-1980 |
| 6 | sgrygiel@mdattorney.com | Facsimile:  (212) 687-7714<br>dstraite@kaplanfox.com |
| 7 | *Interim Co-Lead Counsel* | |
| 8 | | Laurence D. King (206423)<br>Mario Choi (243409) |
| 9 | | 350 Sansome Street, 4th Floor<br>San Francisco, CA 94104 |
| 10 | | Tel.:    (415) 772-4700 |
| 11 | | Fax:    (415) 772-4707<br>lking@kaplanfox.com |
| 12 | | |
| 13 | | *Interim Co-Lead Counsel* |

**ATTESTATION OF E-FILED SIGNATURE**

I, David A. Straite, court-appointed interim lead counsel for the proposed Class, am the ECF User whose ID and password are being used to file the foregoing. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Paul R. Kiesel and Stephen Grygiel have concurred in this filing.

>                       */s/ David A. Straite*
>                            David A. Straite