# EXHIBIT 1

**Detailed history for object 186325668085084 at v1**

Name: What information does Facebook receive about me when I visit a website with a Facebook social plug in?
Version: 1
Content:
```
1  <faq>
2    <question>
3      What information does Facebook receive about me when I visit a website with a Facebook social plug in?
4    </question>
5    
6      When you visit a partner site, Facebook sees the date and time you visited, the web page you are on (commonly known as the URL), and other technical information about the
       IP address, browser, and operating system you use. This is industry standard data that helps us optimize your experience depending on which browser you are using or letting us
       know that you are logged into Facebook.<br/><br/>
7      We also receive a limited amount of data when you visit a site with a social plugin. You can learn more about the specific types of data we collect <a
       href="/about/privacy/yourinfo.php?s=infonreceived">here</a>. We keep this data for 90 days. After that, we combine the data with other people's data in a way that it is no
       longer associated with you.
8    
9  </faq>
```
Published?: Yes
Update Time: 5/24/2011 10:55:40 pm

**Detailed history for object 186325668085084 at v2**

Name: What information does Facebook receive about me when I visit a website with a Facebook social plug in?
Version: 2
Content:
```
1  <faq>
2    <question>
3      What information does Facebook receive about me when I visit a website with a Facebook social plug in?
4    </question>
5    
6      When you visit a partner site, Facebook sees the date and time you visited, the web page you are on (commonly known as the URL), and other technical information about the
       IP address, browser, and operating system you use. This is industry standard data that helps us optimize your experience depending on which browser you are using or letting us
       know that you are logged into Facebook.<br/><br/>
7      We also receive a limited amount of data when you visit a site with a social plugin. You can learn more about the specific types of data we collect <a
       href="/about/privacy/yourinfo.php?s=infonreceived">here</a>. We keep this data for 90 days. After that, we combine the data with other people's data in a way that it is no
       longer associated with you.
8    
9  </faq>
```
Published?: Yes
Update Time: 6/3/2011 3:15:42 pm

**Detailed history for object 186325668085084 at v4**

Name: What information does Facebook receive about me when I visit a website with a Facebook social plug in?
Version: 4
Content:
```
1  <faq>
2    <question>
3      What information does Facebook receive about me when I visit a website with a Facebook social plug in?
4    </question>
5    
6      When you visit a partner site, Facebook sees the date and time you came from (commonly known as the referrer URL), and other technical information
       about the IP address, browser, and operating system you use. This is industry standard data that helps us optimize your experience depending on which browser you are using or
       whether or not you are logged into Facebook. If you are logged into Facebook, we also see your user ID number and email address. We only use your user ID and email address to
       be able to show you the right social context on that site. For example, when you go to a partner website, we need to know who you are in order to show you what your Facebook
       friends have liked or recommended. If you log out of Facebook, we will not receive this information about partner websites but you will also not see personalized experiences
       on those sites.
       <br/><br/>
7      We do not share or sell the information we see when you visit a website with a Facebook social plugin to third parties and we do not use it to deliver ads to you. In addition,
       we will delete the data (i.e. data we receive when you see social plugins) associated with users in 90 days. We will keep aggregated and anonymized data (not associated with
       specific users) after 90 days for improving our products and services.
8    
9  </faq>
```
Published?: Yes
Update Time: 9/9/2011 10:44:28 am

FB_MDL_00000251

Detailed history for object 186325668085084 at v3

Name: What information does Facebook receive about me when I visit a website with a Facebook social plug in?
Version: 3
Content:
```
1  <faq>
2    <question>
3      What information does Facebook receive about me when I visit a website with a Facebook social plug in?
4    </question>
5    
6      When you visit a web page with a social plugin, Facebook sees the date and time you visited, the web page you are on (commonly known as the URL), and other technical information about the IP address, browser, and operating system you use. This is industry standard data that helps us optimize your experience depending on which browser you are using or whether you are logged into Facebook.<br/><br/>
7      We keep this data for 90 days. After that, we combine the data with other people's data in a way that it is no longer associated with you. You can learn more about the specific types of data we collect <a href="/about/privacy/yourinfo.php?s=infocreceived">here</a>.
8    
9  </faq>
```

Published?: Yes
Update Time: 7/15/2011 10:56:57 am

FB_MDL_00000252