# EXHIBIT 2

What are social plugins? Social plugins are tools that other websites can use to provide people with personalized and social experiences. When you interact with social plugins, you share your experiences off Facebook with your friends on Facebook.

The main social plugins include:

- **Like button:** Click Like to publicly share and connect with content from other websites that you find interesting.
- **Comments box:** Publicly comment on another website using your Facebook account.
- **Send button:** Click Send to share a link and optional note as a private Facebook message, Facebook Group post, or email.
- **Activity Feed:** What your friends are liking, commenting on or sharing on a site.
- **Recommendations:** Most liked content among your friends on a site.

Watch this video to learn more.

Developers can learn more about implementing these features within a single line of HTML here.

FB_MDL_00064899

What information does Facebook receive about me when I visit a website with a Facebook social plug in? When you visit a partner site, Facebook sees the date and time you visited, the web page you are on (commonly known as the URL), and other technical information about the IP address, browser, and operating system you use. This is industry standard data that helps us optimize your experience depending on which browser you are using or letting us know that you are logged into Facebook.

We also receive a limited amount of data when you visit a site with a social plugin. You can learn more about the specific types of data we collect here. We keep this data for 90 days. After that, we combine the data with other people's data in a way that it is no longer associated with you.

**FB_MDL_00064900**

How do social plugins work? While social plugins appear on other websites, the content populating them comes directly from Facebook — so they're just an extension of your Facebook experience. Plugins were designed so that the website you are visiting receives none of this information.

You only see a personalized experience with your friends if you are logged into your Facebook account. If you are not already logged in, you will be prompted to log in to Facebook before you can use a plugin on another site.

At a technical level, social plugins work when external websites put an iframe from Facebook.com on their sites, as if they were agreeing to give Facebook some real estate on their websites. When you visit one of these sites, the Facebook iframe can recognize if you are logged into Facebook. If you are logged in, it'll show personalized content within the plugin as if you were on Facebook.com directly. Even though the iframe is not on Facebook, it is designed with all the privacy protections as if it were.

Watch this video to learn more about the Like button you see on other websites and how social plugins let you take your friends with you around the web.

FB_MDL_00064901

I am getting a "Cookies are not enabled on your browser" error. If you are using Internet Explorer, please reset your internet browser's security settings to default. For instructions on how to access your browser's security settings, please click here.

If the problem persists, please make sure to add "www.facebook.com" as a Trusted Site by following the instructions on adding secure websites here.

FB_MDL_00064902

What are social plugins? Social plugins are tools that other websites can use to provide people with personalized and social experiences. When you interact with social plugins, you share your experiences off Facebook with your friends on Facebook.

The main social plugins include:

- **Like button:** Click Like to publicly share and connect with content from other websites that you find interesting.
- **Comments box:** Publicly comment on another website using your Facebook account.
- **Send button:** Click Send to share a link and optional note as a private Facebook message, Facebook Group post, or email.
- **Activity Feed:** What your friends are liking, commenting on or sharing on a site.
- **Recommendations:** Most liked content among your friends on a site.

Watch this video to learn more.

Developers can learn more about implementing these features within a single line of HTML here.

FB_MDL_00064903

What information does Facebook receive about me when I visit a website with a Facebook social plug in? When you visit a partner site, Facebook sees the date and time you visited, the web page you are on (commonly known as the URL), and other technical information about the IP address, browser, and operating system you use. This is industry standard data that helps us optimize your experience depending on which browser you are using or letting us know that you are logged into Facebook.

We also receive a limited amount of data when you visit a site with a social plugin. You can learn more about the specific types of data we collect here. We keep this data for 90 days. After that, we combine the data with other people's data in a way that it is no longer associated with you.

FB_MDL_00064904

How do social plugins work? While social plugins appear on other websites, the content populating them comes directly from Facebook — so they're just an extension of your Facebook experience. Plugins were designed so that the website you are visiting receives none of this information.

You only see a personalized experience with your friends if you are logged into your Facebook account. If you are not already logged in, you will be prompted to log in to Facebook before you can use a plugin on another site.

At a technical level, social plugins work when external websites put an iframe from Facebook.com on their sites, as if they were agreeing to give Facebook some real estate on their websites. When you visit one of these sites, the Facebook iframe can recognize if you are logged into Facebook. If you are logged in, it'll show personalized content within the plugin as if you were on Facebook.com directly. Even though the iframe is not on Facebook, it is designed with all the privacy protections as if it were.

Watch this video to learn more about the Like button you see on other websites and how social plugins let you take your friends with you around the web.

**FB_MDL_00064905**

I am getting a "Cookies are not enabled on your browser" error. If you are using Internet Explorer, please reset your internet browser's security settings to default. For instructions on how to access your browser's security settings, please click here.

