Stephen G. Grygiel (*admitted pro hac vice*)
**SILVERMAN THOMPSON SLUTKIN WHITE LLC**
201 N. Charles Street, 26^(TH) Floor
Baltimore, MD 21201
Tel.:  (410) 385-2225
Fax:  (410) 547-2432
*sgrygiel@mdattorney.com*

Frederic S. Fox (admitted *pro hac vice*)
David A. Straite (admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14^(th) Floor
New York, NY 10022
Tel.:  (212) 687-1980
Fax:  (212) 687-7714
*dstraite@kaplanfox.com*

Laurence D. King (206423)
Mario Choi (243409)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, 4th Floor
San Francisco, CA 94104
Tel.:  (415) 772-4700
Fax:  (415) 772-4707
*lking@kaplanfox.com*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

GRANTED
Judge Edward J. Davila
DATED: 5/25/2016

| | |
|---|---|
| IN RE: FACEBOOK, INC. INTERNET TRACKING LITIGATION | No. 5:12-md-02314-EJD<br><br>**PLAINTIFFS' NOTICE OF RECENT DECISION; REQUEST FOR LEAVE**<br><br>N.D. Cal. L.R. 7-3(d) |

On January 14, 2016, Defendant Facebook, Inc. ("Facebook") filed a Motion to Dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint ("Motion") [Dkt. 101]. On April 28, 2016, this Court heard argument on the Motion and took the matter under submission [Transcript, Dkt. 123]. Two days ago, subsequent to oral argument, an opinion in this District was issued that bears directly on the Motion. *See Campbell v. Facebook, Inc.*, 13-cv-5996-PJH, order dated May 18, 2016 (N. D. Cal.), slip opinion appended as Exhibit A.

The *Campbell* Court granted in part and denied in part plaintiffs' motion to certify a class of Facebook users alleging that Facebook improperly intercepted URLs included in private electronic messages. In the order, the Court ruled that the subject URLs are "contents" within the meaning of the Electronic Communications Privacy Act and the California Invasion of Privacy Act,[1] distinguishing *In re: Zynga Privacy Litig.*, 750 F.3d 1098 (9th Cir. 2014). *See* Ex. A, Slip Op. at 19-20. This holding relates to arguments made by the parties in the above-captioned case on the same issue. *See* Motion at 11-12; Brief in Opposition to Motion dated Feb. 18, 2016, at 10-13; Reply Brief in Further Support of Motion dated Mar. 10, 2016, at 5-6; Transcript at 8, 16-19, 27, 63-64, 72, 101-03.

Plaintiffs seek leave to provide this decision as supplemental authority for the Court's consideration when deciding the Motion.

**[signatures on following page]**

---

[1] On December 23, 2014, the *Campbell* Court denied in part and granted in part Facebook's motion to dismiss but did not address at that time whether the subject URLs contained "contents" within the meaning of the statues. *See* Order dated Dec. 23, 2014 [*Campbell* ECF No. 43].

- 1 -

PLAINTIFFS' NOTICE OF RECENT DECISION AND REQUEST FOR LEAVE
No. 5:12-md-02314-EJD

| | |
|---|---|
| Dated: May 20, 2016 | Respectfully submitted, |

| | |
|---|---|
| **SILVERMAN, THOMPSON, SLUTKIN & WHITE LLC** | **KAPLAN, FOX & KILSHEIMER LLP** |
| By: */s/ Stephen G. Grygiel*<br>Stephen G. Grygiel (admitted *pro hac vice*)<br>201 N. Charles St., #2600<br>Baltimore, MD 21201<br>Telephone (410) 385-2225<br>Facsimile: (410) 547-2432<br>*sgrygiel@mdattorney.com*<br><br>*Interim Co-Lead Counsel* | By: */s/ David A. Straite*<br>Frederic S. Fox (admitted *pro hac vice*)<br>David A. Straite (admitted *pro hac vice*)<br>850 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 687-1980<br>Facsimile: (212) 687-7714<br>*dstraite@kaplanfox.com*<br><br>Laurence D. King (206423)<br>Mario Choi (243409)<br>350 Sansome Street, 4th Floor<br>San Francisco, CA 94104<br>Tel.: (415) 772-4700<br>Fax: (415) 772-4707<br>*lking@kaplanfox.com*<br><br>*Interim Co-Lead Counsel* |

ECF ATTESTATION

I, David A. Straite, am the ECF User whose ID and password are being used to file the following: **PLAINTIFFS' NOTICE OF RECENT DECISION; REQUEST FOR LEAVE**. In compliance with General Order 45, X.B., I hereby attest that all signatories have concurred in this filing.

DATED: May 20, 2016

**KAPLAN, FOX & KILSHEIMER LLP**

By: */s/ David Straite*
DAVID A. STRAITE

*Interim Co-Class Counsel*