Stephen G. Grygiel (admitted *pro hac vice*)
**SILVERMAN THOMPSON**
**SLUTKIN WHITE LLC**
201 N. Charles Street, 26TH Floor
Baltimore, MD 21201
Tel.:   (410) 385-2225
Fax:   (410) 547-2432
*sgrygiel@mdattorney.com*

Frederic S. Fox (admitted *pro hac vice*)
David A. Straite (admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Tel.:   (212) 687-1980
Fax:   (212) 687-7714
*dstraite@kaplanfox.com*

Laurence D. King (206423)
Mario Choi (243409)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, 4th Floor
San Francisco, CA 94104
Tel.:   (415) 772-4700
Fax:   (415) 772-4707
*lking@kaplanfox.com*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. INTERNET TRACKING LITIGATION | No. 5:12-md-02314-EJD <br><br> **[~~PROPOSED~~] ORDER [GRANTING] [~~DENYING~~] PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF MEMORANDUM OF POINTS AND AUTHORITIES UNDER SEAL** |

| | |
|---|---|
| 1 | The Court has reviewed plaintiffs' administrative motion to file portions of the Memorandum of |
| 2 | Points and Authorities in Opposition to Facebook's Motion to Dismiss (the "Memorandum") under seal, |
| 3 | as well as all papers filed by the parties in support thereof. IT IS HEREBY ORDERED that the Motion |
| 4 | is [granted] [~~denied~~]. |

**IT IS SO ORDERED.**

DATED: __July 5, 2017_____          _____
                                                THE HONORABLE EDWARD J. DAVILA
                                                United States District Court Judge

1

[PROPOSED] ORDER [GRANTING] [DENYING] PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE
MEMORANDUM UNDER SEAL
No. 5:12-md-02314-EJD