# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. INTERNET TRACKING LITIGATION | No. 5:12-md-02314-EJD<br><br>**[~~PROPOSED~~] ORDER [GRANTING] [~~DENYING~~] PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF SECOND AMENDED CONSOLIDATED COMPLAINT UNDER SEAL** |

| | |
|---|---|
| 1 | The Court has reviewed Plaintiffs' administrative motion to file portions of the Second Amended |
| 2 | Consolidated Class Action Complaint (the "Amended Complaint") and certain exhibits thereto under |
| 3 | seal, as well as all papers filed by the parties in support thereof. IT IS HEREBY ORDERED that the |
| 4 | Motion is [granted] [~~denied~~]. |

**IT IS SO ORDERED.**

DATED: 7/5/2017

THE HONORABLE EDWARD J. DAVILA
United States District Court Judge

1

[PROPOSED] ORDER [GRANTING] [DENYING] PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE
AMENDED COMPLAINT UNDER SEAL
No. 5:12-md-02314-EJD

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 30, 2015.

                                **KIESEL LAW LLP**

                                /s/ *Paul R. Kiesel*

                                Paul R. Kiesel
*kiesel@kbla.com*
8648 Wilshire Boulevard
Beverly Hills, California 90211
Tel.: (310) 854-4444
Fax: (310) 854-0812

*Interim Liaison Counsel*

2

[PROPOSED] ORDER [GRANTING] [DENYING] PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE AMENDED COMPLAINT UNDER SEAL
No. 5:12-md-02314-EJD