# Exhibit J

What information does Facebook receive about me when I visit a website with a Facebook social plug in? When you visit a partner site, Facebook sees the date and time you visited, the web page you are on (commonly known as the URL), and other technical information about the IP address, browser, and operating system you use. This is industry standard data that helps us optimize your experience depending on which browser you are using or letting us know that you are logged into Facebook.

We also receive a limited amount of data when you visit a site with a social plugin. You can learn more about the specific types of data we collect here. We keep this data for 90 days. After that, we combine the data with other people's data in a way that it is no longer associated with you.

FB_MDL_00064922