# Exhibit K

What information does Facebook receive about me when I visit a website with a Facebook social plug in? When you visit a partner site, Facebook sees the date and time you visited, the web page you came from (commonly known as the referrer URL), and other technical information about the IP address, browser, and operating system you use. This is industry standard data that helps us optimize your experience depending on which browser you are using or whether or not you are logged into Facebook. If you are logged into Facebook, we also see your user ID number and email address. We only use your user ID and email address to be able to show you the right social context on that site. For example, when you go to a partner website, we need to know who you are in order to show you what your Facebook friends have liked or recommended. If you log out of Facebook, we will not receive this information about partner websites but you will also not see personalized experiences on these sites.

We do not share or sell the information we see when you visit a website with a Facebook social plugin to third parties and we do not use it to deliver ads to you. In addition, we will delete the data (i.e. data we receive when you see social plugins) associated with users in 90 days. We will keep aggregated and anonymized data (not associated with specific users) after 90 days for improving our products and services.

FB_MDL_00064913