# Exhibit M

What information does Facebook receive when I visit a site with the Like button or another social plugin? If you're logged in to Facebook and visit a website with the Like button or another social plugin, your browser sends us information about your visit. It's important to note that Facebook is not retrieving this information. Rather, since the Like button is a little piece of Facebook embedded on another website, the browser is sending information about the request to load Facebook content on that page. We record some of this information for a limited amount of time to help show you a personalized experience on that site and to improve our products. For example, when you go to a website with a Like button, we need to know who you are in order to show you what your Facebook friends have liked on that site. The data we receive includes your user ID, the website you're visiting, the date and time, and other browser-related information.

If you're logged out or don't have a Facebook account and visit a website with the Like button or another social plugin, your browser sends us a more limited set of information. For example, because you're not logged in to Facebook, we don't receive your user ID. We do receive the web page you're visiting, the date and time, and other browser-related information. We record this information for a limited amount of time to help us improve our products. For example, we sometimes find bugs in the systems we've built to gather aggregate data on how people are interacting with sites that use the Like button or other social plugins. It's helpful to be able to reference this anonymized information when investigating these bugs so we can find their source and fix them quickly.

Regardless of whether you are logged in or not, we do not use the information we receive when you visit a site with the "Like" button or another social plugin to create a profile of your browsing behavior on third-party sites or to show you ads, although we may use anonymous or aggregate data to improve ads generally. We delete or anonymize the information we receive within 90 days, and we don't sell it to advertisers or share it without your permission.

FB_MDL_00064920