# Exhibit N

How does Facebook use cookies? We use cookies to make Facebook better and easier to use, to provide you with a more personalized experience, to improve the ads that you see, and to protect you, others, and Facebook from malicious activity. For example, we use cookies to store your login ID (but never your password) so that it's easier for you to log in when you return to the site. We also use cookies to confirm that you're logged in to Facebook, and to know when you're interacting with Facebook Platform applications and websites, including websites with the "Like" button or other social plugins, so that we can show you content from your friends that may interest you.

We do not use cookies to create a profile of your browsing behavior on third-party sites or to show you ads, although we may use anonymous or aggregate data to improve ads generally.

You can remove or block cookies using the settings in your browser, but in some cases, this may impact your ability to use Facebook.

FB_MDL_00064915