# Exhibit O

How does Facebook use cookies? We use "cookies" (small files that enable special web features and that often store information about your account, computer, mobile phone, or other device) to make Facebook work correctly and easier to use, to make our advertising better, and to protect both you and Facebook. For example, we use them to store your login ID (but never your password) to make it easier for you to login whenever you come back to Facebook.

We also use cookies to confirm that you are logged into Facebook, and to know when you are interacting with Facebook Platform applications and websites, our widgets and Share buttons, and our advertisements. You can remove or block cookies using the settings in your browser, but in some cases that may impact your ability to use Facebook.

FB_MDL_00064914