# Exhibit HH

# FILED UNDER SEAL