# Exhibit II

# FILED UNDER SEAL