# Exhibit MM

Search for people, documents, tools...

## Detailed history for object 111046442317260 at v2

**Name** Does Facebook have the ability to see what I'm doing on non-Facebook sites?

**Version** 2

**Content**
```
 1  <faq>
 2    <question>
 3      Does Facebook have the ability to see what I'm doing on non-
    Facebook sites?
 4    </question>
 5    
 6      Facebook cannot track your actions on external sites unless you
    decide to connect your Facebook account to that site and/or explicitly
    decide to publish a story to your Wall via the Like button. For
    example, if you are on Digg, and digg an article or comment on an
    article, Facebook will only be notified of the actions for which Digg
    wants to create a story. Facebook will have no access to other actions
    you have taken or other information involving your Digg account.
 7
 8  To take advantage of the ability to generate stories from another site,
    you must "connect" your Facebook account to that site, or otherwise be
    logged into Facebook while you interact with one of these sites.
 9    
10  </faq>
```

**Published?** Yes

**Update Time** 6/3/2011 3:21:35 pm

FB_MDL_00064926