# Exhibit OO

8/23/2017 Detailed history for object 111046442317260 at v7
Case 5:12-md-02314-EJD   Document 157-41   Filed 08/25/17   Page 2 of 2

Search for people, documents, tools...

## Detailed history for object 111046442317260 at v7

Name  Does Facebook have the ability to see what I'm doing on non-Facebook sites?

Version  7

Content
```
 1  <faq>
 2    <question>
 3      Does Facebook have the ability to see what I'm doing on non-Facebook sites?
 4    </question>
 5    
 6      Facebook cannot track your actions on external sites unless you decide to
      connect your Facebook account to that site and/or explicitly decide to publish
      a story to your Wall (timeline) via the Like button. For example, if you are on
      Digg, and digg an article or comment on an article, Facebook will only be
      notified of the actions for which Digg wants to create a story. Facebook will
      have no access to other actions you have taken or other information involving
      your Digg account.
 7
 8   To take advantage of the ability to generate stories from another site, you
      must "connect" your Facebook account to that site, or otherwise be logged into
      Facebook while you interact with one of these sites.
 9    
10  </faq>
```

Published?  Yes

Update Time  9/22/2011 3:05:25 pm