# Exhibit PP

## Detailed history for object 111046442317260 at v1

**Name** Does Facebook have the ability to see what I'm doing on non-Facebook sites?

**Version** 1

**Content**
```
 1  <faq>
 2    <question>
 3      Does Facebook have the ability to see what I'm doing on non-Facebook sites?
 4    </question>
 5    
 6      Facebook cannot track your actions on external sites unless you decide to
 connect your Facebook account to that site and/or explicitly decide to publish
 a story to your Wall via the Like button. For example, if you are on Digg, and
 digg an article or comment on an article, Facebook will only be notified of the
 actions for which Digg wants to create a story. Facebook will have no access to
 other actions you have taken or other information involving your Digg account.
 7
 8 To take advantage of the ability to generate stories from another site, you
 must "connect" your Facebook account to that site, or otherwise be logged into
 Facebook while you interact with one of these sites.
 9    
10  </faq>
```

**Published?** Yes

**Update Time** 5/24/2011 7:55:50 pm

FB_MDL_00064929