Frederic S. Fox (admitted *pro hac vice*)
David A. Straite (admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Tel.:  (212) 687-1980
Fax:  (212) 687-7714
*dstraite@kaplanfox.com*

Stephen G. Grygiel (*admitted pro hac vice*)
**SILVERMAN THOMPSON SLUTKIN WHITE LLC**
201 N. Charles Street, 26th Floor
Baltimore, MD 21201
Tel.:  (410) 385-2225
Fax:  (410) 547-2432
*sgrygiel@mdattorney.com*

Laurence D. King (206423)
Mario Choi (243409)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, 4th Floor
San Francisco, CA 94104
Tel.:  (415) 772-4700
Fax:  (415) 772-4707
*lking@kaplanfox.com*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. INTERNET TRACKING LITIGATION | No. 5:12-md-02314-EJD<br><br>**[PROPOSED] ORDER [GRANTING] [DENYING] PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF THIRD AMENDED CONSOLIDATED COMPLAINT UNDER SEAL** |

On August 25, 2017, Plaintiffs filed an administrative motion to file under seal portions of the Third Amended Consolidated Class Action Complaint ("the "Amended Complaint") and certain exhibits thereto. Defendant Facebook, Inc. has submitted a declaration in support of that administrative motion on August 29, 2017.

The Court has reviewed Plaintiffs' administrative motion to file portions of the Third Amended Consolidated Class Action Complaint (the "Amended Complaint") and certain exhibits thereto under seal, as well as all papers filed by the parties in support thereof. The Court find that the parties' sealing request narrowly tailored and justified. IT IS HEREBY ORDERED that the Motion is [granted] [~~denied~~].

**IT IS SO ORDERED.**

DATED: November 8, 2017

THE HONORABLE EDWARD J. DAVILA
United States District Court Judge