UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Facebook Internet Tracking Litigation | Case No. 5:12-md-02314-EJD <br><br> **JUDGMENT** |

Defendant's motion to dismiss having been granted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

Dated: November 17, 2017

EDWARD J. DAVILA
United States District Judge

Case No.: 5:12-md-02314-EJD
JUDGMENT

1