COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com))
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant FACEBOOK, INC.

(Additional counsel on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: Facebook Internet Tracking Litigation | Case No. 12-md-02314 EJD<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER REQUESTING LIMITED REDACTION OF NOVEMBER 16, 2017 HEARING TRANSCRIPT**<br><br>**JUDGE:** Hon. Edward J. Davila<br>**COURTROOM:** 4 |

Plaintiffs Perrin Davis, Cynthia Quinn, Brian Lentz, and Matthew Vickery (collectively, "Plaintiffs") and Defendant Facebook, Inc. ("Facebook") (Plaintiffs and Facebook collectively, the "Parties"), by and through their respective counsel, hereby make a stipulated request for an order redacting one sentence in the Transcript from the November 16, 2017 Hearing on Facebook's Motion to Dismiss ("Hearing Transcript").

WHEREAS during the November 16, 2017 hearing on Facebook's Motion to Dismiss, counsel for Plaintiffs made a reflecting certain discovery material designated Highly Confidential

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIP. & [PROPOSED] ORDER RE
TRANSCRIPT REDACTION
CASE NO. 12-MD-02314 EJD

by Facebook pursuant to the Stipulated Protective Order entered in this case ("Protective Order") (ECF No. 75);

WHEREAS the discovery material was quoted in and attached to Plaintiffs' Second and Third Consolidated Amended Class Action Complaints, was addressed in two previous administrative motions to seal,[1] and has twice been ordered sealed by the Court (ECF No. 150; ECF No. 170) (collectively "Sealing Orders");

WHEREAS the Parties' counsel have conferred and agreed that a limited redaction of one sentence in the Hearing Transcript would be consistent with the Protective Order and this Court's previous Sealing Orders;

NOW, THEREFORE, the Parties hereby agree that redaction of the sentence contained in the Hearing Transcript at page 25, lines 20-21 (as indicated in Exhibits A and B to the Declaration of Kyle Wong filed concurrently herewith) is narrowly tailored to conform the transcript to the Protective Order and the Sealing Orders, and hereby make this stipulated request that the Court order this sentence to be redacted from any publicly available version of the Hearing Transcript.

---

[1] *See* Defendant Facebook's Response to Plaintiffs' Administrative Motion to File Under Seal (ECF No. 94); Declaration of Natalie Naugle in Support of Defendant Facebook, Inc.'s Response to Plaintiffs' Administrative Motion to File Under Seal (ECF No. 94-1) at ¶¶ 2, 5; Defendant Facebook, Inc.'s Response to Plaintiffs' Administrative Motion to Seal (ECF No. 158); Declaration of Natalie Naugle in Support of Defendant Facebook Inc.'s Response to Plaintiffs' Administrative Motion to File Under Seal (ECF No. 158-2) at ¶¶ 2, 4.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIP. & [PROPOSED] ORDER RE
TRANSCRIPT REDACTION
CASE NO. 12-MD-02314 EJD

| | | |
|---|---|---|
| 1 | Dated: December 13, 2017 | COOLEY LLP |
| 2 | | */s/ Matthew D. Brown* |
| 3 | | MATTHEW D. BROWN |
| 4 | | Attorneys for Defendant FACEBOOK, INC. |
| 5 | Dated: December 13, 2017 | KAPLAN, FOX & KILSHEIMER LLP |
| 6 | | *ID |
| 7 | | */s/ David A. Straite* |
| | | DAVID A. STRAITE |
| 8 | | KAPLAN, FOX & KILSHEIMER LLP |

9  FREDERIC S. FOX (admitted *pro hac vice*)
    DAVID A STRAITE (admitted *pro hac vice*)
10  850 Third Avenue
    New York, NY 10022
11  Telephone:   (212) 687-1980
    Facsimile:   (212) 687-7714

12  LAWRENCE D. KING (206423)
13  MARIO M. CHOI (243409)
    350 Sansome Street, 4th Floor
14  San Francisco, CA 94101
    Telephone:   (415) 772-4700
15  Facsimile:   (415) 772-4707

16  SILVERMAN, THOMPSON, SLUTKIN &
    WHITE LLC
17  STEVEN G. GRYGIEL (admitted *pro hac vice*)
    201 N. Charles St., #2600
18  Baltimore, MD 21201
    Telephone:   (410) 385-2225
19  Facsimile:   (410) 547-2432

20  Attorneys for Plaintiffs

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

STIP. & [PROPOSED] ORDER RE
TRANSCRIPT REDACTION
CASE NO. 12-MD-02314 EJD

# [PROPOSED] ORDER

The Court has considered the foregoing Stipulation by which the Parties request the limited redaction of one sentence contained in the November 16, 2017 Hearing Transcript at page 25, lines 20-21 (as indicated in Exhibits A and B to the Declaration of Kyle Wong filed concurrently with the Stipulation). For the reasons set forth in the Stipulation and in this Court's Orders of July 5, 2017 (ECF No. 150) and November 8, 2017 (ECF No. 170), it is hereby ORDERED that such sentence shall be redacted from any publicly available version of the Hearing Transcript, including, but not limited to, any electronic version of the transcript available to public terminal users at the courthouse or through the ECF or PACER systems. The unredacted version of the Hearing Transcript shall be placed under seal.

| Document | Page/Line | Ruling |
| --- | --- | --- |
| Nov. 16, 2017 Hearing Transcript | Sentence contained on page 25, lines 20-21 | Granted |

DATED: December 11, 2017

The Honorable Edward J. Davila
UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

STIP. & [PROPOSED] ORDER RE
TRANSCRIPT REDACTION
CASE NO. 12-MD-02314 EJD

## **ATTESTATION**

In accordance with Northern District of California Local Rule 5-1(i)(3), I hereby attest that I have obtained concurrence in the filing of this Declaration from the signatories listed above.

*/s/ Matthew D. Brown*
MATTHEW D. BROWN

156952598

5.

Cooley LLP
Attorneys At Law
San Francisco

Stip. & [Proposed] Order re
Transcript Redaction
Case No. 12-md-02314 EJD