Frederic S. Fox (admitted *pro hac vice*)
David A. Straite (admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Tel.:   (212) 687-1980
Fax:   (212) 687-7714
*dstraite@kaplanfox.com*

Laurence D. King (206423)
Mario M. Choi (243409)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel.:   (415) 772-4700
Fax:   (415) 772-4707
*lking@kaplanfox.com*

Stephen G. Grygiel (admitted *pro hac vice*)
**SILVERMAN THOMPSON SLUTKIN WHITE LLC**
201 N. Charles Street, 26TH Floor
Baltimore, MD 21201
Tel.:   (410) 385-2225
Fax:   (410) 547-2432
*sgrygiel@mdattorney.com*

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. INTERNET TRACKING LITIGATION | Case No. 5:12-md-02314-EJC <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Plaintiffs Perrin Davis, Brian Lentz, Cynthia Quinn, and Matthew Vickery hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order of October 23, 2015 [ECF No. 87]; Order of June 30, 2017 [ECF No. 148]; Order of November 17, 2017 [ECF No. 174]; and Final Judgment of November 17, 2017 [ECF No. 175].

Copies of the Orders are attached hereto as Exhibits A, B, and C, and a copy of the Final Judgment is attached as Exhibit D. In compliance with Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b) of the Rules of the United States Court of Appeals for the Ninth Circuit, a "Representation Statement" identifying all parties to this action in the District Court, along with the names, addresses, and telephone numbers of their respective counsel, accompanies this notice.

DATED: December 14, 2017     **KAPLAN, FOX & KILSHEIMER LLP**

By:     */s/ David A. Straite*
      David A. Straite

Frederic S. Fox (admitted *pro hac vice*)
David A. Straite (admitted *pro hac vice*)
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
*dstraite@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (206423)
Mario M. Choi (243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel.:     (415) 772-4700
Fax:     (415) 772-4707
*lking@kaplanfox.com*

| | | |
|---|---|---|
| 1 | DATED:  December 14, 2017 | **SILVERMAN, THOMPSON, SLUTKIN & WHITE LLC** |
| 2 | | By: */s/ Stephen G. Grygiel* |
| 3 | | Stephen G. Grygiel |

Stephen G. Grygiel (admitted *pro hac vice*)
201 N. Charles St., #2600
Baltimore, MD  21201
Telephone (410) 385-2225
Facsimile: (410) 547-2432
*sgrygiel@mdattorney.com*

*Counsel for Plaintiffs*

**ATTESTATION OF E-FILED SIGNATURE**

I, David A. Straite, court-appointed interim lead counsel for the proposed Class, am the ECF user whose ID and password are being used to file the foregoing. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Stephen Grygiel has concurred in this filing.

／s／ *David A. Straite*
David A. Straite