**FILED**

**AUG 7 2020**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: FACEBOOK, INC. INTERNET TRACKING LITIGATION, _____ PERRIN AIKENS DAVIS; et al., Plaintiffs-Appellants, v. FACEBOOK, INC., Defendant-Appellee. | No. 17-17486 D.C. No. 5:12-md-02314-EJD Northern District of California, San Jose ORDER |

Before: THOMAS, Chief Judge, M. SMITH, Circuit Judge, and VRATIL,[*] District Judge.

    Defendant-Appellee Facebook's motion to stay the mandate pending the filing of a petition for a writ of certiorari is DENIED.

---

    [*] The Honorable Kathryn H. Vratil, United States District Judge for the District of Kansas, sitting by designation.