# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

November 25, 2020

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Facebook, Inc.
           v. Perrin Aikens Davis, et al.
           No. 20-727
           (Your No. 17-17486)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on November 20, 2020 and placed on the docket November 25, 2020 as No. 20-727.

           Sincerely,

           **Scott S. Harris**, Clerk

           by

           Jacob A. Levitan
           Case Analyst