UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE FACEBOOK INTERNET TRACKING LITIGATION | Case No. 5:12-md-02314-EJD<br><br>**FURTHER CASE MANAGEMENT ORDER**<br><br>Re: Dkt. No. 202 |
|---|---|

This case is scheduled for a Status Conference on January 28, 2021. Based on the parties' Fourth Supplemental Joint Case Management Statement and proposed schedule, the court has determined an appearance is unnecessary at this time. Accordingly, the Status Conference is VACATED and the parties are ordered to comply with the following schedule.

| EVENT | DATE |
|---|---|
| Deadline to file stipulated proposed ESI Protocol (or jointly present ESI Protocol with contested provisions for Court review) | March 25, 2021 |
| Deadline to confer regarding prior discovery objections and responses in light of decision of Ninth Circuit | March 29, 2021 |
| Plaintiffs' deadline to file proposed efficiency protocol | March 31, 2021 |
| Supplemental Joint Status Conference Statement | April 12, 2021 |
| Further Status Conference | April 22, 2021 at 10:00 a.m. |

IT IS FURTHER ORDERED that the Supplemental Joint Status Conference Statement shall include a proposed case management schedule and report regarding the status of the parties'

mediation efforts, Supreme Court proceedings, and preparations for discovery.

**IT IS SO ORDERED**.

Dated: January 20, 2021

EDWARD J. DAVILA
United States District Judge