**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (admitted *pro hac vice*)
David A. Straite (admitted *pro hac vice*)
Aaron L. Schwartz (admitted *pro hac vice*)
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980
Fax: (212) 687-7715
dstraite@kaplanfox.com

Laurence D. King (Cal. Bar No. 206423)
Mario Choi (Cal. Bar No. 243409)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Tel.: (415) 772-4700
Fax: (415) 772-4707

**GRYGIEL LAW LLC**
Stephen G. Grygiel (admitted pro hac vice)
301 Warren Avenue, Suite 405
Baltimore, MD 21230
Tel.: (407) 505-9463
sgrygiel@silvermanthompson.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted pro hac vice)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com

*Counsel for Plaintiffs*

**COOLEY LLP**
Michael G. Rhodes (116127)
(rhodesmg@cooley.com)
Kyle C. Wong (224021)
(kwong@cooley.com)
Lauren J. Pomeroy (291604)
(lpomeroy@cooley.com)
Michael C. Rose (334441)
(mrose@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

**MAYER BROWN LLP**
Lauren R. Goldman (admitted *pro hac vice*)
(lrgoldman@mayerbrown.com)
Michael Rayfield (admitted *pro hac vice*)
(mrayfield@mayerbrown.com)
1221 Avenue of the Americas
New York, NY 10016
Telephone: (212) 506-2500
Facsimile: (212) 849-5589

*Counsel for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE FACEBOOK INTERNET TRACKING LITIGATION | Case No. 5:12-MD-2314-EJD<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER] TO EXTEND DEADLINES AS ORDERED IN THE FURTHER CASE MANAGEMENT ORDER (ECF NO. 203)** |

Pursuant to Civil Local Rule 6-2, Plaintiffs Perrin Davis, Cynthia Quinn, Brian Lentz, and Matthew Vickery ("Plaintiffs") and Defendant Facebook, Inc. ("Facebook") (collectively "the Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, the Parties submitted the Fourth Supplemental Joint Case Management Statement (the "Case Management Statement") on January 19, 2021 (Dkt. No. 202);

WHEREAS, in the Case Management Statement the Parties tentatively scheduled the beginning of formal mediation for March 11, 2021 and, "if the parties make good progress towards negotiated resolution," they planned to subsequently focus discovery in aid of a second mediation, tentatively scheduled for July 2021 (*id.* at 3);

WHEREAS, in the Case Management Statement the Parties also agreed to meet and confer after the start of formal mediation regarding outstanding discovery disputes, including prior objections and responses to written discovery;

WHEREAS, on January 21, 2021, the Court ordered the following deadlines: that the Parties file a proposed ESI protocol (or jointly present an ESI Protocol with contested provisions for Court review) by March 25, 2021, meet and confer regarding prior discovery objections and responses in light of the decision of the Ninth Circuit by March 29, 2021, and provide a Supplemental Joint Status Conference Statement by April 12, 2021;

WHEREAS, the Court also ordered that Plaintiffs file a proposed efficiency protocol by March 31, 2021, and a further status conference for April 22, 2021 at 10:00 A.M.;

WHEREAS, the Parties agreed to move the formal mediation to April 27, 2021 so that Facebook could provide additional data that would better enable mediation to go forward;

WHEREAS the Parties are focusing their efforts on preparing for the upcoming formal mediation and wish to be able to provide the Court a full summary on their efforts before the next case management conference and to properly sequence discovery after an initial round of mediation;

IT IS HEREBY STIPULATED AND AGREED that, subject to Court approval, the following deadlines and dates be changed as follows:

- Deadline to file stipulated proposed ESI Protocol: **May 13, 2021**
- Deadline to meet and confer regarding prior discovery objections and responses: **May 13,**

**2021**

- Plaintiffs' deadline to file proposed efficiency protocol: **May 13, 2021**
- Deadline for Supplemental Joint Status Conference Statement: **May 13, 2021**
- Further Status Conference: ~~May 20, 2021~~ May 27, 2021

Dated: March 22, 2021  COOLEY LLP

*/s/ Michael G. Rhodes*
Michael G. Rhodes (116127)

Attorneys for Defendant
Facebook, Inc.

Dated: March 22, 2021  MAYER BROWN LLP

*/s/ Lauren R. Goldman*
Lauren R. Goldman (admitted *pro hac vice*)

Attorneys for Defendant
Facebook, Inc.

Dated: March 22, 2021  KAPLAN FOX & KILSHEIMER LP

*/s/ David A. Straite*
David A. Straite (admitted *pro hac vice*)

Counsel for Plaintiffs

Dated: March 22, 2021         GRYGIEL LAW LLC

*/s/ Stephen G. Grygiel*
Stephen G. Grygiel (admitted *pro hac vice*)

Counsel for Plaintiffs

Dated: March 22, 2021         SIMMONS HANLY CONROY LLC

*/s/ Jason "Jay" Barnes*
Jason "Jay" Barnes (admitted *pro hac vice*)

Counsel for Plaintiffs

## ATTESTATION

Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Michael G. Rhodes hereby attests that concurrence in the filing of this document has been obtained.

Dated: March 22, 2021         COOLEY LLP

*/s/ Michael G. Rhodes*
Michael G. Rhodes (116127)

Attorneys for Defendants
Facebook, Inc.

## ~~PROPOSED~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  March 23, 2021

The Honorable Edward J. Davila
United States District Judge