**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (admitted *pro hac vice*)
David A. Straite (admitted *pro hac vice*)
Aaron L. Schwartz (admitted *pro hac vice*)
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980
Fax: (212) 687-7715
dstraite@kaplanfox.com

Laurence D. King (Cal. Bar No. 206423)
Mario Choi (Cal. Bar No. 243409)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Tel.: (415) 772-4700
Fax: (415) 772-4707

**GRYGIEL LAW LLC**
Stephen G. Grygiel (admitted pro hac vice)
301 Warren Avenue, Suite 405
Baltimore, MD 21230
Tel.: (407) 505-9463
sgrygiel@silvermanthompson.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted pro hac vice)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com

*Counsel for Plaintiffs*

**COOLEY LLP**
Michael G. Rhodes (116127)
(rhodesmg@cooley.com)
Kyle C. Wong (224021)
(kwong@cooley.com)
Lauren J. Pomeroy (291604)
(lpomeroy@cooley.com)
Michael C. Rose (334441)
(mrose@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

**MAYER BROWN LLP**
Lauren R. Goldman (admitted *pro hac vice*)
(lrgoldman@mayerbrown.com)
Michael Rayfield (admitted *pro hac vice*)
(mrayfield@mayerbrown.com)
1221 Avenue of the Americas
New York, NY 10016
Telephone: (212) 506-2500
Facsimile: (212) 849-5589

*Counsel for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE FACEBOOK INTERNET TRACKING LITIGATION | Case No. 5:12-MD-2314-EJD<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEADLINES AS ORDERED IN ECF NO. 208** |

1     Pursuant to Civil Local Rule 6-2, Plaintiffs Perrin Davis, Cynthia Quinn, Brian Lentz, and

2   Matthew Vickery ("Plaintiffs") and Defendant Facebook, Inc. ("Facebook") (collectively "the

3   Parties"), by and through their respective counsel, stipulate and agree as follows:

4     WHEREAS, the Parties submitted the Fourth Supplemental Joint Case Management Statement

5   (the "Case Management Statement") on January 19, 2021 (Dkt. No. 202);

6     WHEREAS, in the Case Management Statement the Parties tentatively scheduled the

7   beginning of formal mediation for March 11, 2021 and, "if the parties make good progress towards

8   negotiated resolution," they planned to subsequently focus discovery in aid of a second mediation,

9   tentatively scheduled for July 2021 (*id.* at 3);

10     WHEREAS, on January 21, 2021, the Court ordered the following deadlines: that the Parties

11   file a proposed ESI protocol (or jointly present an ESI Protocol with contested provisions for Court

12   review) by March 25, 2021, meet and confer regarding prior discovery objections and responses in

13   light of the decision of the Ninth Circuit by March 29, 2021, and provide a Supplemental Joint Status

14   Conference Statement by April 12, 2021;

15     WHEREAS, the Court also ordered that Plaintiffs file a proposed efficiency protocol by March

16   31, 2021, and a further status conference for April 22, 2021 at 10:00 A.M.;

17     WHEREAS, the Parties submitted the Stipulation to Extend Deadlines as Ordered in the

18   Further Case Management Order (the "Stipulation to Extend Deadlines") on March 22, 2021 (Dkt.

19   No. 206);

20     WHEREAS, in the Stipulation to Extend Deadlines the parties noted that formal mediation had

21   been moved to April 27, 2021 and agreed to set the following deadlines: that the Parties file a proposed

22   ESI protocol, meet and confer regarding prior discovery objections and responses, and provide a

23   Supplemental Joint Status Conference Statement by May 13, 2021, that the Plaintiffs file a proposed

24   efficiency protocol by May 13, 2021, and that the Parties hold a Further Status Conference by May

25   20, 2021;

26     WHEREAS, the Court approved the Stipulation to Extend Deadlines on March 23, 2021 (Dkt.

27   No. 208);

28     WHEREAS, the Parties held an initial full-day formal mediation on April 27, 2021 with

STIPULATION RE DEADLINES AS ORDERED IN
ECF NO. 208
(CASE NO. 5:12-MD-2314-EJD)

1   Randall Wulff, Esq. and had a productive mediation session and subsequent conversations regarding

2   a possible resolution of the case;

3      WHEREAS, the Parties now seek to structure discovery to aid in further mediation sessions

4   scheduled for July 2021 with Mr. Wulff;

5      WHEREAS the Parties are focusing their efforts on producing and reviewing the additional

6   discovery and preparing for the upcoming formal mediation, and seek to proceed with mediation

7   efforts and mediation-focused discovery while avoiding potentially time-consuming debates regarding

8   an ESI protocol and prior discovery disputes;

9      IT IS HEREBY STIPULATED AND AGREED that, subject to Court approval, the following

10  deadlines and dates be changed as follows:

11  - Deadline to file stipulated proposed ESI Protocol: **July 29, 2021**

12  - Deadline to meet and confer regarding prior discovery objections and responses: **July 29,**

13    **2021**

14  - Plaintiffs' deadline to file proposed efficiency protocol: **July 29, 2021**

15  - Deadline for Supplemental Joint Status Conference Statement: **July 29, 2021**

16  - Further Status Conference: **August 5, 2021**

17

18  Dated: May 11, 2021                COOLEY LLP

19                                     /s/ Michael G. Rhodes

20                                     Michael G. Rhodes

21                                     Attorneys for Defendant
                                       Facebook, Inc.

22

23  Dated: May 11, 2021                MAYER BROWN LLP

24                                     /s/ Lauren R. Goldman

25                                     Lauren R. Goldman (admitted *pro hac vice*)

26                                     Attorneys for Defendant
                                       Facebook, Inc.

27

28

STIPULATION RE DEADLINES AS ORDERED IN
ECF NO. 208
(CASE NO. 5:12-MD-2314-EJD)

| 1 | Dated: May 11, 2021 | KAPLAN FOX & KILSHEIMER LP |
| 2 | | |
| | | */s/ David A. Straite* |
| 3 | | David A. Straite (admitted *pro hac vice*) |
| 4 | | Counsel for Plaintiffs |
| 5 | | |
| 6 | Dated: May 11, 2021 | GRYGIEL LAW LLC |
| 7 | | |
| | | */s/ Stephen G. Grygiel* |
| 8 | | Stephen G. Grygiel (admitted *pro hac vice*) |
| | | Counsel for Plaintiffs |
| 9 | | |
| 10 | Dated: May 11, 2021 | SIMMONS HANLY CONROY LLC |
| 11 | | |
| | | */s/ Jason "Jay" Barnes* |
| 12 | | Jason "Jay" Barnes (admitted *pro hac vice*) |
| 13 | | Counsel for Plaintiffs |

**ATTESTATION**

*Filer's Attestation:  Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Michael G. Rhodes hereby attests that concurrence in the filing of this document has been obtained.*

Dated: May 11, 2021          */s/ Michael G. Rhodes*
                              Michael G. Rhodes

**PROPOSED ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____          _____
                              The Honorable Edward J. Davila
                              United States District Judge

STIPULATION RE DEADLINES AS ORDERED IN
ECF NO. 208
(CASE NO. 5:12-MD-2314-EJD)