**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
dstraite@dicellolevitt.com

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (Cal. Bar No. 206423)
Mario Choi (Cal. Bar No. 243409)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Tel.: (415) 772-4700
Fax: (415) 772-4707

**GRYGIEL LAW LLC**
Stephen G. Grygiel (admitted *pro hac vice*)
301 Warren Avenue, Suite 405
Baltimore, MD 21230
Tel.: (407) 505-9463
sgrygiel@silvermanthompson.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE FACEBOOK INTERNET TRACKING LITIGATION | Case No. 5:12-MD-2314-EJD<br><br>**NOTICE OF CHANGE OF LAW FIRM AFFILIATION** |

1.

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that David A. Straite, Interim Co-Lead Class Counsel in the above-captioned matter, is no longer affiliated with Kaplan Fox & Kilsheimer LLP.  Mr. Straite is now a partner with the law firm of DiCello Levitt Gutzler LLC, with contact information as follows:

>David A. Straite, Esq.
>**DiCello Levitt Gutzler LLC**
>One Grand Central Place
>60 East 42nd Street, Suite 2400
>New York, NY  10165
>Tel: (646) 933-1000

Kaplan Fox & Kilsheimer LLP will remain in its role as liaison counsel.

Dated: May 11, 2021                                **DICELLO LEVITT GUTZLER LLC**

*/s/ David A. Straite*
David A. Straite (admitted *pro hac vice*)

*Counsel for Plaintiffs*