| | |
|---|---|
| 1 | Laurence D. King (SBN 206423) |
| 2 | **KAPLAN FOX & KILSHEIMER LLP**<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612 |
| 3 | Telephone: (415) 772-4700<br>Facsimile: (415) 772-4707 |
| 4 | Email: *lking@kaplanfox.com* |
| 5 | Frederic S. Fox (admitted *pro hac vice*) |
| 6 | **KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022 |
| 7 | Telephone.: (212) 687-1980<br>Facsimile: (212) 687-7715 |
| 8 | Email: *ffox@kaplanfox.com* |
| 9 | *Liaison Counsel for Plaintiffs* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK INTERNET TRACKING LITIGATION | Case No. 5:12-md-02314-EJD |
|  | **NOTICE OF WITHDRAWAL OF ATTORNEY** |
| This Document Relates to:<br><br>ALL ACTIONS | |

TO:  THE COURT, COUNSEL, AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Mario M. Choi is no longer affiliated with the law firm of Kaplan Fox & Kilsheimer LLP and should be withdrawn as counsel for Plaintiffs in this action. Plaintiffs will continue to be represented by other attorneys on the record for Kaplan Fox & Kilsheimer LLP in this action.

DATED: July 13, 2021        **KAPLAN FOX & KILSHEIMER LLP**

By:   /s/ *Laurence D. King*
          Laurence D. King

Laurence D. King
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:   415-772-4707

Frederic S. Fox (admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022

*Liaison Counsel for Plaintiffs*