**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 E. 42nd St., Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
dstraite@dicellolevitt.com

**GRYGIEL LAW LLC**
Stephen G. Grygiel (admitted *pro hac vice*)
301 Warren Avenue, Suite 405
Baltimore, MD 21230
Tel.: (407) 505-9463
sgrygiel@silvermanthompson.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com

*Counsel for Plaintiffs*

**COOLEY LLP**
Michael G. Rhodes (116127)
(rhodesmg@cooley.com)
Kyle C. Wong (224021)
(kwong@cooley.com)
Lauren J. Pomeroy (291604)
(lpomeroy@cooley.com)
Michael C. Rose (334441)
(mrose@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

**MAYER BROWN LLP**
Lauren R. Goldman (admitted *pro hac vice*)
(lrgoldman@mayerbrown.com)
Michael Rayfield (admitted *pro hac vice*)
(mrayfield@mayerbrown.com)
1221 Avenue of the Americas
New York, NY 10016
Telephone: (212) 506-2500
Facsimile: (212) 849-5589

*Counsel for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE FACEBOOK INTERNET TRACKING LITIGATION | Case No. 5:12-MD-2314-EJD<br><br>**NOTICE OF AGREEMENT IN PRINCIPLE TO SETTLE CASE AND STIPULATED REQUEST AND [PROPOSED] ORDER:**<br><br>1. **TO CONTINUE CASE MANAGEMENT CONFERENCE AND VACATE RELATED DEADLINES, AND**<br><br>2. **TO SCHEDULE BRIEFING AND HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiffs Perrin Davis, Cynthia Quinn, Brian Lentz, and Matthew Vickery ("Plaintiffs") and Defendant Facebook, Inc. ("Facebook") (collectively "the Parties") hereby notify the Court that they have agreed in principle to settle all claims in this MDL and in the related parallel state court action on a nationwide class basis. Therefore, pursuant to Civil Local Rule 6-2, by and through their respective counsel, the Parties stipulate and agree as follows, subject to Court approval:

WHEREAS, the Parties have been engaged in an ongoing mediation process for several months (as the Court has previously been advised) and have reached an agreement in principle to settle all claims in this MDL and the related state court action;

IT IS HEREBY STIPULATED AND AGREED that, subject to Court approval, the following deadlines and dates be changed and set as follows:

- The July 29, 2021 deadline to file stipulated proposed ESI Protocol (Dkt. No. 212) is hereby VACATED.
- Plaintiffs' July 29, 2021 deadline to file proposed efficiency protocol (Dkt. No. 212) is hereby VACATED.
- The July 29, 2021 deadline to file a Supplemental Joint Status Conference Statement (Dkt. No. 212) is hereby VACATED.
- The Parties shall conclude negotiations over the Settlement Agreement and Plaintiffs shall file their Motion for Preliminary Approval of Class Action Settlement and Notice Plan, Motion for Certification of Settlement Class, and Motion for Appointment of Class Counsel (together, the "Motion"), on or before September 24, 2021.
- Any oppositions to the Motion shall be filed by October 8, 2021.
- Any replies in further support of the Motion shall be filed by October 15, 2021.
- The Further Status Conference, currently scheduled for August 5, is CONTINUED to October ____, 2021, at _____ a.m./p.m., the same time as the hearing on the Motion.

| | | |
|---|---|---|
| 1 | Dated: July 28, 2021 | COOLEY LLP |
| 2 | | |
| 3 | | */s/ Michael G. Rhodes* |
| 4 | | Michael G. Rhodes (116127) |
| 5 | | Attorneys for Defendant<br>Facebook, Inc. |
| 6 | | |
| 7 | Dated: July 28, 2021 | MAYER BROWN LLP |
| 8 | | |
| 9 | | */s/ Lauren R. Goldman*<br>Lauren R. Goldman (admitted *pro hac vice*) |
| 10 | | Attorneys for Defendant<br>Facebook, Inc. |
| 11 | | |
| 12 | Dated: July 28, 2021 | DiCELLO LEVITT GUTZLER LLC |
| 13 | | |
| 14 | | */s/ David A. Straite* |
| 15 | | David A. Straite (admitted *pro hac vice*) |
| 16 | | Interim Co-Lead Counsel for the Class |
| 17 | | |
| 18 | Dated: July 28, 2021 | GRYGIEL LAW LLC |
| 19 | | |
| 20 | | */s/ Stephen G. Grygiel*<br>Stephen G. Grygiel (admitted *pro hac vice*) |
| 21 | | Interim Co-Lead Counsel for the Class |
| 22 | | |
| 23 | Dated: July 28, 2021 | SIMMONS HANLY CONROY LLC |
| 24 | | |
| 25 | | */s/ Jay Barnes*<br>Jason "Jay" Barnes (admitted *pro hac vice*) |
| 26 | | Chair, Plaintiffs' Steering Committee |
| 27 | | |
| 28 | | |

3. NOTICE OF AGREEMENT IN PRINCIPLE TO SETTLE AND STIPULATION RE CMC
(CASE NO. 5:12-MD-2314-EJD)

**ATTESTATION**

*Filer's Attestation:  Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, David A. Straite hereby attests that concurrence in the filing of this document has been obtained.*

Dated: July 28, 2021                    DiCELLO LEVITT GUTZLER LLC


                                        */s/ David A. Straite*
                                        David A. Straite (admitted *pro hac vice*)

                                        Interim Co-Lead Counsel for the Class


**PROPOSED ORDER**


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: _____          _____
                                        The Honorable Edward J. Davila
                                        United States District Judge