DICELLO LEVITT GUTZLER LLC
David A. Straite (Admitted *Pro Hac Vice*)
One Grand Central Place
60 E. 42nd St., Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
dstraite@dicellolevitt.com

GRYGIEL LAW LLC
Stephen G. Grygiel (Admitted *Pro Hac Vice*)
301 Warren Avenue, Suite 405
Baltimore, MD 21230
Tel.: (407) 505-9463
sgrygiel@silvermanthompson.com

SIMMONS HANLY CONROY LLC
Jason 'Jay' Barnes (Admitted *Pro Hac Vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com

*Counsel for Plaintiffs*

COOLEY LLP
Michael G. Rhodes (116127)
(rhodesmg@cooley.com)
Kyle C. Wong (224021)
(kwong@cooley.com)
Lauren J. Pomeroy (291604)
(lpomeroy@cooley.com)
Sharon Song (313535)
(ssong@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Counsel for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE FACEBOOK INTERNET TRACKING LITIGATION | Case No. 5:12-MD-2314-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND THE STIPULATED PROTECTIVE ORDER (ECF NO. 75)** |

1  Pursuant to Civil Local Rule 7-12, Plaintiffs Perrin Davis, Cynthia Quinn, Brian Lentz, and
2  Matthew Vickery ("Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta") (collectively "the
3  Parties"), by and through their respective counsel, stipulate and agree as follows, subject to Court
4  approval:

5  WHEREAS, on April 11, 2014, the Court granted the Parties' Stipulated Protective Order for
6  Litigation Involving Confidential Information and Trade Secrets (ECF No. 75) (the "Stipulated
7  Protective Order");

8  WHEREAS, on July 28, 2021, the Parties notified the Court that they have reached an
9  agreement in principle to settle all claims in this MDL and the related state court action (the
10 "Settlement") (ECF No. 215);

11 WHEREAS, the Parties have chosen a settlement administrator (the "Administrator") to
12 administer the Settlement as required under the Settlement Agreement;

13 WHEREAS, in order to effectuate the Settlement, the settlement class members' data ("Class
14 Data") will need to be stored, secured, and maintained by the Administrator;

15 WHEREAS, the terms of the Stipulated Protective Order are more than seven years old and
16 need to be amended to ensure sufficient protection for the Class Data that will be stored, secured, and
17 maintained by the Administrator;

18 IT IS HEREBY STIPULATED AND AGREED that, subject to Court approval,
19 (1) the Stipulated Protective Order will be amended as indicated in redline in **Exhibit A** attached
20 hereto and (2) the Amended Stipulated Protective Order attached as **Exhibit B** hereto will supersede
21 the Stipulated Protective Order.

22
23 Dated: January 13, 2022                    COOLEY LLP

24                                            */s/ Michael G. Rhodes*
                                              Michael G. Rhodes
25
26                                            Attorney for Defendant
                                              Facebook, Inc.
27
28

Dated: January 13, 2022          DICELLO LEVITT GUTZLER LLC

                                            */s/ David A. Straite*
                                                David A. Straite (Admitted *Pro Hac Vice*)

                                            Counsel for Plaintiffs

Dated: January 13, 2022          GRYGIEL LAW LLC

                                            */s/ Stephen G. Grygiel*
                                                Stephen G. Grygiel (Admitted *Pro Hac Vice*)

                                            Counsel for Plaintiffs

Dated: January 13, 2022          SIMMONS HANLY CONROY LLC

                                            */s/ Jason "Jay" Barnes*
                                                Jason "Jay" Barnes (Admitted *Pro Hac Vice*)

                                            Attorneys for Plaintiffs

## **ATTESTATION**

Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Michael G. Rhodes hereby attests that concurrence in the filing of this document has been obtained.

Dated: January 13, 2022          */s/ Michael G. Rhodes*
                                              Michael G. Rhodes

**PROPOSED ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

　　　　　　　　　　　　　　　　　　　The Honorable Edward J. Davila
　　　　　　　　　　　　　　　　　　　United States District Judge

262410948