# Exhibit 2



DICELLO LEVITT GUTZLER

Justice in all its

# DIMENSIONS



**DiCello Levitt Gutzler's attorneys have significant experience in privacy, data breach, and technology litigation, achieving over $2 billion in settlement relief for consumers in the past two years.**

**Recognized as one of the top data breach and privacy litigation practice groups of the year in 2020 and 2021, the firm frequently litigates against some of the best defense firms in the country, but also works alongside those same attorneys as members of the Sedona Conference and the American Law Institute.**

# $16B+
## Won For Clients

Appointed to lead
# 15
Multidistrict litigations (MDLs)
in the last four years alone

## Awards & Recognitions

 

**Law 360 Practice Group of the Year**

Class Action (2020) Cybersecurity (2020, 2021)



**Benchmark Litigation 2021 Nationally Recommended**

Top Plaintiffs' Firm



**Chambers USA Band 1**

Litigation: Mainly Plaintiffs



**National Law Journal 2020 Elite Trial Lawyers**

Privacy/Data Breach, Practice Group of the Year



NOTED AS

## "An extraordinary plaintiffs' firm..."

## "...top of the line in litigation strategy and representing clients zealously."

## — Chambers & Partners

Since its founding under five years ago, DiCello Levitt Gutzler LLC has played a significant role in the advancement of a number of sophisticated, technology-based legal theories and cases.  In 2020 and again in 2021, *Law360* recognized the firm as one of the top five cybersecurity and data privacy practices in the country,[1] and *The National Law Journal* recognized the firm's technology practice group as the "Privacy/Data Breach Practice Group of the Year."[2]  The firm's technology practice group's attorneys have been an integral part of some of the largest and most important privacy and cybersecurity cases in the country.  Practice group chair Amy Keller is currently leading data privacy class actions against hotel conglomerate Marriott International and cloud computing provider Blackbaud, and recently led the innovative, $1.5 billion omnibus settlement against Equifax, which included global resolution of class claims as well as claims brought by state attorneys general, the Federal Trade Commission, and the Consumer Financial Protection Bureau.

DiCello Levitt's practice grew in 2021, with the addition of David Straite, a well-respected data privacy attorney who has made a name for himself leading a number of important Internet technology cases. Mr. Straite successfully argued in the Ninth Circuit for the recognition of economic damages in Internet privacy cases in *In re: Facebook Internet Tracking Litigation*, a decision called a "watershed" moment in data privacy litigation by one prominent defense firm.[3]  Mr. Straite has also worked cooperatively with defendants and courts to fashion real privacy and security reforms, including in *In re: Yahoo Mail Litigation* and *Rodriguez v. Universal Property & Casualty Insurance Co.*, which was the first-ever class action filed under seal and under court supervision to give the defendant time to fix a dangerous security issue prior to unsealing.  And firm co-founder Adam Levitt is one of the original pioneers of Internet privacy law, leading the class in *In re: DoubleClick, Inc. Privacy Litigation* more than 20 years ago, and successfully arguing *In re: Pharmatrak, Inc. Privacy Litigation* in the First Circuit.

Representing institutional investors, individuals, businesses, and public clients, the firm's attorneys have successfully prosecuted and settled numerous complex cases and class actions, resulting in billions of dollars in recoveries for their clients and other class members.  With offices across the country, the firm's attorneys have successfully led—and are presently leading—many large class and multidistrict actions, including against industry titans such as Apple, Intel, and General Motors, and representing businesses and investors in arbitrations and litigation in multiple courts.

---

[1] Allison Grande, Cybersecurity & Privacy Group of the Year: DiCello Levitt, *Law360* (Dec. 7, 2020), https://www.law360.com/articles/1327006/cybersecurity-privacy-group-of-the-year-dicello-levitt; Ben Kochman, Cybersecurity Group of the Year; DiCello Levitt (Jan. 31, 2022), https://www.law360.com/articles/1453601/cybersecurity-group-of-the-year-dicello-levitt.

[2] 2020 Honorees, *The National Law Journal*, https://www.event.law.com/nationallawjournal-etl/honorees.

[3] June 2020: Facebook, Cookies and Data Privacy: A Watershed Moment?, *JDSupra* (July 7, 2020), https://www.jdsupra.com/legalnews/june-2020-facebook-cookies-and-data-27641/.

# Our Attorneys



**David Straite, CIPP/US**
Partner

EMAIL:
dstraite@dicellolevitt.com

EDUCATION
Villanova University School of
Law, J.D., *magna cum laude*
(1996), Managing Editor, *Law
Review* and Order of the Coif

Tulane University, Murphy
Institute of Political Economy,
B.A. (1993)

*David is a certified technology and data privacy attorney, a
national leader in the recent recognition of property rights in
personal data, and a fierce advocate for privacy rights and
investor rights.*

David is the nation's leading voice for the recognition of property rights in
personal data, a 10-year effort culminating in the Ninth Circuit's landmark
April 2020 decision in *In re: Facebook Internet Tracking Litigation*, and the
Northern District of California's March 2021 decision in *Calhoun v. Google*,
both of which he argued. David also successfully argued for the
extraterritorial application of the Computer Fraud and Abuse Act in 2019 in
*In re: Apple Device Performance Litigation*, and filed the first-ever data
privacy class action under seal to address a dangerous website
vulnerability under Court supervision in *Rodriguez v. Universal Prop. & Cas.
Ins. Co.*  As *M.I.T. Technology Review* magazine put it in 2012, David is
"something of a pioneer" in the field. He also protects investors in
securities, corporate governance, and hedge fund litigation in federal court
and in the Delaware Court of Chancery, admitted to practice in both New
York and Delaware.

