# Exhibit 13

IN RE FACEBOOK INTERNET TRACKING LITIGATION, 12-md-02314-EJD (N.D. Cal.)
Chart of Data Privacy and Data Breach Class Action Settlements (**Selected Cases**)

| | Case | Type | Common Fund ($) | Add'l Inj. Relief? | Status | Class Counsel (attorney name in bold if Court appointed individuals) |
|---|---|---|---|---|---|---|
| 1. | *In Re Facebook Biometric Information Privacy Litigation*, 15-cv-03747-JD (N.D. Cal.) | Biometric | 650,000,000 | Yes | Final Approval Granted | Robbins Geller Rudman & Dowd<br>Labaton Sucharow<br>Edelson PC |
| 2. | *In Re Equifax Inc. Customer Data Security Breach Litigation*, 17-md-02800 (N.D. Ga.) | Data Breach | 385,000,000-505,500,000 | Yes | Final Approval Granted; Affirmed on Appeal | DiCello Levitt Gutzler (**Amy Keller**)<br>Doffermyre Shields Canfield & Knowles (**Kenneth C. Canfield**)<br>Stueve Siegel Hanson (**Norman E. Siegel**)<br>Barnes Law Group (**Roy E. Barnes**) |
| 3. | *In Re: Capital One Customer Data Security Breach Litigation*, 1:19-md-02915-AJT-JFA (E.D. Va.) | Data Breach | 190,000,000 | Yes | Preliminary Approval Pending | Morgan & Morgan (**John A. Yanchunis**)<br>Stueve Siegel Hanson (**Norman E. Siegel**)<br>Lockridge Grindal Nauen (**Karen Hanson Riebel**) |
| 4. | *In Re Yahoo! Inc. Customer Data Security Breach Litigation*, 16-MD-02752-LHK (N.D. Cal.) | Data Breach | 117,500,000 | Yes | Final Approval Granted; Pending Appeal | Morgan & Morgan (**John A. Yanchunis**)<br>Tadler Law (**Ariana Tadler**)<br>Robbins Geller Rudman & Dowd (**Stuart Davidson**)<br>Casey Gerry Schenk Francavilla Blatt & Penfield (**Gayle Blatt**)<br>Lockridge Grindal Nauen (**Karen Riebel**) |
| 5. | *In re Anthem, Inc. Data Breach Litigation*, 15-md-02617-LHK (N.D. Cal.) | Data Breach | 115,000,000 | Yes | Final Approval Granted | Altshuler Berzon (**Eve H. Cervantez**)<br>Cohen Milstein Sellers & Toll (**Andrew Friedman**) |
| 6. | *In Re: TikTok, Inc., Consumer Privacy Litigation*, 20-cv-4699 (N.D. Ill.) | Biometric | 92,000,000 | Yes | Preliminary Approval Pending | Carlson Lynch (**Katrina Carroll**)<br>Fegan Scott (**Ekwan Rhow**)<br>Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow (**Elizabeth Fegan**) |
| 7. | *In re Facebook Internet Tracking Litigation*, 12-md-02314-EJD (N.D. Cal.) | Data Privacy | 90,000,000 | Yes | Preliminary Approval Pending | DiCello Levitt Gutzler (**David Straite**)<br>Grygiel Law (**Stephen Grygiel**)<br>Simmons Hanly Conroy (**Jay Barnes**) |

| | Case | Type | Common Fund ($) | Add'l Inj. Relief? | Status | Class Counsel (attorney name in bold if Court appointed individuals) |
|---|---|---|---|---|---|---|
| 8. | In Re: Zoom Video Communications, Inc. Privacy Litigation, 20-cv-02155-LB (N.D. Cal.) | Data Privacy | 85,000,000 | Yes | Final Approval Pending | Ahdoot & Wolfson, PC (**Tina Wolfson**) Cotchett, Pitre & McCarthy (**Mark Molumphy**) Wolf Haldenstein Adler Freeman & Herz (**Rachele R. Byrd**) Bottini & Bottini, Inc. (**Albert Y. Chang**) Gibbs Law Group (**Eric H. Gibbs**) |
| 9. | Birchmeier et al v. Caribbean Cruise Line, Inc. et al., 12-cv-04069 (N.D. Ill.) | TCPA | 76,000,000 | Yes | Final Approval Granted; Upheld on Appeal | Edelson PC (**Jay Edelson**) Loevy & Loevy (**Scott Rauscher**) |
