4 March 2022

Mark B. Busby
Clerk of Court
United States District Court
450 Golden Gate Ave., Box 36060
San Francisco, CA 94102–3489

RECEIVED
MAR 0 7 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**Subject: Facebook Tracking Followup**

Dear Sir,

You or the presiding judge on the case will probably tell me that I am too late to affect the outcome of the Facebook Like tracking case and or receive justice for the many years I had my human rights violated. Actively had my rights violated. We are talking United Nations charter of human rights. Someone went out of their way to do what they did to me Mr. Busby. Coordinated. The evidence is there, was there. I have photos of it. Screen captures. You or the presiding judge on the case will probably tell me, if only I had written to you in 2019, perhaps my sorry sad pathetic case could have been resolved. You'll probably go on to tell me that the nature of the US legal system allows guilty people to get away with horrendous things all the time. Particularly when victims don't have the money to go up against deep pocketed wealthy defendants with an attitude. There definitely won't be any justice then right Mr. Busby? Because it's foreign countries with large financial stakes in the economy, rich powerful people and corporations that own the government and legal system right Mr. Busby?

If that is so then it is no longer "We the people" in the United States Mr. Busby. It's only some of the people who have privileged rights and those people steamroll less privileged people to get their way and make money. That definitely does not sound in line with the preamble and mission statement of the Constitution of the United States Mr. Busby. I have no justice, I have no tranquility, there is no way to defend against this type of attack (unless Facebook had the internal controls), while where is my general welfare and the blessings of liberty? You can never have the blessings of liberty Mr. Busby if you're running scared from agents of a foreign government who are using the Facebook tracking network across the Internet to track you. I have tried, over many years, it's impossible. I'd like to restore the feeling of tranquility to my life. Determining

what happened to me and ensuring that it is not happening at the moment is very important to me. That is why I write to you Mr. Busby. Perpetrators might never be brought to justice but in case you or the presiding judge has or will write back to me, my address is:

30204 Floto St.
No 361
La Grange, CA
95329

Not the Davis return address written on my envelope last week. I used to live there and now I am using this new address. Mail is being forwarded but this is the updated address for when you write back either positive or negative. Any answer I will take, it will determine my next moves but an answer is required. Too many people have wound down my time with this case by not replying. They have drawn out the time so that I could not file a claim. Sadly the entire situation has made me lose confidence in the people and country known as the United States of America. My country and fellow citizens because Americans say they stand up for justice, rights and morals except the way Facebook did business and the way no one gets back to me makes Americans complete hypocrites. Hypocrites because they have lost their moral compass and way in the world to be cool or make money. Prove me wrong Mr. Busby. Prove to me that there might be an American with some moral compass still out there. *Please*.

Thank you. Sincerely,

*Martin*

Martin Suroor Corrado
wwrkit@icloud.com
209-990-6577

FedEx

Align top of FedEx Express® shipping label here.

ORIGIN ID:SMFA (209) 990-6577
MARTIN CORRADO
306 CAMBRIDGE TER APT D

DAVIS, CA 95618
UNITED STATES US

SHIP DATE: 04MAR22
ACTWGT: 0.10 LB
CAD: 6571943/SSF02300

BILL CREDIT CARD

TO MARK B BUSBY
CLERK OF COURT
UNITED STATES DISTRICT COURT
450 GOLDEN GATE AVE., BOX 36060
SAN FRANCISCO CA 94102
(415) 522-2000
REF:
DEPT:
PO:
INV:

TRK# 2705 2039 0081
0201

WA APCA

MON - 07 MAR 4:30P
STANDARD OVERNIGHT

94102
CA-US SFO

FedEx Express

Part # 156297-435 RRDBF EXP 12/22





767 RT FZ 6 16:30 B 0081 03.07

ORIGIN ID:SMFA (209) 990-6577
MARTIN CORRADO
306 CAMBRIDGE TER APT D

DAVIS, CA 95618
UNITED STATES US

SHIP DATE: 04MAR22
ACTWGT: 0.10 LB
CAD: 6571943/SSF02300

BILL CREDIT CARD

TO MARK B BUSBY
CLERK OF COURT
UNITED STATES DISTRICT COURT
450 GOLDEN GATE AVE., BOX 36060
SAN FRANCISCO CA 94102

(415) 522-2000
REF:
INV:
PO:                    DEPT:

FedEx Express E

MON - 07 MAR 4:30P
STANDARD OVERNIGHT

94102
CA-US SFO

TRK# 2705 2039 0081
0201

WA APCA

Part # 156297-435 RRDBF EXP 12/22

© 2020 FedEx 15547

FedEx®