DICELLO LEVITT GUTZLER LLC
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 E. 42nd St., Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
dstraite@dicellolevitt.com

GRYGIEL LAW LLC
Stephen G. Grygiel (admitted pro hac vice)
301 Warren Avenue, Suite 405
Baltimore, MD 21230
Tel.: (407) 505-9463
sgrygiel@silvermanthompson.com

SIMMONS HANLY CONROY LLC
Jason 'Jay' Barnes (admitted pro hac vice)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com

*Counsel for Plaintiffs*

COOLEY LLP
Michael G. Rhodes (116127)
(rhodesmg@cooley.com)
Kyle C. Wong (224021)
(kwong@cooley.com)
Lauren J. Pomeroy (291604)
(lpomeroy@cooley.com)
Sharon Song (313535)
(ssong@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Counsel for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE FACEBOOK INTERNET TRACKING LITIGATION | Case No. 5:12-MD-2314-EJD<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR META PLATFORMS, INC. TO PROVIDE SETTLEMENT CLASS INFORMATION TO SETTLEMENT ADMINISTRATOR** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIPULATION RE SETTLEMENT
CLASS MEMBER INFORMATION
(CASE NO. 5:12-MD-2314-EJD)

Pursuant to Civil Local Rule 6-2, Plaintiffs Perrin Davis, Cynthia Quinn, Brian Lentz, and Matthew Vickery ("Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta") (collectively "the Parties"), by and through their respective counsel, stipulate and agree as follows, subject to Court approval:

WHEREAS, on February 14, 2022, Plaintiffs filed their Motion for Certification of Settlement Class and Preliminary Approval of Class Action Settlement (ECF No. 232);

WHEREAS, on March 31, 2022, the Court issued the Order Certifying Settlement Class and Granting Preliminary Approval of Class Action Settlement (the "Order") (ECF No. 241);

WHEREAS, the Order states that Meta shall, for the purpose of facilitating Notice, provide the Settlement Administrator with names and email addresses for members of the Settlement Class by April 30, 2022 (*id.*);

WHEREAS, Meta has worked diligently to prepare the list of names and email addresses for the Settlement Class Members;

WHEREAS, Meta requires a short extension of time until May 4, 2022 to finalize this list of names and email addresses for the Settlement Class Members and provide it to the Settlement Administrator;

WHEREAS, the Settlement Administrator has confirmed that this short extension of time the Parties propose will not impact its ability to comply with the Court's Order requiring the Settlement Administrator to disseminate Notice to the Settlement Class Members by July 14, 2022 (*id.*);

IT IS HEREBY STIPULATED AND AGREED that, subject to Court approval, the following deadline be changed or set as follows:

- Deadline for Meta to provide the Settlement Administrator with names and email addresses for the Settlement Class Members:  **May 4, 2022**.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION RE SETTLEMENT
CLASS MEMBER INFORMATION
(CASE NO. 5:12-MD-2314-EJD)

| | | |
|---|---|---|
| 1 | Dated: April 29, 2022 | COOLEY LLP |
| 2 | | */s/ Kyle C. Wong* |
| 3 | | Kyle C. Wong |
| 4 | | Attorney for Defendant Meta Platforms, Inc. |
| 6 | Dated: April 29, 2022 | DICELLO LEVITT GUTZLER LLC |
| 8 | | */s/ David A. Straite*<br>David A. Straite (admitted *pro hac vice*) |
| 9 | | Counsel for Plaintiffs |
| 11 | Dated: April 29, 2022 | GRYGIEL LAW LLC |
| 13 | | */s/ Stephen G. Grygiel*<br>Stephen G. Grygiel (admitted *pro hac vice*) |
| 14 | | Counsel for Plaintiffs |
| 15 | Dated: April 29, 2022 | SIMMONS HANLY CONROY LLC |
| 17 | | */s/ Jason "Jay" Barnes*<br>Jason "Jay" Barnes (admitted *pro hac vice*) |
| 18 | | Attorneys for Plaintiffs |

## **ATTESTATION**

Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Michael G. Rhodes hereby attests that concurrence in the filing of this document has been obtained.

Dated: April 29, 2022                                         */s/ Kyle C. Wong*
                                                                               Kyle C. Wong

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

STIPULATION RE SETTLEMENT
CLASS MEMBER INFORMATION
(CASE NO. 5:12-MD-2314-EJD)

**~~PROPOSED~~ ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 29, 2022

_____
The Honorable Edward J. Davila
United States District Judge

268421922

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

STIPULATION RE SETTLEMENT
CLASS MEMBER INFORMATION
(CASE NO. 5:12-MD-2314-EJD)