**DiCELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
60 East 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 933-1000
dstraite@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
akeller@dicellolevitt.com
aprom@dicellolevitt.com

*Class Counsel*

**GRYGIEL LAW LLC**
Stephen G. Grygiel (admitted *pro hac vice*)
301 Warren Avenue, Suite 405
Baltimore, MD 21230
Tel.: (407) 505-9463
sgrygiel@silvermanthompson.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE FACEBOOK INTERNET TRACKING LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 5:12-MD-2314-EJD<br><br>**STATEMENT REGARDING SETTLEMENT ADMINISTRATION COST ESTIMATE** |

At the March 31, 2022 hearing on preliminary approval of the Settlement in this litigation, the Court asked the claims administrator (Angeion Group) to provide a range of costs for settlement administration. *See* H'g Tr. 40:1-17. Following the hearing, Class Counsel and counsel for Defendant met with Angeion Group on several occasions to finalize cost estimates in light of the Court's preliminary approval of the proposed notice plan. *See* Order Dated March 31, 2022 (Dkt. No. 241), at ¶ 7.

Attached to this statement as Exhibit A is a preliminary declaration from Jenny Shawver of Angeion Group regarding a range of projected administration costs under several possible scenarios, which depend on variables such as claim filing rate and frequency of class member communications. Following the September 22, 2022 deadline to submit claims, *see id*. ¶ 13, Angeion Group will be able to update these cost estimates to reflect the total number of claims and resolution of other variables that impact cost.

Dated: May 4, 2022                                    Respectfully submitted,

**DiCELLO LEVITT GUTZLER LLC**                         **GRYGIEL LAW LLC**

  /s/ David Straite                                     /s/ Steve Grygiel
David A. Straite (admitted *pro hac vice*)            Stephen G. Grygiel (admitted *pro hac vice*)
60 East 42nd Street, Suite 2400                       301 Warren Avenue, Suite 405
New York, New York 10165                              Baltimore, MD 21230
Tel.: (646) 933-1000                                  Tel.: (407) 505-9463
dstraite@dicellolevitt.com                            sgrygiel@silvermanthompson.com

Amy E. Keller (admitted *pro hac vice*)               **SIMMONS HANLY CONROY LLC**
Adam Prom (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Fl.                      /s/ Jay Barnes
Chicago, Illinois 60602                               Jason 'Jay' Barnes (admitted *pro hac vice*)
Tel.: (312) 214-7900                                  112 Madison Avenue, 7th Floor
akeller@dicellolevitt.com                             New York, NY 10016
aprom@dicellolevitt.com                               Tel.: (212) 784-6400
                                                      jaybarnes@simmonsfirm.com

                              *Class Counsel*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, David A. Straite, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of May, 2022, at Marbletown, NY.

*/s/ David Straite*
David A. Straite