
**RECEIVED**

**JUL 01 2022**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

# FACEBOOK CLASSACTION LAWSUIT

## OBJECTION TO:

June 24, 2022

### COMMENTING ON OR OBJECTING TO THE SETTLEMENT

**17. How do I tell the Court if I do not like the Settlement?**

If you are a Settlement Class Member, you can object to the Settlement if you do not like it or a portion of it. You can give reasons why you think the Court should not approve it. The Court will consider your views.

Your Objection must include: (i) the case name and number: In Re Facebook Internet Tracking Litigation, Case No. 5:12-MD-02314-EJD (N.D. Cal.); (ii) the Objector's full name, address, telephone number, email address; Facebook account URL (if reasonably available); the email address and telephone number associated with the Settlement Class Member's Facebook account; and his or her signature; (iii) the full name, address, telephone number, and email address of the Objector's counsel (if the Objector is represented by counsel); and (iv) the grounds for the Objection, including any legal and factual support and any evidence in support of the Objection.

Any comments or Objections from Settlement Class Members regarding the proposed Settlement Agreement must be submitted in writing to the Court either by mailing them to the Class Action Clerk, United States District Court for the Northern District of California; or by filing them in person at any location of the United States District Court for the Northern District of California, and they must be filed or postmarked on or before September 12, 2022.

Class Action Clerk
United States District Court for the Northern District of California
280 South 1st Street
San Jose, California 95113

You or your attorney may speak at the Final Approval Hearing about your objection. To do so, you must include a statement in your objection indicating that you or your attorney intend to appear at the Final Approval Hearing.

I am voicing my objection to the amount of the settlement. In my opinion, Ninety Million dollars for the settlement is completely, and an absurd amount for all of the problems Facebook has caused their subscribers aggravation and annoyances.

The final settlement needs to be a minimum of One Billion Dollars, and they need to keep their noses out of other people's business.

They keep referring to their fact checkers, but we all are aware of Mark Zuckerberg's previous testimony in the Geraldo Rivera vs. Facebook lawsuit, the so called "Fact checks" are just their opinions, not actual fact-checks.

I have been banned, suspended, threatened, and otherwise told to quit posting what they call absolute lies, or inaccuracies, when in reality they have been the honest to God's truth.

The first suspension was for three days, for something I had posted a year to a year and half earlier.

The second suspension was for something I had posted 6 to 8 months prior.

The third suspension was for 30 days, and something I had posted I think a year earlier.

In my opinion, if they are going to suspend a person, it needs to be within a few weeks to a month after the post, or it is no longer relevant to the time frame.

I do a lot of re-posting of news articles, and there are some media links they will not let me post at all, telling me they are against their community standards, when in reality, they are almost word for word of some of the media postings they do allow. To me, this is discrimination, not only against me, but the media who posted it in the beginning.

I also post emails I receive daily, but if it isn't liberal oriented, then they won't allow the posting of it, or the links associated with it, and to me, that is wrong as well.

I lost two close and dear friends to Covid-19, Debbie in November, 2020, and Roy in December, 2020, but because I mentioned the word Covid-19, they added all kinds of remarks to it.

I'm not sure if I want to file a claim for this or not. If I don't, I will be filing a class action lawsuit in the amount of Seven Trillion, Five-Hundred Billion Dollars against Meta, Facebook, its executive team. professionally as well as personally for those who are and were formerly with Meta and Facebook.

I am still contemplating at the present!

Michael E. Cullen
P.O. Box 1123
Hereford, TX 79045

AMARILLO TX 790
27 JUN 2022 PM 2 L

Class Action Clerk
United States District Court For The Northern
District of California
280 South First Street
San Jose California — 95113

95113630585