**EDWARD W. ORR**
122 Ridge Road
Terryville, CT 06786



SENT TO THE COURT VIA NEXT-DAY
**PRIORITY MAIL EXPRESS:**

**EI 475 346 179 US**

Class Action Clerk
United States District Court for the Northern District of California
280 South 1st Street
San Jose, California 95113

**SUBJECT:** **OBJECTION AND ADDENDUM COMMENTARY AND EXHIBITS OF EDWARD ORR REGARDING THE PROPOSED SETTLEMENT:** *In Re Facebook Internet Tracking Litigation*, Case No. 5:12-MD-02314-EJD (N.D. Cal.)

(ADDITIONAL REQUISITE DETAILS, INCLUDING, BUT NOT LIMITED TO, NAME, ADDRESS, CONTACT INFORMATION, REASONS FOR OBJECTION, ETC., ARE SHOWN BELOW AND/OR IN

ECF-249 AND ATTACHMENTS THERETO)

# NOTICE OF INTENT TO APPEAR AT THE FINAL APPROVAL HEARING (of Edward W. Orr; 122 Ridge Road; Terryville, CT 06786 [Telephone: 203-658-4977] [Email eanddorr2@gmail.com])[1]

---

[1] Objector Orr suffers from both auditory and visual handicaps (in addition to being in a wheelchair and suffering from mobility handicaps resulting from spinal cord injuries associated with two fractured cervical vertebrae and four fractured lumbar vertebrae caused by an intoxicated driver who, travelling at 120 MPH, collided with Orr's automobile). The undersigned intends to appear at the Final Fairness Hearing, and respectfully requests permission from the Court to speak and/or communicate via telephone, as his physical handicaps prevent both travel and the usage of Zoom and/or related technologies. Orr brings this Objection in good faith, and in order to avoid doubt about his motives, Orr is more than willing to stipulate to an injunction prohibiting him from accepting compensation in exchange for the settlement of this Objection; see generally Brian T. Fitzpatrick, "The End of Objector Blackmail?" 62 VAND. L. REV. 1623 (2009) (suggesting inalienability of objections as solution to objector blackmail problem). In other words, Orr wants nothing more than constructive action, and is advocating for those injured by Facebook's actions (and/or the actions of its affiliates West Penn Power, et al), and/or for those who have been unfairly treated by Facebook (and/or its affiliates West Penn Power, et al), to receive proper relief, and to be treated equitably -- thus the filing of this Objection, as the undersigned received Notice from Facebook itself and/or its agents, along with an invitation to object if the undersigned did not agree with the conditions provided to him in the Notice that the undersigned received from Facebook and/or its agents.

As mentioned above, the undersigned intends to appear at the Final Fairness Hearing, and respectfully requests permission from the Court to speak and/or communicate via telephone, as his physical handicaps prevent both travel and the usage of Zoom and/or related technologies. Grounds for objection are contained in this Next-Day Delivery mailing; and all pages and exhibits and/or legal and evidentiary support herein are submitted with the request that the Court consider them. It is requested that all pages and/or exhibits of this be submitted into evidence immediately. In addition, the Objector intends to utilize all pages and/or exhibits of this submission as evidence at the Settlement Fairness Hearing. The undersigned also hereby states that, as a result of the current and/or prior State of National Emergency (and/or concomitant events in the Objector's current state of residence, the State of Connecticut), Orr has prepared and proofread this Objection to the best of his ability (owing to the physical handicaps of the undersigned, several friends and family members have assisted and/or acted in agency as required in the preparation of this document, with such disability-related assistance including the assistance of one or more persons holding power of attorney, persons who have also assisted with voice machinery/substitution and/or related, and who may also do so in the future if necessary) under the constraints at hand, including, but not limited to, time constraints, et al. It is hoped that all page and/or exhibit references and/or related are correct, and the undersigned has proofread this document (referring here to the Orr Objection) a minimum of four times, with multiple reviewers/proofreaders assisting. The undersigned is not an attorney, and has prepared this Objection to the best of his ability; Orr has submitted this document in good faith. Please note that -- in regard to

