# Exhibit 27

Exhibit 27 – Lodestar and Expenses By Firm, Pre-Consolidation and Post-Consolidation

| Name | Firm | Hours-Total | Lodestar-Total | Hours-Post | Lodestar-Post | Expenses |
|---|---|---|---|---|---|---|
| David Straite | DiCello Levitt | 825 | $ 807,638.00 | 825 | $ 807,638.00 | $ 12,087.69 |
| | Kaplan Fox | 2296.2 | $ 1,896,501.50 | 2296.2 | $ 1,896,501.50 | $ 105,913.52 |
| | Straite PLLC | 5.8 | $ 6,380.00 | 5.8 | $ 6,380.00 | $ 10,582.18 |
| | Stewarts | 1273 | $ 1,046,386.50 | 744 | $ 586,336.00 | $ 10,694.13 |
| | TOTAL | 4400 | $ 3,776,128.50 | 3871 | $ 3,316,078.00 | $ 142,329.33 |
| Stephen Grygiel | Keefe Bartels | 532.8 | $ 574,332.50 | 416.6 | $ 440,020.00 | $ 20,164.50 |
| | Grygiel Law | 605.2 | $ 664,510.00 | 605.2 | $ 664,510.00 | $ 15,600.54 |
| | Silverman | 457.3 | $ 471,384.50 | 457.3 | $ 471,384.50 | $ 45,261.19 |
| | TOTAL | 1595.3 | $ 1,710,227.00 | 1479.1 | $ 1,575,914.50 | $ 81,026.23 |
| Jay Barnes | Barnes & Assoc | 710.5 | $ 769,860.00 | 583.7 | $ 641,230.00 | $ 16,172.63 |
| | Simmons Hanly | 328.9 | $ 331,257.50 | 328.9 | $ 331,257.00 | $ 16,653.92 |
| | TOTAL | 1039.4 | $ 1,101,117.50 | 912.6 | $ 972,487.00 | $ 32,826.55 |
| James Frickleton | Bartimus Frickleton Robertson and Rader | 468.3 | $ 305,445.00 | 295.4 | $ 200,050.00 | $ 22,817.83 |
| Marjery Bronster | Bronster Fujichaku Robbins | 535.5 | $ 414,618.00 | 446.6 | $ 346,446.50 | $ 8,175.91 |
| Steve Gorny | Gorny Dandurand LC | 9.5 | $ 5,700.00 | 9.5 | $ 5,700.00 | $ - |
| Billy Cunningham | Burns, Cunningham & Mackey | 318.7 | $ 125,057.50 | 271.1 | $ 105,137.50 | $ 2,773.89 |
| Billy Murphy | Murphy Falcon and Murphy | 879.85 | $ 819,985.00 | 565.15 | $ 551,875.00 | $ 40,000.00 |
| Paul Kiesel | Kiesel Law | 257.61 | $ 210,620.00 | 210.26 | $ 163,943.50 | $ 4,426.45 |
| Andrew Lyskowski | Bergmanis Law Firm LLC | 184.2 | $ 92,100.00 | 74.4 | $ 37,200.00 | $ 4,390.67 |
| Barry Eichen | Eichen Crutchlow Zalow LLP | 1383.02 | $ 849,928.33 | 757.85 | $ 467,550.00 | $ 18,491.50 |
| Eric Lansverk | Hillis Clark | 120.1 | $ 52,562.00 | 91 | $ 40,194.50 | $ 1,311.37 |
| Matthew Wessler | Gupta Wessler | 250.02 | $ 186,610.00 | 250.02 | $ 186,610.00 | $ - |
| | **TOTALS** | **11441.5** | **$ 9,630,876.30** | **9,233.98** | **$ 7,969,186.50** | **$ 355,517.92** |