# Exhibit 28

Exhibit 28

Lodestar by Task Code

American Bar Association Uniform Task-Based Management System Litigation Code Set

| Code | Hours | Amount |
|---|---|---|
| L100 | 12.0 | $ 467.50 |
| L110 | 24.4 | $ 18,226.50 |
| L120 | 3007.4 | $ 2,401,440.80 |
| L130 | 485.9 | $ 387,330.00 |
| L160 | 1371.1 | $ 1,341,528.00 |
| L190 | 112.1 | $ 127,297.00 |
| L200 | 55.6 | $ 13,650.00 |
| L210 | 1092.5 | $ 851,971.50 |
| L230 | 606.4 | $ 529,653.00 |
| L240 | 1969.0 | $ 1,838,890.00 |
| L250 | 487.5 | $ 421,440.00 |
| L260 | 84.8 | $ 43,762.50 |
| L300 | 34.5 | $ 2,077.50 |
| L310 | 320.3 | $ 270,693.50 |
| L320 | 338.4 | $ 258,423.00 |
| L330 | 12.5 | $ 8,875.00 |
| L350 | 175.6 | $ 170,056.00 |
| L500 | 18.0 | $ 641.50 |
| L510 | 244.3 | $ 148,824.00 |
| L520 | 739.9 | $ 626,731.50 |
| L530 | 221.0 | $ 168,897.50 |
| TOTALS | 11413.2 | $ 9,630,876.30 |