# Exhibit 29

# Exhibit 29

## Lodestar by Year (pre-consolidation and post-consolidation)

Pre-consolidation by year:

| Year | Hours | Amount |
|---|---|---|
| 2011 | 953.70 | $ 667,745.80 |
| 2012 | 1,353.80 | $ 1,010,183.50 |
| **Grand Total** | **2,307.50** | **$ 1,677,929.30** |

Post consolidation by year:

| Year | Hours | Amount |
|---|---|---|
| 2012 | 2,773.1 | 2,413,869.00 |
| 2013 | 345.6 | 288,922.5.00 |
| 2014 | 423.7 | 362,017.00 |
| 2015 | 473.4 | 331,598.50 |
| 2016 | 827.4 | 777,105.50 |
| 2017 | 861.4 | 733,746.00 |
| 2018 | 765.7 | 558,523.00 |
| 2019 | 324.9 | 250,836.00 |
| 2020 | 324.8 | 289,979.50 |
| 2021 | 1,519.5 | 1,501,479.00 |
| 2022 | 466.9 | 444,871.50 |
| **Grand Total** | **9,106.00** | **$7,952,947.00** |