

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| IN RE: FACEBOOK INTERNET TRACKING LITIGATION | \| \| \| \| \| | Case No. 5:12-MD-2314-EJD<br><br>Judge: Hon. Edward J. Davila<br><br>STATEMENT OF OBJECTOR |

I, ELENI GUGLIOTTA, certify that I believe I am a member of this class, that I received a Notice of Proposed Settlement of Class Action by email, and that I object to the settlement for the reasons set forth in the filing being filed by my attorneys. I can be reached care of my attorneys at the telephone number listed on the objection.

I object to disclosing (i) my home address, telephone number, email address; (ii) Facebook account URL; the email address and telephone number associated with my Facebook account. The publication of this information, together, poses a substantial risk of identity theft.

I have authorized my attorneys to file this required information under seal.

Dated: August 22, 2022          Respectfully submitted,

/s/ *Eleni Gugliotta*
Eleni Gugliotta