UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE FACEBOOK INTERNET TRACKING LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 5:12-MD-2314-EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DKT. NOS. 252 AND 253)** |
|---|---|

Before the Court is Plaintiffs' Motion to Remove Incorrectly Filed Documents (Dkt. Nos. 252 and 253) ("Motion"). Having considered the Motion and supporting papers, the Court hereby **GRANTS** the Motion.

**SO ORDERED.**

DATED: _____

                                                    Hon Edward J. Davila
                                                  United States District Court