Anne Barschall
80 Benedict Ave
Tarrytown NY 10591
aebarschall@gmail.com; 914-393-3243
8/22/22 10:25:00 PM

**RECEIVED**

AUG 29 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *In Re Facebook Internet Tracking Litigation, Case No. 5:12-MD-02314-EJD*

Dear Sir or Madam,

I have received an e-mail notice purporting to be a notice of class action. If this is a legitimate notice, I would be part of the class.

I object, however, to having to click on links in unsolicited e-mails from strangers. This is how people get hacked. Sending out e-mails with links is not an appropriate method of notice in a class action.

If there is a way to get my share of the settlement without clicking on links in an e-mail, I might be interested.

Yours,

*[signature]*

Anne Barschall

WESTCHESTER NY 105
23 AUG 2022 PM 1 L

RECEIVED
AUG 29 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
94102-348999

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102



Anne E. Barschall
80 Benedict Ave
Tarrytown, NY 10591