U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**In Re Facebook Internet Tracking Litigation**

Case No. 5:12-MD-02314-EJD

Objection to Settlement

Date Submitted: September 1, 2022

## CLASS ACTION SETTLEMENT OBJECTION

I, a Settlement Class Member, submit this letter to formally object to the settlement in this case, and I intend on appearing for the hearing for this settlement schedule on October 27, 2022. Although it is largely recognized that settlement is a worthy objective for large and complex lawsuits, this case presents value beyond the woefully inadequate payment to victims. This case is one of many over the years dealing with the unlawful exploitation of user data. Although the public sees the sharing of personal information as an inevitable consequence of online presence, such was not always the case, especially during the time of Facebook's activity in this case. The laws alleged to have been violated by Facebook exist to avoid the specific loss occurring here, and this settlement does not establish a viable disincentive to keep it from happening again.

While a $90 million settlement may initially seem substantial, the amount in no way compares to the annual revenue of Facebook in 2010 or 2011, which totaled $1.97 billion and $3.7 billion respectively, nor the company's market cap. Facebook's initial investment paid off, as its revenue last year exceeded $100 billion. It is safe to assume that Facebook's lack of data accountability is at least partially responsible for its success. Settling this case, and others like it,

1

deprives the public of the knowledge of the privacy violation's true extent, and it keeps the public unaware of how to protect themselves from similar conduct.

Further discovery and trial could reveal additional violations and assist similar cases involving privacy violations. The privacy data in question likely remains on other companies' servers indefinitely. The data can likely never be fully deleted from existence, despite Facebook's promise to delete its own subset. Covering the 800+ million users Facebook hosted in 2011, the current settlement agreement guarantees that victims are inadequately and unfairly compensated.

I therefore object to the settlement for being grossly disproportional to the interests of Facebook's users, the victims, and the public. I ask that the Court reject the terms of the settlement and require the parties to propose a settlement providing fair, reasonable, and adequate compensation to the victims. I ask the Court to approve only a settlement which establishes deterrent effects for future privacy violations and compensates victims adequately.

Under penalty of perjury, I declare that I have examined the facts presented in this statement and that they are true to the best of my knowledge and belief.

Respectfully Submitted,

Austin Williams
480 Flintwood Dr
Gahanna, Ohio 43230

A Williams
480 Flintwood Dr.
Gahanna OH 43230

COLUMBUS OH 430
6 SEP 2022 PM 2 L

CLASS ACTION CLERK
US DISTRICT COURT for the NORTHERN DISTRICT of CALIFORNIA
280 South 1st St.
San Jose, California 95113

95113-309599