

**EDWARD W. ORR**
122 Ridge Road
Terryville, CT 06786

## SENT TO THE COURT VIA NEXT-DAY
# PRIORITY MAIL EXPRESS:

# EI 475 346 182 US

Class Action Clerk
United States District Court for the Northern District of California
280 South 1st Street
San Jose, California 95113

**SUBJECT:** **OBJECTION AND SECOND ADDENDUM COMMENTARY AND EXHIBITS OF EDWARD ORR REGARDING THE PROPOSED SETTLEMENT:** *In Re Facebook Internet Tracking Litigation,* Case No. 5:12-MD-02314-EJD (N.D. Cal.)

**(ADDITIONAL REQUISITE DETAILS, INCLUDING, BUT NOT LIMITED TO, NAME, ADDRESS, CONTACT INFORMATION, REASONS FOR OBJECTION,**

**ETC., ARE SHOWN BELOW AND/OR IN ECF-249 AND ATTACHMENTS THERETO)**

## <u>NOTICE OF INTENT TO APPEAR AT THE FINAL APPROVAL HEARING</u> (of Edward W. Orr; 122 Ridge Road; Terryville, CT 06786 [Telephone: 203-658-4977] [Email eanddorr2@gmail.com])[1]

---

[1] Objector Orr suffers <u>from both auditory and visual handicaps (in addition to being in a wheelchair and suffering from mobility handicaps resulting from spinal cord injuries associated with two fractured cervical vertebrae and four fractured lumbar vertebrae caused by an intoxicated driver who, travelling at 120 MPH, collided with Orr's automobile). The undersigned intends to appear at the Final Fairness Hearing, and respectfully requests permission from the Court to speak and/or communicate via telephone,</u> as his physical handicaps prevent both travel and the usage of Zoom and/or related technologies. Orr brings this Objection in good faith, and in order to avoid doubt about his motives, Orr is more than willing to stipulate to an injunction prohibiting him from accepting compensation in exchange for the settlement of this Objection; see generally Brian T. Fitzpatrick, "The End of Objector Blackmail?" 62 VAND. L. REV. 1623 (2009) (suggesting inalienability of objections as solution to objector blackmail problem). In other words, Orr wants nothing more than constructive action, and is advocating for those injured by Facebook's actions (and/or the actions of its affiliates West Penn Power, et al), and/or for those who have been unfairly treated by Facebook (and/or its affiliates West Penn Power, et al), to receive proper relief, and to be treated equitably – thus the filing of this Objection, as the undersigned received Notice from Facebook itself and/or its agents, along with an invitation to object if the undersigned did not agree with the conditions provided to him in the Notice that the undersigned received from Facebook and/or its agents.

As mentioned above, the undersigned intends to appear at the Final Fairness Hearing, and respectfully requests permission from the Court to speak and/or communicate via telephone, as his physical handicaps prevent both travel and the usage of Zoom and/or related technologies. Grounds for objection are contained in this Next-Day Delivery mailing; and all pages and exhibits and/or legal and evidentiary support herein are submitted with the request that the Court consider them. It is requested that all pages and/or exhibits of this be submitted into evidence immediately. In addition, the Objector intends to utilize all pages and/or exhibits of this submission as evidence at the Settlement Fairness Hearing. The undersigned also hereby states that, as a result of the current and/or prior State of National Emergency (and/or concomitant events in the Objector's current state of residence, the State of Connecticut), Orr has prepared and proofread this Objection to the best of his ability (owing to the physical handicaps of the undersigned, several friends and family members have assisted and/or acted in agency as required in the preparation of this document, with such disability-related assistance including the assistance of one or more persons holding power of attorney, persons who have also assisted with voice machinery/substitution and/or related, and who may also do so in the future if necessary) under the constraints at hand, including, but not limited to, time constraints, et al. It is hoped that all page and/or exhibit references and/or related are correct, and the undersigned has proofread this document (referring here to the Orr Objection) a minimum of four times, with multiple

Dear Sir or Madam:

