Class Action Clerk
United States District Court for the Northern District
of California

Case No. 5:12-MD-02314-EJD (N.D. Cal.); ("")

I am opting out of this case & also excluding my self also.

Barbara Burcham
356 Meadow Drive
Newcastle, Oklahoma 73065
405-640-8594
bburcham38@gmail.com

FILED
SEP 13 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE



Barbara Burcham
316 Meadow Drive
Newcastle, OK 73065

ATT:
Class Action
Clerk

United States District Court for the Northern District of California
280 South 1st. Street
San Jose, California 95113