If the problem persists, please make sure to add "www.facebook.com" as a Trusted Site by following the instructions on adding secure websites here.

FB_MDL_00064906

What does Facebook do with my cookies? We use "cookies" (small files that enable special web features and that often store information about your account, computer, mobile phone, or other device) to make Facebook work correctly and easier to use, to make our advertising better, and to protect both you and Facebook. For example, we use them to store your login ID (but never your password) to make it easier for you to login whenever you come back to Facebook.

We also use cookies to confirm that you are logged into Facebook, and to know when you are interacting with Facebook Platform applications and websites, our widgets and Share buttons, and our advertisements. You can remove or block cookies using the settings in your browser, but in some cases that may impact your ability to use Facebook.

FB_MDL_00064907

What does Facebook do with my cookies?\n We use "cookies" (small files that enable special web features and that often store information about your account, computer, mobile phone, or other device) to make Facebook work correctly and easier to use, to make our advertising better, and to protect both you and Facebook. For example, we use them to store your login ID (but never your password) to make it easier for you to login whenever you come back to Facebook.

We also use cookies to confirm that you are logged into Facebook, and to know when you are interacting with Facebook Platform applications and websites, our widgets and Share buttons, and our advertisements. You can remove or block cookies using the settings in your browser, but in some cases that may impact your ability to use Facebook.

FB_MDL_00064908

What information does Facebook receive about me when I visit a website with a Facebook social plug in? When you visit a web page with a social plugin, Facebook sees the date and time you visited, the web page you are on (commonly known as the URL), and other technical information about the IP address, browser, and operating system you use. This is industry standard data that helps us optimize your experience depending on which browser you are using or whether you are logged into Facebook.

We keep this data for 90 days. After that, we combine the data with other people's data in a way that it is no longer associated with you. You can learn more about the specific types of data we collect <u>here</u>.

**FB_MDL_00064909**

What are social plugins? Social plugins are tools that other websites can use to provide people with personalized and social experiences. When you interact with social plugins, you <u>share your experiences</u> off Facebook with your friends on Facebook.

The main social plugins include:

- **Like button:** Click Like to publicly share and connect with content from other websites that you find interesting.
- **Comments box:** Publicly comment on another website using your Facebook account.
- **Send button:** Click Send to share a link and optional note as a private Facebook message, Facebook Group post, or email.
- **Activity Feed:** What your friends are liking, commenting on or sharing on a site.
- **Recommendations:** Most liked content among your friends on a site.

If you're a developer, <u>learn more</u> about implementing these features within a single line of HTML.

**FB_MDL_00064910**

What are social plugins? Social plugins are tools that other websites can use to provide people with personalized and social experiences. When you interact with social plugins, you share your experiences off Facebook with your friends on Facebook.

The main social plugins include:

- **Like button:** Click Like to publicly share and connect with content from other websites that you find interesting. Learn more.
- **Send button:** Click Send to share a link and optional note as a private Facebook message, Facebook Group post, or email. Learn more.
- **Comments box:** Publicly comment on another website using your Facebook account.
- **Activity Feed:** What your friends are liking, commenting on or sharing on a site.
- **Recommendations:** Most liked content among your friends on a site.

If you're a developer, learn more about implementing these features within a single line of HTML.

**FB_MDL_00064911**

What does Facebook do with my cookies? We use "cookies" (small files that enable special web features and that often store information about your account, computer, mobile phone, or other device) to make Facebook work correctly and easier to use, to make our advertising better, and to protect both you and Facebook. For example, we use them to store your login ID (but never your password) to make it easier for you to login whenever you come back to Facebook.

We also use cookies to confirm that you are logged into Facebook, and to know when you are interacting with Facebook Platform applications and websites, our widgets and Share buttons, and our advertisements. You can remove or block cookies using the settings in your browser, but in some cases that may impact your ability to use Facebook.

FB_MDL_00064912

What information does Facebook receive about me when I visit a website with a Facebook social plug in? When you visit a partner site, Facebook sees the date and time you visited, the web page you came from (commonly known as the referrer URL), and other technical information about the IP address, browser, and operating system you use. This is industry standard data that helps us optimize your experience depending on which browser you are using or whether or not you are logged into Facebook. If you are logged into Facebook, we also see your user ID number and email address. We only use your user ID and email address to be able to show you the right social context on that site. For example, when you go to a partner website, we need to know who you are in order to show you what your Facebook friends have liked or recommended. If you log out of Facebook, we will not receive this information about partner websites but you will also not see personalized experiences on these sites.