David is an adjunct professor at Yeshiva University's Sy Syms School of
Business, teaching Business Law and Ethics every fall semester since 2015.
He has co-authored *Google and the Digital Privacy Perfect Storm* in E-
Commerce Law Reports (UK) (2013), authored *Netherlands: Amsterdam
Court of Appeal Approves Groundbreaking Global Settlements Under the
Dutch Act on the Collective Settlement of Mass Claims*, in The International
Lawyer's annual "International Legal Developments in Review" (2009), and
was a contributing author for Maher M. Dabbah & K.P.E. Lasok, QC, Merger
Control Worldwide (2005). He speaks frequently on topics related to both
privacy and investor protection.

Prior to joining the firm, David helped launch the US offices of London-
based Stewarts Law LLP, where he was the global head of investor
protection litigation. Prior to Stewarts Law, he worked in the Delaware
office of Grant & Eisenhofer and the New York office of Skadden Arps, and
most recently the New York office of Kaplan Fox.

**PRACTICE AREAS**
- Appellate Litigation
- Securities and Financial Services Litigation
- Data, Privacy, and Technology Litigation

**HONORS**
- IAPP-Certified Information Privacy Professional (US) (2019-present)
- 500 Leading Plaintiffs' Financial Lawyers in the U.S., Lawdragon (2019-
  present)
- SuperLawyers, Metro New York, Class Actions (2019-present)

**David Straite,**
*continued*

**SELECTED WRITINGS AND PRESENTATIONS**

- Featured panelist, "Emerging Opt-Out Mechanisms and the Data Dividend," Co-hosted by the IAPP and the Asian-Pacific American Bar Association of Silicon Valley (March 2021).
- Featured panelist, "Balancing Government Investigation and Class Action Following a Data Breach" seminar at the Southern District of New York, hosted by the Federal Bar Council and moderated by the Hon. Naomi Reice Buchwald (January 2020).
- Featured panelist, "Recent Developments in Cybersecurity and Data Privacy" seminar at the Southern District of New York, hosted by the Federal Bar Council and moderated by the late Hon. Deborah Batts. (March 2018)
- Featured panelist, "Data Privacy and Article III Standing" panel at the Federal Bar Council's 2017 Winter Meeting with Dean Erwin Chemerinsky and moderated by the Hon. Lorna Schofield.
- Featured speaker, St. John's University "Cyber Law" CLE weekend (February 2016)
- Featured panelist, February 6, 2013 meeting of the National Association of Public Pension Attorneys in Washington, D.C. ("Structuring Investments - Do I get to Go to the Cayman Islands?") (February 2013)

**MEMBERSHIPS**

- American Bar Association – Section of Litigation (Privacy and Data Security committee) and Section of Business Law
- Delaware Bar Association
- New York American Inn of Court (Master of the Bench)
- Internet Society
- Member, International Association of Privacy Professionals

**BAR ADMISSIONS**

Delaware, District of Columbia, New Jersey, New York, Pennsylvania

# Representative Cases

The Firm's attorneys have extensive experience litigating a wide variety of complex and multidistrict litigation cases across the country.  Ranging from cybersecurity and privacy cases to financial frauds involving novel damages modeling, the firm's broad experience levels, combined with an in-house mock jury and focus group practice, ensure that the firm can litigate the most complicated matters.