| 10. | In re: Capital One Telephone Consumer Protection Act Litigation, 12-cv-10064 (N.D. Ill.) | TCPA | 75,453,307 | Yes | Final Approval Granted | Lieff, Cabraser, Heimann & Bernstein, Terrell Marshall Daudt & Willie Keogh Law, Ltd. Williamson & Williams Meyer Wilson Co. Burke Law Offices |
| 11. | In Re Morgan Stanley Data Security Litigation, 20-cv-05914-AT (E.D.N.Y.) | Data Breach | 60,000,000 | Yes | Preliminary Approval Granted | Nussbaum Law Group (**Linda P. Nussbaum**) Morgan & Morgan (**Jean S. Martin**) |
| 12. | In re: Plaid, Inc. Privacy Litigation, 20-cv-03056 (N.D. Cal.) | Data Misuse | 58,000,000 | Yes | Final Approval Pending | Herrera Kennedy (**Shawn Kennedy**) Lieff Cabraser Heimann & Bernstein (**Rachel Geman**) Burns Charest (**Christopher Cormier**) |
| 13. | First Choice Federal Credit Union v. The Wendy's Company, 16-cv-00506-NBF-MPK (W.D. Pa.) | Data Breach | 50,000,000 | Yes | Final Approval Granted | Arlson Lynch Sweet Kilpela & Carpenter (**Gary Lynch**) Scott+Scott Attorneys at Law (**Erin Green Comite**) |
| 14. | Hageman v. AT&T Corp. et al, 13-cv-00050-RWA (D. Mt.) | TCPA | 45,000,000 | Yes | Final Approval Granted | Bishop and Heenan Keogh Law, Ltd. Bingham and Lea, P.C |
| 15. | Wilkins v. HSBC Bank Nevada, N.A. et al, 14-cv-00190 (N.D. Ill.) | TCPA | 39,975,000 | Yes | Final Approval Granted; Appeal Dismissed | Lieff Cabraser Heimann & Bernstein, Meyer Wilson Co., LPA Terrell Marshall Daudt & Willie Burke Law Offices |

| | Case | Type | Common Fund ($) | Add'l Inj. Relief? | Status | Class Counsel (attorney name in bold if Court appointed individuals) |
|---|---|---|---|---|---|---|
| 16. | Rose v. Bank of America Corporation, 11-cv-02390-EJD (N.D. Cal.) | TCPA | 32,083,905 | Yes | Final Approval Granted | Law Offices of Douglas J. Campion<br>Lieff Cabraser Heimann & Bernstein,<br>Meyer Wilson Co., LPA<br>Terrell Marshall Daudt & Willie<br>Ankcorn Law Firm<br>Hyde & Swigart<br>Kazerounian Law Group<br>Burke Law Offices<br>Saeed & Little<br>Law Offices of Daniel G. Shay<br>Law Offices of Steven E. Kaftal |
| 17. | In re Premera Blue Cross Customer Data Security Breach Litigation, 15-md-2633 (D. Or.) | Data Breach | 32,000,000 | Yes | Final Approval Granted | Tousley Brain Stephens (**Kim D. Stephens, Christopher I. Brain**)<br>Stoll Stoll Berne Lokting & Shlachter P.C. (**Keith S. Dubanevich**)<br>Ahdoot and Wolfson (**Tina Wolfson**)<br>Hausfeld (**James Pizzirusso**)<br>Lockridge Grindal Nauen (**Karen Hanson Riebel**) |
| 18. | Fraley v. Facebook, Inc., 11-cv-01726 (N.D. Cal.) | Data Privacy | 20,000,000 | Yes | Final Approval Granted; Upheld on Appeal | The Arns Law Firm (**Jonathan M. Jaffe**) |
| 19. | In re TJX Cos. Retail Sec. Breach Litig., No. 07-cv-10162 (D. Mass.) | Data Breach | 18,000,000 | Yes | Final Approval Granted | Barnow and Associates (**Ben Barnow**)<br>Wolf Popper (**Lester L. Levy**)<br>Berger & Montague (**Sherrie R. Savett**) |
| 20. | Beckett v. Aetna, Inc., 2:17-CV-3864-JS (E.D. Pa.) | Data Misuse | 17,161,200 | Yes | Final Approval Granted | Berger & Montague (**Shanon J. Carson, E. Michelle Drake, Sarah R. Schalman-Bergen**)<br>AIDS Law Project of Pennsylvania (**Ronda B. Goldfein**)<br>The Legal Action Center (**Sally Friedman**) |