Dear Sir or Madam:

As the Jewish Federation (JF) has recommended that the undersigned continue to pursue the matter of inequities in regard to Facebook's actions in this case, and – as a follow-up to the FBI's involvement, and to Attorney Steven Winick's pro bono representation (per the Jewish Federation of Northern California [JFNC]) of the Orr family in regard to several Facebook-related matters, please see the attached addendum Exhibits:

| Exhibit "AA" |

- FBI files and/or cross-references thereto regarding URL-hacker Telesforo Aviles [see also his colleagues Baratov, Macri, et al].

---

the herein-described security breaches, hacking activities, and/or related (many such breaches and/or activities have been related to Facebook's activities and/or to certain personnel [described and/or referenced herein: see especially ] affiliated with Facebook and or its divisions, affiliates, et al), non-compliance issues on the part of server and/or related systems were sometimes so egregious that attempts to utilize ADA-compliant and/or related software sometimes resulted in the unfortunate compromise of data/screen integrity, etc., thereby exacerbating matters by then concomitantly compromising additional factors (including, but not limited to, compromises of security and/or related, with one or more examples [including, but not limited to, multiple compromised/ accessed/entered and/or related files thereof] shown in one or more exhibits or portions herein). Owing to certain USPS transmission concerns as described herein, please note that Fedex delivery may be utilized in addition to and/or in lieu of USPS and/or related as necessary or as directed. It is hoped that all page references and/or related are correct, and the undersigned has proofread this document (referring here to the Orr Objection) a minimum of four times, with multiple reviewers/ proofreaders assisting. The undersigned has submitted this document in good faith.

- File 3-20CR0506-X, including, but not limited to, the following:

  - FACEBOOK-TRACKING ACTIVITIES AND INTERACTION WITH FIRSTENERGY-AFFILIATED INDIVIDUALS SUCH AS THOMAS MACRI, HAO GU, C. JONES, ET AL, OVER A MULTI-YEAR TIME PERIOD.

  - Entry 91423, concerning Facebook-URL problems, including, but not limited to: "…all the Facebook/Apple server skimming - via URL masking and erasing and all those other tricks from Alfred – that you did on Orr's Facebook account and his Firstenergy contacts and so forth for years, from 2010 to today…"

  - Entries 91426 and 91427, concerning Facebook-hacker-altered URL- and/or other

identifier codes/attributes related to Orr's Facebook account(s): "…https://www.facebook.com/edward.orr xxxx et al via SFCY5293 et al and eandorr@cox.net et al and e.orr@cox.net et al and eanddorr2@gmail.com et al and eanddorr@comcast.net et al and…" [See also, in FBI / DOJ (Federal Bureau of Investigation / Department of Justice) files and/or cross-references and links thereto: e.orr@yahoo.com, eorr2@yahoo.com, eanddorr2@yahoo.com, eanddorr57@yahoo.com and/or additional permutations thereof.]

Please note that the aforementioned URL combinations and/or permutations number in excess of 147,382, and were as a result of the hacking; the email-associated addresses and/or codes also number in excess of 147,382.

    See also the therewith-related and previously mentioned **FBI[2] Correspondence (in Exhibits "S," "T," "U," et al) to the Orr family regarding Facebook / FirstEnergy and ADT damages; etc.**

* * * * * * * *

---

[2] See also Facebook / FirstEnergy links above, including links to C. Jones, et al, who have also been the subject of multiple criminal investigations and/or related. See also Department of Justice files.

My Facebook accounts and the therewith-associated email addresses were hacked by criminals who were later sent to prison. I was a victim numerous times.