As additional information has become available, and because the Jewish Federation (JF) has recommended that the undersigned continue to pursue the matter of inequities in regard to Facebook's actions in this case, and – as a follow-up to the FBI's involvement, and to Attorney Steven Winick's pro bono representation (per the Jewish Federation of Northern California [JFNC]) of the Orr family in regard to several Facebook-related matters, please see the attached addendum Exhibits:

| Exhibit "II" |
| --- |

---

reviewers/proofreaders assisting. The undersigned is not an attorney, and has prepared this Objection to the best of his ability; Orr has submitted this document in good faith. Please note that -- in regard to the herein-described security breaches, hacking activities, and/or related (many such breaches and/or activities have been related to Facebook's activities and/or to certain personnel [described and/or referenced herein: see especially ] affiliated with Facebook and or its divisions, affiliates, et al), non-compliance issues on the part of server and/or related systems were sometimes so egregious that attempts to utilize ADA-compliant and/or related software sometimes resulted in the unfortunate compromise of data/screen integrity, etc., thereby exacerbating matters by then concomitantly compromising additional factors (including, but not limited to, compromises of security and/or related, with one or more examples [including, but not limited to, multiple compromised/ accessed/entered and/or related files thereof] shown in one or more exhibits or portions herein). Owing to certain USPS transmission concerns as described herein, please note that Fedex delivery may be utilized in addition to and/or in lieu of USPS and/or related as necessary or as directed. It is hoped that all page references and/or related are correct, and the undersigned has proofread this document (referring here to the Orr Objection) a minimum of four times, with multiple reviewers/ proofreaders assisting. The undersigned has submitted this document in good faith.

- In regard to anti-Semitic threats related to Facebook/First/Energy/ADT and also to Apple/FE third-party servers, etc., **such threats also involved Facebook links to Rodan and Fields and associates (T. Aviles, et al), and were so serious that my family and I were literally forced to move away from the state.**

- **FBI-related transcript information (with associated cross-references, etc.) is contained in Exhibit "II" et al.**

- In regard to the above, and in regard to my anticipated appearance at the Final Fairness Hearing, I was advised by members of FOUR organizations:

  o The National Association of the Deaf,

o The Jewish Braille institute,

o The Jewish Federation of Northern California,

AND

o The American Cancer Society,

that it was vitally important for me to describe the above.

- Please note that the aforementioned emphasis on FirstEnergy's colleagues' illegally utilizing such things as Apple third-party servers **(SEE ALSO FACEBOOK/FIRSTENERGY LINKS AND FBI CASE FILES HEREIN**; PLEASE NOTE ALSO THE CONCOMITANT LINKS VIA APPLE, GOOGLE, ET AL, IN ADDITION TO FACEBOOK), is very important; and was the emphasis of the concomitant filing of Objections in additional cases involving said servers.

- Please see also previously submitted FBI files and/or cross-references thereto regarding URL-hacker Telesforo Aviles [see also his colleagues Baratov, Macri, et al], including Rodan-associated File 3-20CR0506-X, including, but not limited to, the following:

   - FACEBOOK-TRACKING ACTIVITIES AND INTERACTION WITH FIRSTENERGY-AFFILIATED INDIVIDUALS SUCH AS THOMAS MACRI, HAO GU, C. JONES, ET AL, OVER A MULTI-YEAR TIME PERIOD.

   - Entry 91423, concerning Facebook-URL problems, including, but not limited to: "…all the Facebook/Apple server skimming - via URL masking and erasing and all those other tricks from Alfred – that you did on Orr's Facebook account and his Firstenergy contacts and so forth for years, from 2010 to today…"

-   Entries 91426 and 91427, concerning Facebook-hacker-altered URL- and/or other identifier codes/attributes related to Orr's Facebook account(s): "...https://www.facebook.com/edward.orr xxxx et al via SFCY5293 et al and eandorr@cox.net et al and e.orr@cox.net et al and eanddorr2@gmail.com et al and eanddorr@comcast.net et al and..." [See also, in FBI / DOJ (Federal Bureau of Investigation / Department of Justice) files and/or cross-references and links thereto: e.orr@yahoo.com, eorr2@yahoo.com, eanddorr2@yahoo.com, eanddorr57@yahoo.com and/or additional permutations thereof.]

Please note that the aforementioned URL combinations and/or permutations number in excess of 147,382, and were as a result of the

hacking; the email-associated addresses and/or codes also number in excess of 147,382.

The above is associated also with Facebook via Rodan et al.