We do not share or sell the information we see when you visit a website with a Facebook social plugin to third parties and we do not use it to deliver ads to you. In addition, we will delete the data (i.e. data we receive when you see social plugins) associated with users in 90 days. We will keep aggregated and anonymized data (not associated with specific users) after 90 days for improving our products and services.

FB_MDL_00064913

How does Facebook use cookies? We use "cookies" (small files that enable special web features and that often store information about your account, computer, mobile phone, or other device) to make Facebook work correctly and easier to use, to make our advertising better, and to protect both you and Facebook. For example, we use them to store your login ID (but never your password) to make it easier for you to login whenever you come back to Facebook.

We also use cookies to confirm that you are logged into Facebook, and to know when you are interacting with Facebook Platform applications and websites, our widgets and Share buttons, and our advertisements. You can remove or block cookies using the settings in your browser, but in some cases that may impact your ability to use Facebook.

FB_MDL_00064914

How does Facebook use cookies? We use cookies to make Facebook better and easier to use, to provide you with a more personalized experience, to improve the ads that you see, and to protect you, others, and Facebook from malicious activity. For example, we use cookies to store your login ID (but never your password) so that it's easier for you to log in when you return to the site. We also use cookies to confirm that you're logged in to Facebook, and to know when you're interacting with Facebook Platform applications and websites, including websites with the "Like" button or other social plugins, so that we can show you content from your friends that may interest you.

We do not use cookies to create a profile of your browsing behavior on third-party sites or to show you ads, although we may use anonymous or aggregate data to improve ads generally.

You can remove or block cookies using the settings in your browser, but in some cases, this may impact your ability to use Facebook.

FB_MDL_00064915

What are cookies? Cookies are small files that store information about your account, web browser, computer, mobile phone, or other device. Websites often use cookies to enable special features or to provide you with a better, faster, or safer experience. You can read more about cookies and their uses here.

FB_MDL_00064916

Does Facebook receive cookie information when I visit a site with the Like button or another social plugin? If you've previously received a cookie from Facebook because you either have an account or have visited facebook.com, your browser sends us information about this cookie when you visit a site with the "Like" button or another social plugin. We use this cookie information to help show you a personalized experience on that site, to help maintain and improve our service, and to protect both you and Facebook from malicious activity. As with the other information we receive from your browser, we do not use this cookie information to create a profile of your browsing behavior on third-party sites, we delete or anonymize it within 90 days, and we do not sell it to advertisers or share it without your permission.

FB_MDL_00064917

Does Facebook use cookies if I don't have an account or have logged out of my account? When you log out of Facebook, we remove the cookies that identify your particular account, but we do use other cookies primarily to help keep you and others on Facebook safe and secure. For example, we use cookies to identify and disable the accounts of spammers and phishers, to prevent people who are underage from signing up with a false birth date, to help you recover your account if you lose access to it or it's compromised, to power our opt-in security features like Login Notifications and Login Approvals, and to help identify public computers so that we can discourage people from using "Keep me logged in." We may also use anonymized or aggregate information to improve our products.

We also use cookies if you don't have a Facebook account, but have visited facebook.com. Again, these cookies help us protect Facebook and the people who use it from malicious activity. For example, they help us detect and prevent denial-of-service attacks and the mass creation of fake accounts.

We do not use these cookies to create a profile of your browsing behavior on third-party sites.

FB_MDL_00064918

What information does Facebook receive when I visit a site with the Like button or another social plugin?? If you're logged in to Facebook and visit a website with the Like button or another social plugin, your browser sends us information about your visit. It's important to note that Facebook is not retrieving this information. Rather, since the Like button is a little piece of Facebook embedded on another website, the browser is sending information about the request to load Facebook content on that page. We record some of this information for a limited amount of time to help show you a personalized experience on that site and to improve our products. For example, when you go to a website with a Like button, we need to know who you are in order to show you what your Facebook friends have liked on that site. The data we receive includes your user ID, the website you're visiting, the date and time, and other browser-related information.

If you're logged out or don't have a Facebook account and visit a website with the Like button or another social plugin, your browser sends us a more limited set of information. For example, because you're not logged in to Facebook, we don't receive your user ID. We do receive the web page you're visiting, the date and time, and other browser-related information. We record this information for a limited amount of time to help us improve our products. For example, we sometimes find bugs in the systems we've built to gather aggregate data on how people are interacting with sites that use the Like button or other social plugins. It's helpful to be able to reference this anonymized information when investigating these bugs so we can find their source and fix them quickly.

Regardless of whether you are logged in or not, we do not use the information we receive when you visit a site with the "Like" button or another social plugin to create a profile of your browsing behavior on third-party sites, and we delete or anonymize it within 90 days. We also don't sell the information to advertisers or share it without your permission.