| REPRESENTATIVE CASES | | |
| --- | --- | --- |
| *In re Blackbaud Inc. Customer Data Security Breach Litigation,* No. 20-mn-02972 (D.S.C.) | Nationwide data breach of cloud-based company that processed charitable contributions for not-for-profit entities. | Co-Lead Counsel |
| *In re Facebook Internet Tracking Litigation,* No. 12-md-02314 (N.D. Cal.), 17-17846 (9th Cir.), No. 20-727 (S. Ct.) | Nationwide class action related to use of plug-ins to track user browser history on third-party websites, selling information to advertisers to generate revenue.  *Certiorari* denied. | Co-Lead Counsel |
| *State of New Mexico, ex. rel. Hector Balderas, Attorney General v. Facebook, Inc.,* No. D-101-CV-2021-00132 (Santa Fe 1st Jud. Dist., N.M.) | Serving as counsel by special designation in lawsuit involving data misuse and data privacy. | Counsel by Special Designation |
| *In re Fairlife Milk Prods. Marketing and Sales Practices Litig.*, MDL No. 2909, No. 19-cv-03924 (N.D. Ill.). | Consumer protection lawsuit concerning misrepresentations involving food products. | Co-Lead Counsel |
| *In re American Medical Collection Agency, Inc., Customer Data Security Breach Litigation,* No. 19-md-2904 (D.N.J.) | Data breach affecting millions of patients whose personal information in laboratory records was exposed by a collections company. | Co-Lead Counsel |
| *In re Marriott International, Inc., Customer Data Security Breach Litigation,* No. 19-md-02879  (D. Md.) | Data breach affecting nearly 400 million people. | Co-Lead Counsel |
| *In re Equifax, Inc. Customer Data Security Breach Litigation*, No. 17-MD-02800 (N.D. Ga.), No. 20-10249 (11th Cir.), No. 21-336 (S. Ct.),  No. 21-638 (S. Ct.) | Data breach affecting nearly 150 million people; settlement of $1.5 billion affirmed in pertinent part by Eleventh Circuit; *certiorari* denied. | Co-Lead Counsel |
| *In re Apple Inc. Device Performance Litigation*, No. 18-md-02827 (N.D. Cal.) | International class action concerning device performance throttling; settlement of up to $500 million. | Co-Lead Counsel Plaintiffs' Executive Committee |

| | | |
|---|---|---|
| *In re Intel Corp. CPU Marketing, Sales Practices and Products Liability Litigation*, No. 18-md-02828 (D. Or.) | Nationwide class action related to security flaws in Intel-manufactured CPUs. | Plaintiffs' Steering Committee |
| *State of New Mexico, ex rel. Hector H. Balderas v. Takata Corporation*, No. D-101-CV-2017-00176 (Santa Fe 1st Jud. Dist., N.M.) | Consumer protection lawsuit brought by state attorney general involving defective and dangerous airbags. | Counsel by Special Commission |
| *Champs Sports Bar & Grill v. Mercury Payment Systems, LLC*, No. 16-cv-00012 (N.D. Ga.) | Card processing fee class action resulting in nationwide settlement of $52 million for small businesses. | Co-Lead Counsel |
| *Sloan v. General Motors LLC*, No. 16-cv-07244 (N.D. Cal.) | Excessive oil consumption defect class action. | Co-Lead Counsel |
| *T.S. Kao, Inc., et al. v. North American Bancard, LLC, et al.*, No. 16-cv-4219 (N.D. Ga.) | Nationwide settlement for $15 million for merchants who were overcharged for credit card processing services. | Co-Lead Counsel |
| *Rodriguez v. Universal Property & Casualty Insurance Co.*, No. 16-cv-60442 (S.D. Fla.) | Class action on behalf of more than 600,000 consumers related to website security issue; settlement approved in July 2017. | Co-Lead Counsel |
| *State of New Mexico, ex rel. Hector H. Balderas v. Volkswagen Group of America*, No. D-101-CV-2016-00131 (Santa Fe 1st Jud. Dist., N.M.) | Consumer protection lawsuit related to corporation's use of defeat device to circumvent state consumer and environmental laws. | Counsel by Special Commission |
| *In re Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation*, No. 15-md-2672 (N.D. Cal.) | Vehicle emissions/defeat device class action litigation resulting in over $16 billion in total settlements for consumers. | Plaintiffs' Steering Committee |
| *In re General Motors LLC Ignition Switch Litigation*, No. 14-md-2543 (S.D.N.Y.) | Ignition switch defect class action. | Executive Committee |
| *In re Navistar MaxxForce Litigation*, No. 14-cv-10318 (N.D. Ill.) | Nationwide truck emissions control system defect class action; $135 million nationwide settlement. | Co-Lead Counsel |
| *In re Yahoo! Mail Litigation*, No. 13-cv-04980 (N.D. Cal.) | Class action regarding defendant's former practice of scanning incoming and outgoing mail for content; settlement approved August 2016. | Member of Co-Lead Team |