| 21. | In re Vizio, Inc., Consumer Privacy Litig., 8:16–ml–02693–JLS–KES (C.D. Cal.) | Data Privacy | 17,000,000 | Yes | Final Approval Granted | Gibbs Law Group (**Eric H. Gibbs and Andre M. Mura**)<br>Cotchett, Pitre & McCarthy (**Joseph W. Cotchett, Adam J. Zapala**) |

| | Case | Type | Common Fund ($) | Add'l Inj. Relief? | Status | Class Counsel (attorney name in bold if Court appointed individuals) |
|---|---|---|---|---|---|---|
| 22. | *In Re: Sony Gaming Networks and Customer Data Security Breach Litigation*, 3:11-md-02258 (S.D. Cal.) | Data Breach | 15,000,000 | Yes | Final Approval Granted | Blood Hurst & O'Reardon (**Timothy Gordon Blood**) Casey Gerry Schenk Francavilla Blatt & Penfield (**Gayle M. Blatt**) |
| 23. | *Harris v. ComScore, Inc.*, 1:11-cv-5807 (N.D. Ill.) | Data Privacy | 14,000,000 | Yes | Final Approval Granted | Edelson PC (**Jay Edelson**) |
| 24. | *In Re: Google Inc. Street View Electronic Communications Litigation*, 3:10-md-02184-CRB (N.D. Cal.) | Data Privacy | 13,000,000 | Yes | Final Approval Granted; Upheld on Appeal | of Spector Roseman Kodroff & Willis (**Jeffrey Kodroff**) Cohen Milstein Sellers & Toll (**Daniel Small**) Lieff Cabraser Heimann & Bernstein (**Elizabeth Cabraser**) |
| 25. | *In Re: The Home Depot Inc. Customer Data Security Breach Litigation*, 1:14-md-02583 (N.D. Ga.) | Data Breach | 13,000,000 | Yes | Final Approval Granted | Harris Penn Lowry (**David J. Worley and James M. Evangelista**) Stueve Siegel Hanson (**Norman E. Siegel and Barrett J. Vahle**) Morgan & Morgan (**John A. Yanchunis**) Barnes Law Group (**Roy E. Barnes and John R. Bevis**) |
| 26. | *Perkins et al v. LinkedIn Corporation*, 5:13-cv-04303-LHK (N.D. Cal.) | Data Misuse | 13,000,000 | Yes | Final Approval Granted; Appeal Dismissed | Lieff, Cabraser, Heimann & Bernstein (**Michael W. Sobol, Nicholas R. Diamand, Melissa Gardner**) Olavi Dunne (**Dorian S. Berger, Daniel P. Hipskind**) Russ, August & Kabat (**Larry C. Russ**) |
| 27. | *In Re: Target Corp. Customer Data Security Breach Litigation*, 14-02522 (D. Minn.) | Data Breach | 10,000,000 | Yes | Final Approval Granted; Upheld on Appeal | Heins Mills & Olson (**Vincent J. Esades**) Nichols Kaster (**E. Michelle Drake**) |
| 28. | *In re Google Referrer Header Privacy Litigation*, 5:10-cv-04809-EJD (N.D. Cal.) | Data Privacy | 8,500,000 | Yes | Final Approval Granted | Nassiri & Jung (**Kassra P. Nassiri**) Aschenbrener Law (**Michael Aschenbrener**) Progressive Law Group (**Ilan Chorowsky**) |
| 29. | *In Re: Lenovo Adware Litigation*, 4:15-md-02624-HSG (N.D. Cal.) | Data Privacy | 8,300,000 | Yes | Final Approval Granted | Pritzker Levine Girard Gibbs Cotchett, Pitre & McCarthy |

| | Case | Type | Common Fund ($) | Add'l Inj. Relief? | Status | Class Counsel (attorney name in bold if Court appointed individuals) |
|---|---|---|---|---|---|---|
| 30. | *FehLen v. Accellion, Inc.*, 5:21-cv-01353-EJD (N.D. Cal.) | Data Breach | 8,100,000 | Yes | Preliminary Approval Pending | Ahdoot & Wolfson (**Tina Wolfson, Robert Ahdoot, Andrew W. Ferich**)<br>Barnow and Associates (**Ben Barnow, Anthony L. Parkhill**) |