As a result, please note the following idiosyncrasies in regard to my Facebook accounts and the therewith-associated URL information and email addresses, etc.:

1. In regard to such details as username or URL information for my Facebook account(s) – and as shown in FBI and DOJ file materials, please note that in excess of 147,382 username or URL combinations and/or permutations exist.

   (Please note, though, that the undersigned did not originally have hundreds of thousands of email addresses and/or username or URL information sets per se; yet the hacking activities altered and/or otherwise resulted in hundreds of thousands of combinations either in practice and/or as links, ghosts, etc.)

2. Additional details are shown below and in the court files and cross-references thereto.

3. In regard to such details as email addresses associated with my Facebook account(s) – and as shown in FBI and DOJ materials – please note that in excess of 147,382 email address combinations and/or permutations exist.

   (Please note, though, that the undersigned did not originally have hundreds of thousands of email addresses and/or username or URL information sets per se; yet the hacking activities altered and/or otherwise resulted in hundreds of thousands of combinations either in practice and/or as links, ghosts, etc.)

See also FBI Agent Ryan Weydeck's cross-reference email (Exhibit "U") to the Orr Family regarding the sentencing of FirstEnergy (SEE ALSO FACEBOOK / FIRSTENERGY LINKS AND FBI CASE FILES HEREIN) affiliate Telesforo Aviles et al / see also Baratov, and others; see hacking, plus theft of mail; tampering with mail; copious personal and property damages; etc.

\* \* \* \* \* \* \* \*

Exhibit "BB"

- Case 17-17486 in Appeals Court concerning Facebook-URL-related difficulties (please see, in cross-reference thereto, and in regard to actual problems caused by Facebook URL-handling/mishandling, Exhibit "AA," et al) and/or related concerns, including, but not limited to, on pages 7, 19, 20, 21, 23-26, et al.

- <u>Several such concerns came to pass in regard to the undersigned's account (only one account of many), as shown in the above FBI files,</u> etc.

Exhibit "CC"

- Example Google-search of "URL masking altering," demonstrating myriads of recognized dangers under certain conditions.

- Many of the above dangers[3] are associated with Facebook-URL-related difficulties (please see, in cross-reference thereto – and in regard to actual problems caused by Facebook URL-handling/mishandling – Exhibit "AA," et al), <u>several of which came to pass in regard to the undersigned's account (only one account of many), as shown in the above FBI files, etc.</u>

---

[3] Please note that, obviously, only a few of the search's 6,100,000 results are shown here.

Exhibit "DD"

- Example Google-search of "Facebook 'URL masking,'" also demonstrating myriads of recognized dangers under certain conditions.

- Many of the above dangers[4] are associated with the aforementioned Facebook-URL-related difficulties (please see, in cross-reference thereto – and in regard to actual problems caused by Facebook URL-handling/mishandling – Exhibit "AA," et al), <u>several of which came to pass in regard to the undersigned's account (only one account of many), as shown in the above FBI files, etc.</u>

Exhibit "EE"

- Example Google-search of "email masking,'" also demonstrating myriads of recognized dangers under certain conditions.

---

[4] Please note that, obviously, only a few of the search's 5,390 results are shown here.

- Many of the above dangers[5] are associated with the aforementioned Facebook-URL-related difficulties (please see, in cross-reference thereto – and in regard to actual problems caused by Facebook URL-handling/mishandling – Exhibit "AA," et al), <u>several of which came to pass in regard to the undersigned's account (only one account of many), as shown in the above FBI files, etc.</u>

Exhibit "FF"

- "Pwned in Translation: Criminals go to increasing lengths to mask phishing URLs," one of numerous articles demonstrating myriads of recognized dangers under certain conditions.

- Many of the above dangers are associated with Facebook-URL-related difficulties (please see, in cross-reference thereto – and in regard to actual problems caused by Facebook URL-handling/mishandling –

---

[5] Please note that, obviously, only a few of the search's 75,000,000 results are shown here.