See also the therewith-related and previously mentioned **FBI**[2] **Correspondence (in Exhibits**

---

[2] See also Facebook / FirstEnergy links above, including links to C. Jones, et al, who have also been the subject of multiple criminal investigations and/or related. See also Department of Justice files.

My Facebook accounts and the therewith-associated email addresses were hacked by criminals who were later sent to prison. I was a victim numerous times.

As a result, please note the following idiosyncrasies in regard to my Facebook accounts and the therewith-associated URL information and email addresses, etc.:

1. In regard to such details as username or URL information for my Facebook account(s) – and as shown in FBI and DOJ file materials, please note that in excess of 147,382 username or URL combinations and/or permutations exist.

   (Please note, though, that the undersigned did not originally have hundreds of thousands of email addresses and/or username or URL information sets per se; yet the hacking activities altered and/or otherwise resulted in hundreds of thousands of combinations either in practice and/or as links, ghosts, etc.)

2. Additional details are shown below and in the court files and cross-references thereto.

3. In regard to such details as email addresses associated with my Facebook account(s) – and as shown in FBI and DOJ materials – please note that in excess of 147,382 email address combinations and/or permutations exist.

   (Please note, though, that the undersigned did not originally have hundreds of thousands of email addresses and/or username or URL information sets per se; yet the hacking activities altered and/or otherwise resulted in hundreds of thousands of combinations either in practice and/or as links, ghosts, etc.)

**"S," "T," "U," et al) to the Orr family**

**regarding Facebook / FirstEnergy and ADT**

**damages; etc.**

\*    \*    \*    \*    \*    \*    \*    \*

See also FBI Agent Ryan Weydeck's cross-reference email (Exhibit "U") to the Orr Family regarding the sentencing of FirstEnergy (SEE ALSO FACEBOOK / FIRSTENERGY LINKS AND FBI CASE FILES HEREIN) affiliate Telesforo Aviles et al / see also Baratov, and others; see hacking, plus theft of mail; tampering with mail; copious personal and property damages; etc.

\*    \*    \*    \*    \*    \*    \*    \*

# ADDITIONAL DISCUSSION AND CONCLUSIONS

Within the context of the Objector Orr's submissions to the Court (via the current submission and the two prior submissions), and the grievous offenses perpetrated by Facebook (see also URL-related hacking in Exhibits "AA," "H," "V," and cross-references thereto, et al), FirstEnergy, et al, the settlement is not fair, and should <u>not</u> be approved, as "Class-action settlements are different from other settlements." <u>In re Dry Max Pampers Litig.</u>, 724 F.3d 713, 715 (6th Cir. 2013). "[T]he district court cannot rely on the adversarial process to protect the interests of the persons most affected by the litigation—namely, the class." Id. at 718. Instead, "[c]areful scrutiny by the court is necessary to guard against settlements that may benefit the class representatives or their attorneys at the expense of the absent class members." <u>Holmes v. Cont'l Can Co.</u>, 706 F.2d 1144, 1147 (11th Cir. 1983) (quotation omitted).

"[T]he district judge has a heavy duty to ensure that any settlement is 'fair, reasonable, and adequate' and that the fee awarded plaintiffs' counsel is entirely appropriate." Piambino v. Bailey, 757 F.2d 1112, 1139 (11th Cir. 1985) ("Piambino II").

This duty is "akin to the high duty of care that the law requires of fiduciaries." Figueroa v. Sharper Image Corp., 517 F. Supp. 2d 1292, 1320 (S.D. Fla. 2007) (quoting Synfuel Techs., Inc. v. DHL Express (USA), Inc., 463 F.3d 646, 652 (7th Cir. 2006)).

Ultimately, "[b]oth the class representative and the courts have a duty to protect the interests of absent class members." Silber v. Mabon, 957 F.2d 697, 701 (9th Cir. 1992).

Orr objects because the proposed settlement is unfair, in regard to numerous issues[3] (including, but not limited to, an inappropriately low

---

[3] PLEASE SEE ALSO EXHIBIT "A," WHICH INCLUDES A LETTER WRITTEN BY RENOWNED ATTORNEY SHANIN SPECTER (OF KLINE & SPECTER, PC, ATTORNEYS AT LAW), ON

BEHALF OF EDWARD W. ORR AND HIS FAMILY, IN REGARD TO VARIOUS OF FACEBOOK'S INFRACTIONS **(VIA FACEBOOK-TRACKING ACTIVITIES AND INTERACTION WITH POWER-COMPANY/FIRSTENERGY-AFFILIATED INDIVIDUALS SUCH AS THOMAS MACRI, HAO GU, ET AL, OVER A MULTI-YEAR TIME PERIOD: PLEASE SEE FBI CASE FILES AS DESCRIBED HEREIN)** AND/OR RELATED.