FB_MDL_00064919

What information does Facebook receive when I visit a site with the Like button or another social plugin? If you're logged in to Facebook and visit a website with the Like button or another social plugin, your browser sends us information about your visit. It's important to note that Facebook is not retrieving this information. Rather, since the Like button is a little piece of Facebook embedded on another website, the browser is sending information about the request to load Facebook content on that page. We record some of this information for a limited amount of time to help show you a personalized experience on that site and to improve our products. For example, when you go to a website with a Like button, we need to know who you are in order to show you what your Facebook friends have liked on that site. The data we receive includes your user ID, the website you're visiting, the date and time, and other browser-related information.

If you're logged out or don't have a Facebook account and visit a website with the Like button or another social plugin, your browser sends us a more limited set of information. For example, because you're not logged in to Facebook, we don't receive your user ID. We do receive the web page you're visiting, the date and time, and other browser-related information. We record this information for a limited amount of time to help us improve our products. For example, we sometimes find bugs in the systems we've built to gather aggregate data on how people are interacting with sites that use the Like button or other social plugins. It's helpful to be able to reference this anonymized information when investigating these bugs so we can find their source and fix them quickly.

Regardless of whether you are logged in or not, we do not use the information we receive when you visit a site with the "Like" button or another social plugin to create a profile of your browsing behavior on third-party sites or to show you ads, although we may use anonymous or aggregate data to improve ads generally. We delete or anonymize the information we receive within 90 days, and we don't sell it to advertisers or share it without your permission.

FB_MDL_00064920

What information does Facebook receive when I visit a site with the Like button or another social plugin? If you're logged in to Facebook and visit a website with the Like button or another social plugin, your browser sends us information about your visit. It's important to note that Facebook is not retrieving this information. Rather, since the Like button is a little piece of Facebook embedded on another website, the browser is sending information about the request to load Facebook content on that page. We record some of this information for a limited amount of time to help show you a personalized experience on that site and to improve our products. For example, when you go to a website with a Like button, we need to know who you are in order to show you what your Facebook friends have liked on that site. The data we receive includes your user ID, the website you're visiting, the date and time, and other browser-related information.

If you're logged out or don't have a Facebook account and visit a website with the Like button or another social plugin, your browser sends us a more limited set of information. For example, because you're not logged in to Facebook, we don't receive your user ID. We do receive the web page you're visiting, the date and time, and other browser-related information. We record this information for a limited amount of time to help us improve our products. For example, we sometimes find bugs in the systems we've built to gather aggregate data on how people are interacting with sites that use the Like button or other social plugins. It's helpful to be able to reference this anonymized information when investigating these bugs so we can find their source and fix them quickly.

Regardless of whether you are logged in or not, we do not use the information we receive when you visit a site with the "Like" button or another social plugin to create a profile of your browsing behavior on third-party sites or to show you ads, although we may use anonymous or aggregate data to improve ads generally. We delete or anonymize the information we receive within 90 days, and we don't sell it to advertisers or share it without your permission.

What information does Facebook receive about me when I visit a website with a Facebook social plug in? When you visit a partner site, Facebook sees the date and time you visited, the web page you are on (commonly known as the URL), and other technical information about the IP address, browser, and operating system you use. This is industry standard data that helps us optimize your experience depending on which browser you are using or letting us know that you are logged into Facebook.

We also receive a limited amount of data when you visit a site with a social plugin. You can learn more about the specific types of data we collect here. We keep this data for 90 days. After that, we combine the data with other people's data in a way that it is no longer associated with you.

FB_MDL_00064922

I am getting a "Cookies are not enabled on your browser" error. If you are using Internet Explorer, please follow these instructions to reset your internet browser's security settings to default.

If you continue to see this error, make sure to add "www.facebook.com" as a Trusted Site for your browser. Find out more.

FB_MDL_00064923

Social plugins Social plugins are tools that other websites can use to provide people with personalized and social experiences. When you interact with social plugins, you <u>share your experiences</u> off Facebook with your friends on Facebook. <u>Learn more.</u>

**FB_MDL_00064924**

What are social plugins? Social plugins are tools that other websites can use to provide people with personalized and social experiences. When you interact with social plugins, you share your experiences off Facebook with your friends and others on Facebook.

The main social plugins include:

- **Like button:** Click Like to publicly share and connect with content from other websites that you find interesting. Learn more.
- **Send button:** Click Send to share a link and optional note as a private Facebook message, Facebook Group post, or email. Learn more.
- **Comments box:** Publicly comment on another website using your Facebook account.
- **Activity Feed:** What your friends are liking, commenting on or sharing on a site.
- **Recommendations:** Most liked content among your friends on a site.

If you're a developer, learn more about implementing these features within a single line of HTML.

FB_MDL_00064925