| | | |
|---|---|---|
| *NCUA v. RBS Securities, Inc.*, No. 13-cv-6726 (S.D.N.Y.) | Securities litigation related to residential mortgage-backed securities; accepted offer of judgment for $129.6 million, plus fees | Represented Government Agency |
| *In re Adobe Systems, Inc. Privacy Litigation*, No. 13-cv-05226 (N.D. Cal.) | Data breach affecting 38 million customer accounts. | Executive Committee |
| *In re CSO Hedge Fund Litigation*, No. 12-cv-07717 (S.D.N.Y.) | Class action on behalf of hedge fund investors; $13.5 million settlement approved in January 2016. | Co-Lead Counsel |
| *CMFG Life Ins. Co. v. RBS Sec. Inc., No. 12-cv-037* (W.D. Wis.) | Securities litigation related to residential mortgage-backed securities; recovery amounts confidential. | Counsel for Large Wisconsin Corporation |
| *Roberts v. Electrolux Home Products, Inc.*, No. 12-cv-1644 (C.D. Cal.) | Defective dryer class action resulting in $35.5 million nationwide settlement. | Co-Lead Counsel |
| *In re Google, Inc. Cookie Placement Consumer Privacy Litigation*, No. 12-md-02358 (D. Del.) | Class action on behalf of Safari users whose privacy controls were circumvented by defendant; member of appellate team. | Plaintiffs' Steering Committee |
| *In re Imprelis Herbicide Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2284 (E.D. Pa.) | Tree and shrub damage from defective herbicide class action resulting in $550 million settlement. | Co-Lead Counsel |
| *In re Sony Gaming Networks and Customer Data Security Breach Litigation*, No. 11-md-02258 (S.D. Cal.) | Data breach case affecting 77 million accounts. | Co-Lead Counsel |
| *In re Michaels Stores Pin Pad Litigation*, No. 11-cv-3350 (N.D. Ill.) | Data breach lawsuit concerning compromised payment information. | Co-Lead Counsel |
| *In re StarLink Corn Products Liability Litigation*, No. 01-md-1403 (N.D. Ill.) | Biotechnology class action concerning contamination of U.S. corn supply with unapproved genetically modified trait resulting in $110 million settlement. | Co-Lead Counsel |
| *In re Genetically Modified Rice Litigation*, No. 06-md-1811 (E.D. Mo.) | Biotechnology mass tort concerning contamination of U.S. rice supply resulting in aggregate settlements exceeding $1.1 billion. | Co-Lead Counsel |

| | | |
|---|---|---|
| *In re Porsche Cars Plastic Coolant Tubes Litigation*, No. 11-md-2233 (S.D. Ohio) | Nationwide class action involving defective engine coolant tubes resulting in $45 million settlement. | Co-Lead Counsel |
| *In re: Reebok Easytone Litigation*, No. 10-CV-11977 (D. Mass.) | False advertising class action resulting in $25 million, non-reversionary settlement fund. | Class Counsel |
| *In re Pharmatrak, Inc. Privacy Litigation*, No. 00-cv-11672 (D. Mass.) | Internet privacy lawsuit related to collection of personal information without consent. | Co-Lead Counsel |
| *NCUA v. Barclays Capital, Inc.*, No. 13-cv-6727 (S.D.N.Y.) & No. 12-cv-1631 (D. Kan.) | Securities litigation related to residential mortgage-backed securities; settled for $325 million combined. | Represented Government Agency |
| *NCUA v. Wachovia Capital Markets LLC*, No. 13-cv-6719 (S.D.N.Y.) & No. 11-2649 (D. Kan.) | Securities litigation related to residential mortgage-backed securities; settled for $53 million combined. | Represented Government Agency |
| *NCUA v. Morgan Stanley & Co., Inc.*, No. 13-cv-6705 (S.D.N.Y.) & No. 13-cv-2418 (D. Kan.) | Securities litigation related to residential mortgage-backed securities; settled for $225 million combined. | Represented Government Agency |
| *NCUA v. RBS Securities, Inc., et al.*, No. 11-cv-2340 (D. Kan.) & No. 11-cv-5887 (C.D. Cal.) | Securities litigation related to residential mortgage-backed securities; settled for $1.1 billion. | Represented Government Agency |
| *Monsanto Co. v. Syngenta Seeds, Inc.*, No. 07-cv-543 (E.D. Mo) | Breach of licensing agreement related to access to Monsanto's newest patented soybean technology; resulted in favorable settlement agreement. | Represented Large Biotechnology Corporation |
| *Gulf Power v. Peabody*, No. 06-cv-270 (N.D. Fla.) | Defending breach of coal supply agreement; tried to successful verdict. | Represented Large Energy Company |
| *Monsanto Co. v. Delta & Pine Land Company* | Confidential arbitration re licensing fees and obligations related Monsanto's patented cotton technology. | Represented Large Biotechnology Corporation |

| | | |
|---|---|---|
| *Monsanto Co. v. Syngenta Seeds, Inc.*, No. 2107CC-01361 (Missouri State Court,) | Licensing dispute related to Monsanto's patented soybean technology; tried to successful verdict; received all remedies sought, including declaratory judgment and injunctive relief. | Represented Large Biotechnology Corporation |
| *Monsanto Co. v. Garst Seed Co.*, No. 2104CC-04999 (Missouri State Court – St. Louis County) | Breach of contract case.  Won summary judgment. | Represented Large Biotechnology Corporation |
| *In re DoubleClick, Inc. Privacy Litigation*, No. 00-cv-0641 (S.D.N.Y.) | Internet privacy class action. | Co-Lead Counsel |
| *Supnick v. Amazon.com, Inc.*, No. C00-0221P (W.D. Wash.) | Internet privacy lawsuit related to installation of tracking software. | Co-Lead Counsel |
| *Monsanto Co. v. E.I. du Pont De Nemours & Co. Inc.*, No. 00-cv-00952 (E.D. Mo.) | Patent infringement lawsuit; tried to successful $1 billion verdict, the fourth-largest patent-infringement jury verdict in U.S. history | Represented Large Biotechnology Corporation |

## Additional Members of the Privacy, Technology, and Cybersecurity Practice



**Amy Keller**
Partner
Chair of Practice Group

EMAIL:
akeller@dicellolevitt.com

EDUCATION
The John Marshall Law School
(n/k/a The University of Illinois at
Chicago School of Law), J.D.