| 31. | *In Re Google Plus Profile Litigation*, 5:18-CV-06164-EJD (VKD) (N.D. Cal.) | Data Privacy | 7,500,000 | Yes | Final Approval Granted | Morgan & Morgan (**John A. Yanchunis**)<br>Franklin D. Azar & Associates (**Ivy T. Ngo**) |
| 32. | *St. Joseph Health System Medical Information Cases*, JCCP 4716 (Cal. Sup.) | Data Privacy | 7,500,000 | No | Final Approval Granted | Finkelstein Blankinship Frei-Pearson & Garber (**Jeremiah Frei-Pearson**)<br>Robinson Calcagnie Robinson Shapiro Davis (**Daniel S. Robinson**) |
| 33. | *In re TD Ameritrade Accountholder Litigation*, 4:07-cv-02852-SBA (N.D. Cal.) | Data Breach | 6,500,000 | Yes | Final Approval Granted | Kreindler & Kreindler (**Gretchen M. Nelson**)<br>Law Offices of Howard Strong (**Howard Strong**) |
| 34. | *In re: Countrywide Financial Corp. Customer Data Security Breach Litigation*, 3:08-md-01998 (W.D. Ky.) | Data Breach | 6,500,000 | Yes | Final Approval Granted | Barnow and Associates (**Ben Barnow**)<br>Finkelstein Thompson (**Burton H. Finkelstein**) |
| 35. | *In re Banner Health Data Breach Litigation*, 2:16-cv-02696 (D. Ariz.) | Data Breach | 6,000,000 | Yes | Final Approval Granted; Upheld on Appeal | Bonnett Fairbourn (**Andrew S. Friedman**)<br>Gallagher & Kennedy (**Paul L. Stoller**)<br>Girard Gibbs (**Eric H. Gibbs**)<br>Hagens Berman (**Robert B. Carey**) |
| 36. | *Village Bank v. Caribou Coffee Company, Inc.*, 0:19-cv-01640 (D. Minn.) | Data Breach | 5,800,000 | Yes | Final Approval Granted | Chestnut Cambronne PA (**Bryan L. Bleichner and Karl L. Cambronne**) |
| 37. | *Atkinson v. Minted Inc.*, 3:20-cv-03869 (N.D. Cal.) | Data Breach | 5,000,000 | Yes | Final Approval Granted | MoginRubin (**Jennifer M. Oliver**)<br>Schack Law Group (**Natasha N. Serino**) |
| 38. | *In Re Sonic Corp. Customer Data Security Breach*, 1:17-md-02807 (N.D. Ohio) | Data Breach | 4,325,000 | Yes | Final Approval Granted | Federman & Sherwood (**William B. Federman**)<br>Dann-Law (**Marc Dann**) |
| 39. | *Coleman v. Boys Town National Research Hospital*, D01CI180008162 (D. Neb.) | Data Breach | 3,500,000 | Yes | Final Approval Granted | Mason, Lietz Law Firm (**David K. Lietz, Gary M. Klinger, Gary E. Mason**) |

| | Case | Type | Common Fund ($) | Add'l Inj. Relief? | Status | Class Counsel (attorney name in bold if Court appointed individuals) |
|---|---|---|---|---|---|---|
| 40. | *Jackson et al v. Wendy's International LLC*, 6:16-cv-00210 (M.D. Fla.) | Data Breach | 3,400,000 | No | Final Approval Granted | Morgan & Morgan (**John A. Yanchunis and Patrick A. Barthle**)<br>Law Office of Jean Sutton Martin (**Jean Sutton Martin**)<br>Milberg Tadler Phillips Grossman (**Ariana Tadler and Melissa Clark**)<br>Emerson Scott (**John Emerson**)<br>Glapion Law Firm (**Jeremy Glapion**) |
| 41. | *Hutton et al. v. National Board of Examiners in Optometry Inc.*, 1:16-cv-03025 (D. Md.) | Data Breach | 3,250,000 | Yes | Final Approval Granted | Stueve Siegel Hanson (**Norman E. Siegel, Austin Moore**) |
| 42. | *Barr v. Drizly LLC*, 1:20-cv-11492 (D. Mass.) | Data Breach | 3,150,000 | Yes | Final Approval Granted | Lowey Dannenberg<br>Carlson Lynch<br>Keller Lenkner<br>Thompson Consumer Law Group<br>Block & Leviton |