Exhibit "AA," et al), <u>several of which came to pass in regard to the undersigned's account (only one account of many), as shown in the above FBI files, etc.</u>

Exhibit "GG"

- Respondents' Brief in Opposition (in Supreme Court preliminary submission, in Case No. 20-727) concerning Facebook-URL-related difficulties (please see, in cross-reference thereto, and in regard to actual problems caused by Facebook URL-handling/mishandling, Exhibit "AA," et al) and/or related concerns.

- <u>Several such concerns came to pass in regard to the undersigned's account (only one account of many), as shown in the above FBI files, etc.</u>

Exhibit "HH"

- "Lawsuit against Facebook…FULL TRANSCRIPT OF HEARING BEFORE THE 9TH CIRCUIT," one of numerous articles demonstrating myriads of recognized dangers under certain conditions.

- Attorney David Straight points out, in the above transcript, many URL-related problems and concerns.

- <u>Several such problems and concerns came to pass in regard to the undersigned's account (only one account of many), as shown in the above FBI files, etc.</u>

## ADDITIONAL DISCUSSION AND CONCLUSIONS

Within the context of the above grievous offenses perpetrated by Facebook (see URL-related hacking in Exhibits "AA," "H," "V," and cross-

references thereto, et al), FirstEnergy, et al, the settlement is not fair, and should <u>not</u> be approved, as "Class-action settlements are different from other settlements." In re Dry Max Pampers Litig., 724 F.3d 713, 715 (6th Cir. 2013). "[T]he district court cannot rely on the adversarial process to protect the interests of the persons most affected by the litigation—namely, the class." Id. at 718. Instead, "[c]areful scrutiny by the court is necessary to guard against settlements that may benefit the class representatives or their attorneys at the expense of the absent class members." Holmes v. Cont'l Can Co., 706 F.2d 1144, 1147 (11th Cir. 1983) (quotation omitted).

"[T]he district judge has a heavy duty to ensure that any settlement is 'fair, reasonable, and adequate' and that the fee awarded plaintiffs' counsel is entirely appropriate." Piambino v. Bailey, 757 F.2d 1112, 1139 (11th Cir. 1985) ("Piambino II").

This duty is "akin to the high duty of care that the law requires of fiduciaries." Figueroa v. Sharper Image Corp., 517 F. Supp. 2d 1292, 1320 (S.D. Fla. 2007) (quoting Synfuel Techs., Inc. v. DHL Express (USA), Inc., 463 F.3d 646, 652 (7th Cir. 2006)).

Ultimately, "[b]oth the class representative and the courts have a duty to protect the interests of absent class members." <u>Silber v. Mabon</u>, 957 F.2d 697, 701 (9th Cir. 1992).

<u>Orr objects because the proposed settlement is unfair, in regard to numerous issues[6] (including, but not limited to, an inappropriately low</u>

---

[6] PLEASE SEE ALSO EXHIBIT "A," WHICH INCLUDES A LETTER WRITTEN BY RENOWNED ATTORNEY SHANIN SPECTER (OF KLINE & SPECTER, PC, ATTORNEYS AT LAW), ON BEHALF OF EDWARD W. ORR AND HIS FAMILY, IN REGARD TO VARIOUS OF FACEBOOK'S INFRACTIONS **(VIA FACEBOOK-TRACKING ACTIVITIES AND INTERACTION WITH POWER-COMPANY/FIRSTENERGY-AFFILIATED INDIVIDUALS SUCH AS THOMAS MACRI, HAO GU, ET AL, OVER A MULTI-YEAR TIME PERIOD; PLEASE SEE FBI CASE FILES AS DESCRIBED HEREIN)** AND/OR RELATED.