THE AFOREMENTIONED FACEBOOK-TRACKING ACTIVITIES (AND INTERACTION WITH FIRSTENERGY-AFFILIATED INDIVIDUALS SUCH AS THOMAS MACRI, HAO GU, ET AL), WERE THE SUBJECT OF VARIOUS HACKED COMMUNICATIONS THAT RESULTED IN FIRSTENERGY-CAUSED DAMAGE (VIA FACEBOOK LINKS, ETC.), PART OF WHICH IS DISCUSSED BY KLINE & SPECTER IN THIS EXHIBIT.

**SEE ALSO EXHIBITS "H" AND "V" ET AL, WHICH INCLUDE PORTIONS OF FBI CASE FILES RELATED TO THE ABOVE, IN WHICH NUMEROUS FACEBOOK LINKS (VIA TRACKING ETC.) TO FIRSTENERGY, YAHOO, COMCAST, ADT, ET AL, ARE NOTED, ONE EXCERPT OF WHICH IS SHOWN BELOW (FROM LOG NOTES AND COMMUNICATIONS OF AN INDIVIDUAL AFFILIATED WITH FACEBOOK, ET AL / SEE ALSO FBI CASE FILES [EMPHASIS AND UNDERLINING SUPPLIED IN THE EXCERPT BELOW]):**

```
Hao    Gu    [AFFILIATED    WITH    FACEBOOK,
FIRSTENERGY, ADT, MACRI, ET AL] 10-7-15: HG
(to  TA)  Where  are  you  now, Telesforo? Did
you  get  the  prev  mess?  I  have  asked  Alfred
to   fix   the   fl/ln-Eliseo   and   fl/ln-page-
number    repeat    issues,    too.    Pronto.
Telesforo,    your    surveillance    on    Amanda
Phillips via ADT and Rodan or whatever she's
affil  with  must  stop.  Pronto.  But  all  the
Facebook/Apple  server  skimming  –  via  URL[3]
masking   and   erasing   and   all   those   other
```

amount of recovery in juxtaposition to the gravity many of the grievous

offenses perpetrated by Facebook, FirstEnergy, et al (resulting in very great

damages).

Accordingly, the proposed Settlement Agreement and/or related should not

be approved.

In regard to the upcoming Final Fairness Hearing, Edward Orr wishes to

state for the record that, because of his physical handicaps, he must

sometimes utilize artificial voice technology, along with numerous other

tricks from Alfred — that you did on Orr's
Facebook account and his Firstenergy
contacts and so forth for years, from 2010
to today, was real good. It paid off big
time. Via ADT it linked us to the files Orr
has on Thomas Macri, so continue those
activities as we discussed at Hamm's
restaurant in the Nobelstown area. Then go
ahead and check out taylor Madison. The
third-party servers skimmed the meds and
financials on Orr pretty good at least
twice, too, so proceed to next step before
Barlow gets back to us if you can. Either
encrypt 2-layer, or use 2-3 proxy
addresses/links. END42
TA (TO HG): OK.
LINK76 HG5523425-cnt-
J. Eliseo, rec
S-17
Initial 963424146209re-direct

disability aids, so that at times <u>he may be forced to speak a little bit more slowly than a speaker not utilizing such technology.</u>

I <u>apologize</u> to the Court for my physical handicaps, <u>and</u> for the artificial voice technology --- which sometimes may even go a little bit too fast (the speed may vary up and down) --- depending on <u>unavoidable equipment constraints, and other handicap-related factors.</u>

I have limited use of all four limbs; and I suffer from both <u>auditory</u> and <u>visual</u> handicaps, all of which were caused by an intoxicated driver, who was travelling at 120 miles per hour, according to the State Police radar, and who collided with the rear of my automobile. Six bones in my neck and spine were fractured by the collision; and I contracted cancer and lost my hair.