*The John Marshall Law Review*,
Administrative Editor (vol. 41)

University of Michigan, B.A.

***Amy Keller has built a national reputation as a zealous consumer advocate, directing litigation strategy in nationwide class actions.***

Amy Keller has experience successfully litigating a variety of complex litigation cases in leadership positions across the United States.   As the Firm's Technology Practice Chair, Ms. Keller is the youngest woman ever appointed to serve as co-lead class counsel in a nationwide class action.  In the multidistrict litigation pending against Equifax related to its 2017 data breach, Ms. Keller represents nearly 150 million class members and helped to secure a $1.5-billion settlement, working alongside state and federal regulators to enact business practice changes.  *In re Equifax, Inc. Customer Data Security Breach Litig.*, No. 17-md-02800 (N.D. Ga.).  She also holds numerous leadership positions in other cybersecurity and privacy cases across the country, including in litigation against Facebook, Marriott, Blackbaud, and the American Medical Collection Agency, representing hundreds of millions of consumers.

Ms. Keller is Chambers-Rated, a member of the American Law Institute, and a two-time chair of the Chicago Bar Association Class Action Committee, where she gave a number of presentations on topics impacting large-scale consumer class actions, including presentations on emerging legal issues in privacy cases. Ms. Keller is recognized by Illinois Super Lawyers as a "Rising Star," and is a board member and Executive Committee member of Public Justice, a not-for-profit legal advocacy organization.  She is a Steering Committee member of the Sedona Conference's Working Group 11, which focuses on litigation issues surrounding technology, privacy, artificial intelligence, and data security, and is also on drafting teams for both Model Data Breach Notification Principles and Statutory Remedies and the California Consumer Privacy Act.

In 2018, Ms. Keller was named a *National Law Journal* Plaintiff Trailblazer, and one of the "Top 40 Under 40" trial lawyers in Illinois by National Trial Lawyers. She is also on the production team, for the Chicago Bar Association's annual Bar Show, now in its 98th year, and assists with writing and choreographing a new, all-lawyer-cast musical every year.



**Adam J. Levitt**
Partner

EMAIL:
alevitt@dicellolevitt.com

EDUCATION
Northwestern University Pritzker
School of Law, J.D.

Columbia College, Columbia
University, A.B., *magna cum laude*

*Adam operates one of the nation's leading commercial litigation practices, having achieved billions in recoveries for his clients.*

A founding partner of DiCello Levitt, Adam Levitt is one of the nation's leading advocates for plaintiffs in commercial litigation, class actions, mass torts, and public client cases.  He has extensive experience leading multidistrict and other nationwide complex litigation lawsuits, with a substantial focus on deceptive trade practices, insurance, financial fraud, sophisticated technology issues, and new approaches to compound legal issues.

A leader in the field of developing novel approaches to damages methodologies, Mr. Levitt has recovered billions of dollars for clients and class members.  As co-lead counsel in three of the largest biotechnology class actions in history, he recovered more than $1.7 billion for class members: *In re Genetically Modified Rice Litig.* (E.D. Mo.) (securing settlements exceeding $1.1 billion); *In re Imprelis Herbicide, Sales Practice and Products Liability Litig.* (E.D. Pa.) ($550 million settlement); and *In re StarLink Corn Products Liability Litig.* (N.D. Ill.) ($110 million settlement).  In those cases, Mr. Levitt devised the market loss damages model used in every similar case since *StarLink*.  His legal writing related to these novel theories and damages modeling earned Mr. Levitt the Burton Award for Finest Law Firm Writer (2017) and the American Agricultural Law Association's Professional Scholarship Award (2017).

Recognized as a "pioneer" in litigation involving complex technology issues by Judge James Ware, former Chief Judge of the United States District Court for the Northern District of California, Mr. Levitt has served in leadership roles in a variety of multidistrict class action cases related to sophisticated frauds committed through the use of technology.  For example, Mr. Levitt was recently appointed to the Plaintiffs' Steering Committee in the nationwide class action against Intel Corp. related to security vulnerabilities in the company's ubiquitous CPUs.  *In re: Intel Corp. CPU Marketing, Sales Practices and Products Liability Litigation* (D. Or.).

Nationally recognized as an authority on class action litigation, Mr. Levitt is the President of Class Action Trial Lawyers, an elected member of the American Law Institute and the Economic Club of Chicago and serves on advisory boards for the Duke Law Center for Judicial Studies, the American Constitution Society, and the Institute for Consumer Antitrust Studies. He has testified before the Illinois Supreme Court Rules Committee on class action practice and chairs an annual class action litigation conference in Chicago. Mr. Levitt has an "AV" rating from Martindale-Hubbell and has been named an Illinois Super Lawyer every year since 2012.



**Mark M. Abramowitz**
Partner

EMAIL:
mabramowitz@dicellolevitt.com

EDUCATION
The University of Toledo College of
Law, J.D.