| 43. | *Winstead et al. v. ComplyRight Inc.*, 1:18-cv-04990 (N.D. Ill.) | Data Breach | 3,025,000 | Yes | Final Approval Granted | Barnow and Associates (**Ben Barnow, Erich P. Schork**)<br>Kaplan Fox & Kilsheimer (**Laurence D. King, Matthew B. George**) |
| 44. | In Re Wawa, Inc. Data Security Litigation, 19-6019 (E.D. Pa.) | Data Breach | 2,977,924 | Yes | Final Approval Pending | Berger Montague (**Sherrie Savett**)<br>Chimicles Schwartz Kriner & Donaldson-Smith (**Benjamin F. Johns**)<br>Fine, Kaplan and Black (**Roberta Liebenberg**)<br>Nussbaum Law Group (**Linda Nussbaum**) |
| 45. | *In re: Heartland Payment Systems, Inc. Customer Data Security Breach*, 09-md-2046 (S.D. Tex.) | Data Breach | 2,400,000 | No | Final Approval Granted | Barnow and Associates (**Ben Barnow**)<br>Harke Clasby (**Lance Harke**)<br>Finkelstein Thompson (**Burton Finkelstein**)<br>Wisener Nunnally Gold (**Harold Benjamin Gold**) |
| 46. | *Kostka v. Dickey's Barbecue Restaurants Inc.*, 3:20-cv-03424-K (N.D. Tex.) | Data Breach | 2,350,000 | Yes | Preliminary Approval Pending | Barnow and Associates (**Ben Barnow**)<br>Chimicles Schwartz Kriner & Donaldson-Smith (**Benjamin F. Johns**)<br>Morgan & Morgan (**John A. Yanchunis**) |

| | Case | Type | Common Fund ($) | Add'l Inj. Relief? | Status | Class Counsel (attorney name in bold if Court appointed individuals) |
|---|---|---|---|---|---|---|
| 47. | *Jackson et al v. Citrix Systems, Inc.*, 19-cv-61350 (S.D. Fla.) | Data Breach | 2,275,000 | No | Final Approval Granted | Morgan & Morgan (**John A. Yanchunis**) Stueve Siegel Hanson (**J. Austin Moore**) Casey, Gerry, Schenk, Francavilla, Blatt & Penfield (**Gayle M. Blatt**) Levi & Korsinsky (**Rosemary M. Rivas**) Russomanno & Borrello (**Herman J. Russomanno III**) |
| 48. | *In re Hudson's Bay Company Data Security Incident Consumer Litigation*, 1:18-cv-08472-PKC (S.D.N.Y.) | Data Breach | 2,000,000 | Yes | Final Approval Pending | Faruqi & Faruqi (**Timothy J. Peter**) Calcaterra Pollack (**Janine L. Pollack**) |
| 49. | *Jacqueline Weiss and Joseph Weiss v. Arby's Restaurant Inc.*, 1:17-cv-01035-WMR (N.D. Ga.) | Data Breach | 2,000,000 | No | Final Approval Granted | Barnes Law Group (**Roy E. Barnes, John R. Bevis, J. Cameron Tribble**) Faruqi & Faruqi (**Stuart J. Guber and Timothy J. Peter**) Morgan & Morgan (**John A. Yanchunis Marisa Glassman**) Evangelista Worley (**James M. Evangelista, David J. Worley**) |
| 50. | *Remijas et al. v. The Neiman Marcus Group LLC*, 1:14-cv-01735 (N.D. Ill.) | Data Breach | 1,600,000 | | Final Approval Granted | Morgan & Morgan (**John A. Yanchunis**) Ahdoot & Wolfson (**Tina Wolfson**) |
| 51. | *Orr et al. v. InterContinental Hotels Group PLC et al.*, 1:17-cv-01622 (N.D. Ga.) | Data Breach | 1,550,000 | Yes | Final Approval Granted | Barnow and Associates (**Ben Barnow and Erich P. Schork**) Evangelista Worley (**David J. Worley**) |
| 52. | *Nelson v Idaho Central Credit Union*, CV03-20-99831 (D. Idaho) | Data Breach | 1,550,000 | No | Final Approval Granted | Andersen Schwartzman (**Benjamin Schwartzman**) Tycko & Zavareei (**Hassan Zavareei**) Mason Lietz & Klinger (**Gary M. Klinger**) Peiffer Wolf Carr & Kane (**Brandon Wise**) |