> THE AFOREMENTIONED <u>FACEBOOK-TRACKING ACTIVITIES (AND INTERACTION WITH FIRSTENERGY-AFFILIATED INDIVIDUALS SUCH AS THOMAS MACRI, HAO GU, ET AL)</u>, WERE THE SUBJECT OF VARIOUS HACKED COMMUNICATIONS THAT RESULTED IN FIRSTENERGY-CAUSED DAMAGE (VIA FACEBOOK LINKS, ETC.), PART OF WHICH IS DISCUSSED BY KLINE & SPECTER IN THIS EXHIBIT.
>
> **SEE ALSO EXHIBITS "H" AND "V" ET AL, WHICH INCLUDE PORTIONS OF FBI CASE FILES RELATED TO THE ABOVE, IN WHICH NUMEROUS**

amount of recovery in juxtaposition to the gravity many of the grievous offenses perpetrated by Facebook, FirstEnergy, et al (resulting in very great

---

**FACEBOOK LINKS (VIA TRACKING ETC.) TO FIRSTENERGY, YAHOO, COMCAST, ADT, ET AL, ARE NOTED, ONE EXCERPT OF WHICH IS SHOWN BELOW (FROM LOG NOTES AND COMMUNICATIONS OF AN INDIVIDUAL AFFILIATED WITH FACEBOOK, ET AL / SEE ALSO FBI CASE FILES [EMPHASIS AND UNDERLINING SUPPLIED IN THE EXCERPT BELOW]):**

```
Hao Gu [AFFILIATED WITH FACEBOOK,
FIRSTENERGY, ADT, MACRI, ET AL] 10-7-15: HG
(to TA) Where are you now, Telesforo? Did
you get the prev mess? I have asked Alfred
to fix the fl/ln-Eliseo and fl/ln-page-
number repeat issues, too. Pronto.
Telesforo, your surveillance on Amanda
Phillips via ADT and Rodan or whatever she's
affil with must stop. Pronto. But all the
Facebook/Apple server skimming - via URL⁶
masking and erasing and all those other
tricks from Alfred - that you did on Orr's
Facebook account and his Firstenergy
contacts and so forth for years, from 2010
to today, was real good. It paid off big
time. Via ADT it linked us to the files Orr
has on Thomas Macri, so continue those
activities as we discussed at Hamm's
restaurant in the Nobelstown area. Then go
ahead and check out taylor Madison. The
third-party servers skimmed the meds and
financials on Orr pretty good at least
twice, too, so proceed to next step before
Barlow gets back to us if you can. Either
encrypt 2-layer, or use 2-3 proxy
addresses/links. END42
TA (TO HG): OK.
LINK76 HG5523425-cnt-
J. Eliseo, rec
S-17
Initial 963424146209re-direct
```

damages). Accordingly, the proposed Settlement Agreement and/or related should not be approved.

\* \* \* \* \* \* \* \*

Thank you.

Sincerely,

[signature: Edward W. Orr]

Edward W. Orr[7]