The instant Facebook case is related to over a dozen additional cases in which URL hacking and/or related has occurred; and members from one or more of the above four organizations recommended that Orr file objections as appropriate.

## <u>The Honorable Judge KATHERINE A. ROBERTSON and numerous others have applauded Objector Orr's efforts.</u>

I now quote from the Honorable Judge KATHERINE A. ROBERTSON, and from the Plaintiffs' and Defendant's attorneys in Judge Robertson's case in which I was an Objector: The case name is <u>NATIONAL ASSOCIATION OF THE DEAF, et al., Plaintiffs, v. MASSACHUSETTS Institute of Technology</u>; UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS; Case No. 3:15-cv-30024-KAR:

1. FIRST, a brief quote from the <u>plaintiff's attorneys</u>, from the transcript of court proceedings on July 14, 2020:

2.

I would like to say one thing to Mr. Orr, if I may, which is that, notwithstanding that we respectfully disagree with the objections he raised, we applaud and really appreciate his participation in the process today and hope he will continue to remain actively involved in legal proceedings like this around the country.

We really admire what he's done, and as I said, while we disagree with the substance of it, we really appreciate his involvement.

NOW a brief quote from the Defendants' attorneys:

We also appreciate Mr. Orr's participation and objection.

AND NOW A QUOTE FROM THE HONORABLE JUDGE KATHERINE ROBERTSON:

I also wanted to say to Mr. Orr... that we appreciate the thought and attention that went into the objections that you raised, and I hope it was clear that the Court took them seriously and reviewed the content of the consent decree.

I wanted to add one other thing, and that was that **Mr. Orr identified problems with accessing the online form that the Court made available for objecting to the terms of the consent decree.**

I really regret that.

I think anybody who has had...problems with filling out online forms can understand how frustrating that is.

And we had hoped that ... that would be an additional avenue to make objections known to the Court and that it would be comparatively simple.

> ...[A]ll I can do is apologize for whatever frustration was
> added to the process by any malfunctioning of that form...

THE HONORABLE JUDGE KATHERINE ROBERTSON STATED THE
AFOREMENTIONED, AFTER ORR HAD SUBMITTED AN
OBJECTION IN COMPLETE AND ABSOLUTE GOOD FAITH, AND
FURTHERMORE, WITH SO MUCH GOOD FAITH THAT HE
OVERTLY INCLUDED THE FOLLOWING STATEMENT FROM THE
VERY BEGINNING IN THE CASE BEFORE JUDGE ROBERTSON,
JUST TO MAKE IT PERFECTLY CLEAR ABOUT HIS MOTIVES ---

> ORR BRINGS THIS OBJECTION IN GOOD FAITH, AND
> IN ORDER TO AVOID DOUBT ABOUT HIS MOTIVES,
> ORR IS MORE THAN WILLING TO STIPULATE TO AN
> INJUNCTION PROHIBITING HIM FROM ACCEPTING
> COMPENSATION IN EXCHANGE FOR THE
> SETTLEMENT OF THIS OBJECTION;
>
> SEE GENERALLY BRIAN T. FITZPATRICK,
>
> "THE END OF OBJECTOR BLACKMAIL?"

62 VAND. L. REV. 1623 (2009) (SUGGESTING
INALIENABILITY OF OBJECTIONS AS SOLUTION TO
OBJECTOR BLACKMAIL PROBLEM).

\* \* \* \* \* \* \* \*

Thank you.

Sincerely,

Edward W. Orr[4]