University of Guelph, B.A.

***Mark is an emerging leader in national mass tort and technology litigation.***

Mark M. Abramowitz has established a national profile in class action and mass tort litigation, having represented plaintiffs in actions involving automotive and Internet technology issues.  He has been selected to serve on national discovery review teams and participated in national mediations, resolving hundreds of cases and distributing millions of dollars to clients injured by corporations.

Mr. Abramowitz actively investigates ways to integrate technology into the practice of law.  Regularly consulted on cloud-based systems, discovery technology, the Internet of Things, and litigation concerning the storage and security of data, Mr. Abramowitz is developing a reputation as an authority on computing issues.  *Electronics in the Courtroom*, 29th Annual accredited CLE (2016); *How to manage a mass tort inventory*, OAJ Annual Convention (2015); *Professional Conduct – efiling*, 27th Annual CLE Update (2014); *Marketing & Electronic Communications*, 26th Annual Accredited CLE (2013).

More recently, Mr. Abramowitz has been a member of the Sedona Conference and has been selected to participate in their drafting of a Biometric Privacy Primer for the Data Security and Privacy Liability working group.



**Adam Prom**
Associate

EMAIL:
aprom@dicellolevitt.com

EDUCATION
The University of Texas Law School,
J.D.

Marquette University, B.A

***Adam Prom employs his skills as a trial attorney to achieve favorable results for his clients.***

Beyond his frequent trial work in the Circuit Court of Cook County, Law Division, Adam Prom's practice is focused on representing plaintiffs in complex litigation in federal courts across the United States.

He has been deeply involved in nationwide class actions regarding the use of sophisticated damages modeling in consumer product and vehicle defect lawsuits, where he played a key role in motion practice regarding plaintiffs' expert witnesses, class certification, and summary judgment.  *See, e.g., Elward, et al. v. Electrolux Home Products, Inc.* (N.D. Ill.); *Ryseweyk, et al. v. Sears Holdings Corp., et al.* (N.D. Ill.); and *Catalano, et al. v. BMW of North America, et al.* (S.D.N.Y.) (resulted in nationwide settlement). He also represented plaintiffs in an ERISA class action concerning misclassification of insurance agents.  *Jammal, et al. v. American Family Ins. Group, et al.* (N.D. Ohio).

Mr. Prom has demonstrated a commitment to serving underrepresented communities, volunteering as a mentor for high school students at the Legal Prep Charter Academy, a free, open-enrollment public high school in the West Garfield Park neighborhood of Chicago.

Prior to joining DiCello Levitt, Mr. Prom served as a judicial extern to a federal judge in the Northern District of Illinois and a federal magistrate judge in the Eastern District of Wisconsin.



**James Ulwick**
Associate

EMAIL:
julwick@dicellolevitt.com

EDUCATION
Loyola University Chicago, J.D., *cum laude*

Kenyon College, B.A.

*Previously representing insurance companies, James brings his experience to help consumers navigate complex litigation against corporate tortfeasors.*

James Ulwick is an associate in DiCello Levitt's Chicago office with experience litigating complex commercial cases and actions involving serious injuries. He represents individuals, businesses, and public entities in a wide range of disputes, protecting their interests in state and federal courts across the country.

Prior to joining the firm, James was an insurance defense attorney, representing individuals, corporations, and local municipalities through all stages of litigation. He has successfully argued for the dismissal of several suits, including their subsequent appeals in multiple state courts of appeal, and has successfully obtained favorable resolutions for his clients through dispositive motions, mediation, and settlement.

James joined the firm because he wanted to pivot his focus from defending insurance companies to protecting consumers and those injured by corporate malfeasance. He is presently assisting on a number of technology-related cases for the firm, helping to interpret complex issues concerning insurance coverage in addition to briefing and discovery matters.



**Sharon Cruz**
Associate

EMAIL:
scruz@dicellolevitt.com

EDUCATION
Indiana University Robert H. McKinney School of Law, J.D.

Indiana University-Purdue University at Indianapolis, B.A.

*Sharon Cruz provides deep technological expertise combined with an enforcer's perspective, having spent several years as a prosecutor and as a technology specialist.*

Sharon Cruz is a seasoned criminal prosecutor and investigator specializing in privacy compliance, data management, and cybercrimes. She has issued and enforced hundreds of subpoenas to Facebook, Google, and other major corporations in her cybercriminal investigations. Her expertise in prosecuting Internet crimes is buttressed by years of experience in the tech field, helping her educate stakeholders, law enforcement officers, and healthcare providers on cyber safety, blockchain technology, and the dark web.

In her previous position as Assistant Attorney General for the State of Illinois's High Tech Crimes Bureau, Sharon played a pivotal role in task forces aimed at combatting human trafficking. She has prosecuted numerous child sexual exploitation cases and argued precedent-setting points of tech privacy law as it intersects with criminal activity. As a Cook County Assistant State's Attorney, she tried hundreds of assault, sexual assault, theft, and DUI trials to verdict as first chair.