| 53. | *Murray v. Grocery Delivery E-Services USA Inc.*, 1:19-cv-12608-WGY (D. Mass.) | TCPA | 1,400,000 | Yes | Final Approval Granted; Pending Appeal | Paronich Law (**Anthony I. Paronich**) Turke & Strauss (**Samuel J. Strauss**) Robins Kaplan (**Stacey Slaughter, Brenda L. Joy**) |
| 54. | *Kuss v. American HomePatient Inc. et al.*, 8:18-cv-02348 (M.D. Fla.) | Data Breach | 1,000,000 | Yes | Final Approval Granted | Morgan & Morgan (**John Yanchunis, Ryan McGee**) Levin Sedran & Berman (**Charles Shaffer, Dan Levin**) |

| | Case | Type | Common Fund ($) | Add'l Inj. Relief? | Status | Class Counsel (attorney name in bold if Court appointed individuals) |
|---|---|---|---|---|---|---|
| 55. | *Parsons v. Kimpton Hotel and Restaurant Group LLC*, 3:16-cv-05387 (N.D. Cal.) | Data Breach | 600,000 | Yes | Final Approval Granted | Morgan & Morgan (**John A. Yanchunis**) Robins Kaplan (**Michael F. Ram**) |
| 56. | *Mowery et al. v. Saint Francis Healthcare Sys.*, 1:20-cv-00013 (E.D. Mo.) | Data Breach | 350,000 | Yes | Final Approval Granted | Mason, Lietz Law Firm (**David K. Lietz, Gary M. Klinger, Gary E. Mason**) |
| 57. | *Morrow v. Quest Diagnostics Inc.*, 2:17-cv-00948 (D.N.J.) | Data Breach | 195,000 | No | Final Approval Granted | Morgan & Morgan (**John A. Yanchunis and Patrick Barthle**) Locks Law Firm (**James Barry**) Javerbaum Wurgaft Hicks Kahn Wikstrom and Sinins (**Michael Galpern**) |
| 58. | *Carroll v. Macy's Inc. et al.*, 2:18-cv-01060 (N.D. Ala.) | Data Breach | 192,500 | No | Final Approval Granted | Price Armstrong (**Nicholas W. Armstrong**) |
| 59. | *McKenzie v. Allconnect, Inc.*, 5:18-cv-00359-JMH (E.D. Ky.) | Data Breach | 185,400 | Yes | Final Approval Granted | Cohen & Malad Branstetter Stranch & Jennings Johnson Firm |
| 60. | *Morales v. Cano Health*, 2020-013998 (Miami Dade Cty., Fla.) | Data Breach | 175,000 | No | Final Approval Granted | Mason Lietz & Klinger (**Gary M. Klinger**) Morgan & Morgan (**John Yanchunis**) Rhine Law Firm (**Joel R. Rhine**) Edelsberg Law (**Scott Edelsberg**) |
| 61. | *Smith et al. v. Triad of Alabama LLC d/b/a Flowers Hospital*, 1:14-cv-00324 (M.D. Ala.) | Data Breach | 150,000 | No | Final Approval Granted | Methvin, Terrell, Yancey, Stephens & Miller (**James M. Terrell**) |
| 62. | *In re: Google Inc. Cookie Placement Consumer Privacy Litigation*, 1:12-md-02358 (D. Del.) | Data Privacy | n/a | Yes | Preliminary Approval Pending | Silverman Thompson Slutkin White (**Stephen G. Grygiel**) Strange & Butler (**Brian Russell Strange**) Bartimus, Frickleton, and Robertson (**James P. Frickleton**) |
| 63. | *Adkins v. Facebook*, 18-cv-05982 (N.D. Cal.) | Data Breach | n/a | Yes | Final Approval Granted | Morgan & Morgan (**John Yanchunis**) Cohen Milstein Sellers & Toll (**Andrew Friedman**) Tadler Law (**Ariana Tadler**) |
| 64. | *Campbell v. Facebook, Inc.*, C 13-05996 PJH-SK (N.D. Cal.) | Data Misuse | n/a | Yes | Final Approval Granted | Lieff Cabraser Heimann & Bernstein, Carney Bates & Pulliam |

| | Case | Type | Common Fund ($) | Add'l Inj. Relief? | Status | Class Counsel (attorney name in bold if Court appointed individuals) |
|---|---|---|---|---|---|---|
| 65. | *In re Intuit Data Litigation*, 15-cv-01778 (N.D. Cal.) | Data Breach | n/a | Yes | Final Approval Granted | Lieff, Cabraser, Heimann & Bernstein<br>Milberg Tadler Phillips Grossman<br>Goldman Scarlato & Penny<br>Abbott Law Group<br>Siprut |