---

[7] Objector Orr suffers from both auditory and visual handicaps (in addition to being in a wheelchair and suffering from mobility handicaps resulting from spinal cord injuries associated with two fractured cervical vertebrae and four fractured lumbar vertebrae caused by an intoxicated driver who, travelling at 120 MPH, collided with Orr's automobile). The undersigned intends to appear at the Final Fairness Hearing, and respectfully requests permission from the Court to speak and/or communicate via telephone, as his physical handicaps prevent both travel and the usage of Zoom and/or related technologies. Orr brings this Objection in good faith, and in order to avoid doubt about his motives, Orr is more than willing to stipulate to an injunction prohibiting him from accepting compensation in exchange for the settlement of this Objection; see generally Brian T. Fitzpatrick, "The End of Objector Blackmail?" 62 VAND. L. REV. 1623 (2009) (suggesting inalienability of objections as solution to objector blackmail problem). In other words, Orr wants nothing more than constructive action, and is advocating for those injured by FirstEnergy's actions (and/or the actions of its affiliates West Penn Power, et al), and/or for those who have been unfairly treated by FirstEnergy (and/or its affiliates West Penn Power, et al), to receive proper relief, and to be treated equitably – thus the filing of this Objection, as the undersigned received Notice from FirstEnergy itself and/or its agents, along with an invitation to object if the undersigned did not agree with the conditions provided to him in the Notice that the undersigned received from FirstEnergy and/or its agents. As mentioned above, the undersigned intends to appear at the Final Fairness Hearing, and respectfully requests permission from the Court to speak and/or communicate via telephone, as his physical handicaps prevent both travel and the usage of Zoom and/or related technologies. Grounds for objection are contained in this Certified, Next-Day Delivery mailing; and all pages and exhibits and/or legal and evidentiary support herein are submitted with the request that the Court consider them. It is requested that all pages and/or exhibits of this submission be submitted into evidence immediately. In addition, the Objector intends to utilize all pages and/or exhibits of this submission as evidence at the Settlement Fairness Hearing. The undersigned also hereby states that, as a result of the current and/or prior State of National Emergency (and/or concomitant events in the Objector's current state of residence, the State of Connecticut), Orr has prepared and proofread this Objection to the best of his ability (owing to the physical handicaps of the undersigned, several friends and family members have assisted and/or acted in agency as required in the preparation of this document, with such disability-related assistance including the assistance of one or more persons holding power of attorney, persons

122 Ridge Road
Terryville, CT 06786

Telephone: 203-658-4977
Email Address: eanddorr2@gmail.com
Telefax Number: (860) 582-4857

CRS/DDO:fw7269313984r

Enc.: As described and/or referenced herein

cc: S. Winick (per regular mail/prm)

S. Solender (per regular mail/prm)

S. Specter (per regular mail/prm)

---

who have also assisted with voice machinery/substitution and/or related, and who may also do so in the future if necessary) under the constraints at hand, including, but not limited to, time constraints, et al. It is hoped that all page and/or exhibit references and/or related are correct, and the undersigned has proofread this document (referring here to the Orr Objection) a minimum of four times, with multiple reviewers/proofreaders assisting. The undersigned is not an attorney, and has prepared this Objection to the best of his ability; Orr has submitted this document in good faith. Multiple documents herein reference mail and/or security problems, etc. In one instance, a member of the post office even wrote a note to one of the courts about prior problems (please see the attached Exhibit "O," which also shows patents held by Orr, in addition to other technical data; Orr wrote numerous publications and a textbook; hackers also accessed much patent background information, trade secret, and other data sources held by Orr that were private and very valuable).It is hoped that all page references and/or related are correct, and the undersigned has proofread this document (referring here to the Orr Objection) a minimum of four times, with multiple reviewers/ proofreaders assisting. Please note that -- in regard to the herein-described security breaches, hacking activities, and/or related (many such breaches and/or activities have been related to FirstEnergy's activities and/or to certain personnel [described and/or referenced herein] affiliated with FirstEnergy and or its divisions, affiliates, et al), non-compliance issues on the part of server and/or related systems were sometimes so egregious that attempts to utilize ADA-compliant and/or related software sometimes resulted in the unfortunate compromise of data/screen integrity, etc., thereby exacerbating matters by then concomitantly compromising additional factors (including, but not limited to, compromises of security and/or related, with one or more examples [including, but not limited to, multiple compromised/ accessed/entered and/or related files thereof] shown in one or more exhibits or portions herein). It is hoped that all page references and/or related are correct, and the undersigned has proofread this document (referring here to the Orr Objection) a minimum of four times, with multiple reviewers/ proofreaders assisting. The undersigned has submitted this document in good faith.

DC File/351292381033f/re (per regular mail/prm)

Social Security Administration (per regular mail/prm)

Yale Medical School/DK (per regular mail/prm)

Reliance Standard (per regular mail/prm)

University of Conn. Medical School/J.Cannon Ref. EWO/3063(per regular mail/prm)

SBI/DC Trust (per regular mail/prm)