---

[4] Objector Orr suffers from both auditory and visual handicaps (in addition to being in a wheelchair and suffering from mobility handicaps resulting from spinal cord injuries associated with two fractured cervical vertebrae and four fractured lumbar vertebrae caused by an intoxicated driver who, travelling at 120 MPH, collided with Orr's automobile). The undersigned intends to appear at the Final Fairness Hearing, and respectfully requests permission from the Court to speak and/or communicate via telephone, as his physical handicaps prevent both travel and the usage of Zoom and/or related technologies. Orr brings this Objection in good faith, and in order to avoid doubt about his motives, Orr is more than willing to stipulate to an injunction prohibiting him from accepting compensation in exchange for the settlement of this Objection; see generally Brian T. Fitzpatrick, "The End of Objector Blackmail?" 62 VAND. L. REV. 1623 (2009) (suggesting inalienability of objections as solution to objector blackmail problem). In other words, Orr wants nothing more than constructive action, and is advocating for those injured by FirstEnergy's actions (and/or the actions of its affiliates West Penn Power, et al), and/or for those who have been unfairly treated by FirstEnergy (and/or its affiliates West Penn Power, et al), to receive proper relief, and to be treated equitably – thus the filing of this Objection, as the undersigned received Notice from FirstEnergy itself and/or its agents, along with an invitation to object if the undersigned did not agree with the conditions provided to him in the Notice that the undersigned received from FirstEnergy and/or its agents. As mentioned above, the undersigned intends to appear at the Final Fairness Hearing, and respectfully requests permission from the Court to speak and/or communicate via telephone, as his physical handicaps prevent both travel and the usage of Zoom and/or related technologies. Grounds for objection are contained in this Certified, Next-Day Delivery mailing; and all pages and exhibits and/or legal and evidentiary support herein are submitted with the request that the Court consider them. It is requested that all pages and/or exhibits of this submission be submitted into evidence immediately. In addition, the Objector intends to utilize all pages and/or exhibits of this submission as evidence at the Settlement Fairness Hearing. The undersigned also hereby states that, as a result of the current and/or prior State of National Emergency (and/or concomitant events in the Objector's current state of residence, the State of Connecticut), Orr has prepared and proofread this Objection to the best of his ability (owing to the physical handicaps of the undersigned, several friends and family members have

122 Ridge Road
Terryville, CT 06786


Telephone: 203-658-4977
Email Address: eanddorr2@gmail.com
Telefax Number: (860) 582-4857


CRS/DDO:fw7269313984r


Enc.: As described and/or referenced herein


cc:    S. Winick (per regular mail/prm)


       S. Solender (per regular mail/prm)

---

assisted and/or acted in agency as required in the preparation of this document, with such disability-related assistance including the assistance of one or more persons holding power of attorney, persons who have also assisted with voice machinery/substitution and/or related, and who may also do so in the future if necessary) under the constraints at hand, including, but not limited to, time constraints, et al. It is hoped that all page and/or exhibit references and/or related are correct, and the undersigned has proofread this document (referring here to the Orr Objection) a minimum of four times, with multiple reviewers/proofreaders assisting. The undersigned is not an attorney, and has prepared this Objection to the best of his ability; Orr has submitted this document in good faith. Multiple documents herein reference mail and/or security problems, etc, In one instance, a member of the post office even wrote a note to one of the courts about prior problems (please see the attached Exhibit "O," which also shows patents held by Orr, in addition to other technical data; Orr wrote numerous publications and a textbook; hackers also accessed much patent background information, trade secret, and other data sources held by Orr that were private and very valuable).It is hoped that all page references and/or related are correct, and the undersigned has proofread this document (referring here to the Orr Objection) a minimum of four times, with multiple reviewers/ proofreaders assisting. Please note that -- in regard to the herein-described security breaches, hacking activities, and/or related (many such breaches and/or activities have been related to FirstEnergy's activities and/or to certain personnel [described and/or referenced herein] affiliated with FirstEnergy and or its divisions, affiliates, et al), non-compliance issues on the part of server and/or related systems were sometimes so egregious that attempts to utilize ADA-compliant and/or related software sometimes resulted in the unfortunate compromise of data/screen integrity, etc., thereby exacerbating matters by then concomitantly compromising additional factors (including, but not limited to, compromises of security and/or related, with one or more examples [including, but not limited to, multiple compromised/ accessed/entered and/or related files thereof] shown in one or more exhibits or portions herein). It is hoped that all page references and/or related are correct, and the undersigned has proofread this document (referring here to the Orr Objection) a minimum of four times, with multiple reviewers/ proofreaders assisting. The undersigned has submitted this document in good faith.

S. Specter (per regular mail/prm)


DC File/351292381033f/re (per regular mail/prm)


Social Security Administration (per regular mail/prm)


Yale Medical School/DK (per regular mail/prm)


Reliance Standard (per regular mail/prm)


University of Conn. Medical School/J.Cannon Ref. EWO/3063(per regular mail/prm)


SBI/DC Trust (per regular mail/prm)