Sharon has delivered multiple presentations on cybersecurity and technology, including CCPA and Why You Care About It (2017 & 2018) and Legal Issues in Internet Crimes Against Children: ICAC Investigative Techniques (2017-2019).



**Michelle Locascio**
Associate

EMAIL:
mlocascio@dicellolevitt.com

EDUCATION
Chicago-Kent College of Law, J.D.

University of Wisconsin-Madison, B.A.

***Michelle is a devoted advocate for class action plaintiffs.***

Michelle diligently works to protect consumers and individuals wronged by the malfeasance of big businesses and corporations. With her background in psychology, she is uniquely equipped to understand the needs of her clients because of her ability to actively listen, effectively communicate, and design creative legal strategies in the pursuit of justice.

Prior to joining DiCello Levitt, Michelle served as a Judicial Extern in the Circuit Court of Cook County, where she worked on a wide array of commercial matters. During law school, Michelle served as Executive Articles Editor for the Chicago-Kent Law Review and as a Legal Writing Teaching Assistant for first-year students. Michelle was also a member of Chicago-Kent's top-ranked Moot Court Honor Society, where she finished as a finalist in the 2020 National Health Law Moot Court Competition. Michelle additionally received a CALI Award for achieving the highest grade in Constitutional Torts and was named to the Dean's List during her time at Chicago-Kent.

Prior to law school, Michelle graduated from the University of Wisconsin-Madison with a degree in Psychology and a minor in Criminal Justice.

# Our Work

## CLASS ACTION & MULTIDISTRICT LITIGATION

The attorneys at DiCello Levitt are a dedicated group of individuals who have broad experience representing consumers, patients, small business owners, and other individuals seeking to hold companies responsible for putting profits over safety, and obfuscation over transparency. We have been repeatedly recognized as one of the top plaintiffs'-side trial and litigation firms in the U.S. because of our vigorous pursuit of justice for our clients, routinely securing "best-in-class" results, either through settlements or, more than most firms, by winning at trial.

### Areas of Concentration

- Antitrust
- Environmental
- Financial Services
- Products Liability
- Securities
- Technology & Cybersecurity
- Toxic Substances

### 300M Customers' Data Breached

Partner Amy Keller was appointed as Co-Lead Counsel in this nationwide class action lawsuit, in which more than 300 million people whose personal information was exposed in a four-year long data breach of a guest reservation database.

*In re Marriott International, Inc., Customer Data Sec. Breach Litig.*, MDL No. 2879 (D. Md.)

### $52 Million for Small Businesses in Card Processing Fee Class Action

Mike Bowers, Georgia's former Attorney General, characterized a settlement obtained by DiCello Levitt partners Adam Levitt and Amy Keller on behalf of small business owners against a major credit card processor as a "work of art," and "one of the best pieces of legal work I have ever observed."

*Champs Sports Bar & Grill v. Mercury Payment Systems, LLC*, No. 16-cv-00012 (N.D. Ga)

### Landmark Appellate Court Victory That May Shape the Future of Privacy Litigation

Representing consumers who used the Facebook social networking platform, firm partner David Straite achieved a landmark victory in the Ninth Circuit when it recognized that Facebook's monetization of improperly-collected user data can constitute an economic injury, and that plaintiffs' plausibly alleged wiretap claims against the technology giant.

*In re Facebook, Inc. Internet Tracking Litig.*, 956 F.3d 589 (9th Cir. 2020), *cert. denied* 141 S. Ct. 1684 (2021).

## PUBLIC CLIENT

DiCello Levitt's public client litigation team regularly delivers best-in-class results for the states, cities, and other municipalities that it represents. Our team has represented, and is presently representing, its public clients in a wide range of front-page litigation, including against Volkswagen for its diesel emissions fraud scandal, against Takata and various auto manufacturers for misrepresentations and omissions relating to dangerously defective airbags, and against nearly two dozen chemical manufacturers relating to their production, sale, and use of deadly PFAS and AFFF chemicals—perhaps the widest ranging and most serious environmental litigation in recent U.S. history.

### Top-Dollar Award on Per-Vehicle Basis for State AG Client

In a product liability and false advertising lawsuit against several major automobile manufacturers, DiCello Levitt, after years of aggressive litigation, obtained a settlement for one of its state clients for almost 400% more, on a per-vehicle basis, than a multistate group obtained and for almost 200% more than the next closest state engaged in private litigation obtained from those same defendants.

*State of New Mexico, ex rel. Hector H. Balderas v. Volkswagen Group of America, Inc., et al.*, No. D-101-CV-2016-00131 (Santa Fe Cty.)

### Multi-Million Dollar Award to State of New Mexico for Airbag Safety Violation

DiCello Levitt represents the State of New Mexico in litigation against Honda and other automobile manufacturers who sold vehicles with dangerous Takata airbag inflators in the state, successfully resulting in settlements of millions of dollars for the benefit of the state—including one settlement that was 600% higher, on a per-vehicle basis, than a multistate group was able to obtain.

*State of New Mexico v. Takata Corporation, et al.*, No. D-101-CV-2017-00176 (Santa Fe Cty.)