| 66. | *Tilleman v Leaf Filter*, 18-cv-1152-DAE (W.D. Tex.) | Data Privacy | Up to $7,750 per documented claim without an aggregate cap | No | Final Approval Granted | Federman & Sherwood (**William B. Federman**) |
| 67. | *Fox v. Iowa Health System, Inc.*, 18-cv-00327 (W.D. Wis.) | Data Breach | Up to $7,000 per documented claim without an aggregate cap | Yes | Final Approval Granted | Law Offices of Ronald A. Marron (**Robert L. Teel**)<br>Keller Rohrback (**Cari Campen Laufenberg**)<br>Law Offices of Ronald A. Marron (**Ronald A. Marron**) |
| 68. | *Cotter v. Checkers Drive-In Restaurants, Inc.*, 19-cv-01386 (M.D. Fla.) | Data Breach | Up to $5,000 per documented claim without an aggregate cap | Yes | Final Approval Granted | Ahdoot & Wolfson (**Tina Wolfson and Bradley K. King**)<br>Morgan & Morgan (**Jean Sutton Martin**)<br>Kazerouni Law Group (**Abbas Kazerounian and Jason Ibey**) |
| 69. | Chacon et al v. Nebraska Medicine, 21-cv-00070-RFR-CRZ (D. Neb.) | Data Breach | Up to $5,000 per documented claim without an aggregate cap | Yes | Final Approval Granted | Mason, Lietz Law Firm (**David K. Lietz, Gary M. Klinger, and Gary E. Mason**) |
| 70. | *Goodlett v. Brown-Forman Corp.*, 20-CI-005631 (Jeff. Cty., KY) | Data Breach | Up to $5,000 per documented claim without an aggregate cap | Yes | Preliminary Approval Granted | Thomas & Solomon<br>Finkelstein, Blankinship, Frei-Pearson & Garber |
| 71. | *Gordon et al v. Chipotle Mexican Grill Inc.*, 1:17-cv-01415 (D. Colo.) | Data Breach | Up to $250/$10,000 per documented claim without an aggregate cap | Yes | Final Approval Granted | Chimicles Schwartz Kriner & Donaldson-Smith (**Benjamin F. Johns**)<br>Ahdoot & Wolfson (**Tina Wolfson**)<br>Morgan & Morgan (**Jean Sutton Martin**) |
| 72. | *Fulton-Green v. Accolade, Inc.*, 2:18-cv-00274-GEKP (E.D. Pa.) | Data Breach | Up to $1,500 per documented claim without an aggregate cap | Yes | Final Approval Granted | Morgan & Morgan (**John A. Yanchunis**)<br>Steckler Gresham & Cochran (**Bruce Steckler**)<br>Levin Sedran & Berman (**Charles Schaffer**) |

|  | **Case** | **Type** | **Common Fund ($)** | **Add'l Inj. Relief?** | **Status** | **Class Counsel** (attorney name in bold if Court appointed individuals**)** |
|---|---|---|---|---|---|---|
| 73. | *In Re Zappos.com Inc. Customer Data Security Breach Litigation*, 3:12-cv-00325 (D. Nev.) | Data Breach | 10% Coupon | Yes | Final Approval Granted | Barnow and Associates (**Ben Barnow**) <br> Finkelstein, Blankinship, Frei-Pearson & Garber (**Jeremiah Frei-Pearson**) <br> Glancy Prongay & Murray (**Mark Godino**) <br> The Coffman Law Firm (**Richard Coffman**) |
| 74. | *In re Intuit Data Litigation*, 5:15-cv-01778 (N.D. Cal.) | Data Breach | n/a | Yes | Final Approval Granted | Lieff, Cabraser, Heimann & Bernstein <br> Milberg Tadler Phillips Grossman <br> Goldman Scarlato & Penny <br> Abbott Law Group, PA <br> Siprut |
| 75. | *Campbell v. Facebook, Inc.*, C 13-05996 PJH-SK (N.D. Cal.) | Data Misuse | n/a | Yes | Final Approval Granted | Lieff Cabraser Heimann & Bernstein <br> Carney Bates & Pulliam |