## COMMERCIAL LITIGATION

DiCello Levitt harnesses its distinctive capabilities in "bet-the-company" litigation and trial practice to formulate and implement effective litigation strategies for corporations, investment funds, and individuals with substantial economic loss claims. From high- profile contract disputes in the airline industry and other sectors, to massive securities and financial services cases, to lawsuits for egregious market manipulation, we stand out among law firms for our willingness to take on financial risk and venture cases with our clients as we obtain justice for them.

# Landmark Cases

## THE LARGEST CONSUMER DATA BREACH SETTLEMENT IN HISTORY

DiCello Levitt partner Amy Keller became the youngest woman ever appointed to lead a nationwide multidistrict litigation in the massive Equifax data breach, which exposed the sensitive personal information of nearly 150 million consumers. Included in the settlement were a cash fund of up to $505 million, a commitment from Equifax to invest $1 billion in security changes, and a guarantee that Equifax would cover credit monitoring for every single class member.

*In re Equifax, Inc. Customer Data Security Breach Litigation*, MDL No. 2800 (N.D. Ga.)

## GROUNDBREAKING SUCCESS IN DEFECTIVE DIESEL ENGINES

DiCello Levitt attorneys Adam Levitt, John Tangren, Amy Keller, and Adam Prom served as Co-Lead Counsel in the high-profile class action litigation against Navistar. The firm helped a class of truck consumers reach a $135 million settlement to resolve multidistrict litigation in Illinois federal court, alleging the company knowingly sold defective diesel engines. Per the settlement, class members were able to choose a "no questions asked" cash payment of up to $2,500 per truck; a $10,000 rebate off of the best negotiated purchase price of a new truck; or provable out-of-pocket damages of up to $15,000 per truck.

*In re Navistar MaxxForce Engines Marketing, Sales Practices and Products Liability Litigation*, No. 14-cv-10318 (N.D. Ill.)

## ONE OF THE MOST SIGNIFICANT CIVIL RIGHTS VERDICTS IN HISTORY

DiCello Levitt attorneys Robert F. "Bobby" DiCello, Mark DiCello, and Justin Hawal achieved one of the most significant civil rights verdicts in history when a jury awarded firm client, Arnold Black, $50 million in a case against the City of East Cleveland, in a lawsuit involving brazen police misconduct after officers detained, beat, and imprisoned him for four days after a routine traffic stop—a verdict that has been affirmed by the Ohio Court of Appeals and for which the Ohio Supreme Court has declined further review.

*Black v. Hicks*, No. CV-14-826010 (Ohio C.P., Cuyahoga Cty.)

## THE MOST IMPORTANT ENVIRONMENTAL LITIGATION OF OUR TIME

DiCello Levitt's environmental litigation team has been retained by several states to investigate and litigate those states' claims regarding widespread pollution from a group of contaminants known as PFAS (per- and polyfluoroalkyl substances). This group of ubiquitous and harmful contaminants has been used in thousands of applications globally, including well-known consumer goods such as Teflon and Scotchgard, a multitude of industrial applications, and certain fire-fighting foams (AFFF). DiCello Levitt's litigation efforts seek to hold some of the largest chemical companies in the world accountable for their culpable conduct and to recover on behalf of its state clients the funds and resources necessary to address contamination caused by PFAS and AFFF contaminants and protect public health, natural resources, and the environment.







## DLG CARES

In 2021, DiCello Levitt Gutzler launched DLG Cares, a charitable foundation dedicated to providing increased access to justice in the U.S. and around the world. DLG Cares partners with nonprofits whose work is focused on increasing legal services to the underserved through meaningful financial contributions and educational efforts.

DLG Cares' first partner is Justice Defenders, a nonprofit organization that provides legal education programs to prisoners in Kenya and Uganda to create greater access to justice in their communities.  Thorough a substantial, multi-year commitment to Justice Defenders, the firm hopes to facilitate and enhance their efforts and improve the lives of those imprisoned in African countries.

## THE DICELLO LEVITT TRIAL ADVOCACY CENTER

One of our firm's proudest innovations is the DiCello Levitt Trial Advocacy Center. Litigation firms are common in the U.S., but DiCello Levitt is a trial firm. We approach client cases from a trial-first perspective, identifying and analyzing critical issues at all stages of a litigation, enabling us to fine-tune our approach, mobilize our team, engage the right resources, and dictate the path to victory in each of our cases.

We created the Trial Center to address how the digital universe has reshaped the way people process information, how today's jurors make decisions, and what truly motivates them at their core. Using a proprietary system, we survey, test, intuit, and then re-test to grasp the nuances of a jury's mindset; pursuing the truth with a scientific focus on what persuades, what connects, and what wins.

**Birmingham**
 T:  205-855-5700

**Chicago**
 T: 312-214-7900

**Cleveland**
 T:  440-953-8888

**Detroit**
 T:  313-488-0144

**New York**
 T:  646-933-1000

**St. Louis**
 T:  314-332-1500

**Washington, DC**
 T:  202-975-2288

**DiCelloLevitt.com**

