# Exhibit 2

| Firm | TimeKeeper | Role | Rate | Hours | Lodestar |
|---|---|---|---|---|---|
| Stewarts Law US LLP* | 8 | Associate | $ 400.00 | 18.50 | $ 7,400.00 |
| Stewarts Law US LLP* | David Straite | Partner | $ 1,100.00 | 502.40 | $ 552,640.00 |
| Stewarts Law US LLP* | Lydia York | Associate | $ 365.00 | 6.80 | $ 2,482.00 |
| Stewarts Law US LLP* | Michelle Carino | Sr. Counsel | $ 620.00 | 129.70 | $ 80,414.00 |
| Stewarts Law US LLP* | Noah Wortman | Associate | $ 285.00 | 23.20 | $ 6,612.00 |
| Stewarts Law US LLP* | Ralph Sianni | Partner | $ 690.00 | 569.70 | $ 393,093.00 |
| Stewarts Law US LLP* | Trineka Schuster | Paralegal | $ 165.00 | 22.70 | $ 3,745.50 |
| Straite PLLC | Straite, David | Partner | $ 1,100.00 | 5.80 | $ 6,380.00 |
| Kaplan Fox & Kilshiemer LLP** | Aaron Schwartz | Associate | $ 450.00 | 10.10 | $ 4,545.00 |
| Kaplan Fox & Kilshiemer LLP** | Alicia Abboud | Associate | $ 230.00 | 6.90 | $ 1,587.00 |
| Kaplan Fox & Kilshiemer LLP** | Brandon Fox | Associate | $ 230.00 | 0.40 | $ 92.00 |
| Kaplan Fox & Kilshiemer LLP** | David Straite | Partner | $ 1,100.00 | 1397.40 | $ 1,537,140.00 |
| Kaplan Fox & Kilshiemer LLP** | Frederic S. Fox | Partner | $ 990.00 | 1.50 | $ 1,485.00 |
| Kaplan Fox & Kilshiemer LLP** | Hae Sung Nam | Partner | $ 830.00 | 5.20 | $ 4,316.00 |
| Kaplan Fox & Kilshiemer LLP** | Jeffrey P. Campisi | Partner | $ 755.00 | 0.50 | $ 377.50 |
| Kaplan Fox & Kilshiemer LLP** | Jenny Griffin | Paralegal | $ 265.00 | 2.50 | $ 662.50 |
| Kaplan Fox & Kilshiemer LLP** | Joel B. Strauss | Partner | $ 895.00 | 2.10 | $ 1,879.50 |
| Kaplan Fox & Kilshiemer LLP** | Kevin Cosgrove | Investigator | $ 330.00 | 9.40 | $ 3,102.00 |
| Kaplan Fox & Kilshiemer LLP** | Laurence D. King | Partner | $ 910.00 | 30.50 | $ 27,755.00 |
| Kaplan Fox & Kilshiemer LLP** | Lillian Rodriguez | Paralegal | $ 185.00 | 41.50 | $ 7,677.50 |
| Kaplan Fox & Kilshiemer LLP** | Linda Fong | Of Counsel | $ 650.00 | 0.60 | $ 390.00 |
| Kaplan Fox & Kilshiemer LLP** | Mandrika Moonsammy | Paralegal | $ 330.00 | 7.00 | $ 2,310.00 |
| Kaplan Fox & Kilshiemer LLP** | Mario Choi | Associate | $ 660.00 | 55.60 | $ 36,696.00 |
| Kaplan Fox & Kilshiemer LLP** | Matthew George | Of Counsel | $ 735.00 | 14.20 | $ 10,437.00 |
| Kaplan Fox & Kilshiemer LLP** | Nikki Lee | Paralegal | $ 125.00 | 9.90 | $ 1,237.50 |
| Kaplan Fox & Kilshiemer LLP** | Pamela Mayer | Associate | $ 660.00 | 6.00 | $ 3,960.00 |
| Kaplan Fox & Kilshiemer LLP** | Ralph Labaton | Associate | $ 395.00 | 484.10 | $ 191,219.50 |
| Kaplan Fox & Kilshiemer LLP** | Ryan Vines | Law Clerk | $ 230.00 | 62.70 | $ 14,421.00 |
| Kaplan Fox & Kilshiemer LLP** | Samia Flecha | Paralegal | $ 100.00 | 6.00 | $ 600.00 |
| Kaplan Fox & Kilshiemer LLP** | Suzanne Powley | Paralegal | $ 290.00 | 5.10 | $ 1,479.00 |
| Kaplan Fox & Kilshiemer LLP** | Tanya Harvey | Paralegal | $ 280.00 | 2.00 | $ 560.00 |
| Kaplan Fox & Kilshiemer LLP** | Walter Howe | Associate | $ 425.00 | 39.50 | $ 16,787.50 |
| Kaplan Fox & Kilshiemer LLP** | Wilfred Gomes | Paralegal | $ 270.00 | 95.50 | $ 25,785.00 |

| Firm | TimeKeeper | Role | Rate | Hours | Lodestar |
|---|---|---|---|---|---|
| DiCello Levitt LLC*** | Abramowitz, Mark | Partner | $ 1,010.00 | 3.50 | $ 3,535.00 |
| DiCello Levitt LLC*** | Banks, Sharon | Paralegal | $ 375.00 | 70.30 | $ 26,362.50 |
| DiCello Levitt LLC*** | Cruz, Sharon | Associate | $ 690.00 | 2.30 | $ 1,587.00 |
| DiCello Levitt LLC*** | DiCello, Robert F. | Partner | $ 1,100.00 | 1.00 | $ 1,100.00 |
| DiCello Levitt LLC*** | Ferri, Daniel | Partner | $ 1,010.00 | 7.60 | $ 7,676.00 |
| DiCello Levitt LLC*** | Keller, Amy | Partner | $ 1,010.00 | 17.10 | $ 17,271.00 |
| DiCello Levitt LLC*** | Kerrane, Erin | Paralegal | $ 375.00 | 0.10 | $ 37.50 |
| DiCello Levitt LLC*** | Levitt, Adam | Senior Partner | $ 1,200.00 | 32.00 | $ 38,400.00 |
| DiCello Levitt LLC*** | Lucas, Lisa | Paralegal | $ 350.00 | 7.90 | $ 2,765.00 |
| DiCello Levitt LLC*** | Prom, Adam | Associate | $ 690.00 | 26.30 | $ 18,147.00 |
| DiCello Levitt LLC*** | Reda, Samantha | Paralegal | $ 335.00 | 2.50 | $ 837.50 |
| DiCello Levitt LLC*** | Straite, David | Partner | $ 1,100.00 | 626.60 | $ 689,260.00 |
| Keefe Bartels LLC | JA | Associate | $ 175.00 | 0.50 | $ 87.50 |
| Keefe Bartels LLC | Jennifer L Harvey | Associate | $ 350.00 | 24.40 | $ 8,540.00 |
| Keefe Bartels LLC | Patrick Bartels | Partner | $ 175.00 | 2.20 | $ 385.00 |
| Keefe Bartels LLC | Paul DiGiorgio | Of Counsel | $ 350.00 | 122.00 | $ 42,700.00 |
| Keefe Bartels LLC | Stephen G. Grygiel | Partner | $ 1,100.00 | 469.70 | $ 516,670.00 |
| Keefe Bartels LLC | Stephen T. Sullivan, Jr. | Associate | $ 425.00 | 14.00 | $ 5,950.00 |
| Silverman Thompson Slutkin & White | Christopher Finke | Law Clerk | $ 95.00 | 2.10 | $ 199.50 |
| Silverman Thompson Slutkin & White | Desirena Farmer | Paralegal | $ 200.00 | 29.30 | $ 5,860.00 |
| Silverman Thompson Slutkin & White | Jacob Deaven | Law Clerk | $ - | 2.10 | $ - |
| Silverman Thompson Slutkin & White | Rosemary Scaffidi | Paralegal | $ 150.00 | 0.90 | $ 135.00 |
| Silverman Thompson Slutkin & White | Stephen Grygiel | Partner | $ 1,100.00 | 422.90 | $ 465,190.00 |
| Grygiel Law LLC**** | Stephen G. Grygiel | Partner | $ 1,100.00 | 605.20 | $ 665,720.00 |
| Burns, Cunningham & Mackey PC | DBP | Associate | $ 200.00 | 3.00 | $ 600.00 |
| Burns, Cunningham & Mackey PC | Clay T. Rossi | Associate | $ 225.00 | 14.90 | $ 3,352.50 |
| Burns, Cunningham & Mackey PC | Peter S. Mackey | Partner | $ 325.00 | 49.40 | $ 16,055.00 |
| Burns, Cunningham & Mackey PC | Troy T. Schwant | Partner | $ 350.00 | 80.80 | $ 28,280.00 |
| Burns, Cunningham & Mackey PC | William M. Cunningham | Partner | $ 450.00 | 170.60 | $ 76,770.00 |
| Kiesel Law LLP | Fontaine Yuk | Associate | $ 325.00 | 3.10 | $ 1,007.50 |
| Kiesel Law LLP | Glenn Anaiscourt | Associate | $ 375.00 | 36.00 | $ 13,500.00 |
| Kiesel Law LLP | Jeffrey A. Koncius | Partner | $ 870.57 | 22.10 | $ 19,239.50 |
| Kiesel Law LLP | Lance Rubin | IT | $ 150.00 | 1.40 | $ 210.00 |

| Firm | TimeKeeper | Role | Rate | Hours | Lodestar |
|---|---|---|---|---|---|
| Kiesel Law LLP | Maria L. Weitz | Associate | $ 325.00 | 1.00 | $ 325.00 |
| Kiesel Law LLP | Matthew A. Young | Associate | $ 375.00 | 6.80 | $ 2,550.00 |
| Kiesel Law LLP | Melanie Meneses Palmer | Associate | $ 350.00 | 13.50 | $ 4,725.00 |
| Kiesel Law LLP | Michael Lee | Law Clerk | $ 150.00 | 32.50 | $ 4,875.00 |
| Kiesel Law LLP | Nicole Ramirez | Associate | $ 420.00 | 4.40 | $ 1,848.00 |
| Kiesel Law LLP | Paul R. Kiesel | Partner | $ 1,200.00 | 133.31 | $ 159,972.00 |
| Kiesel Law LLP | Thomas H. Peters | Partner | $ 625.00 | 1.80 | $ 1,125.00 |
| Kiesel Law LLP | Tiffany Howard | Associate | $ 350.00 | 0.50 | $ 175.00 |
| Kiesel Law LLP | William L. Larson | Partner | $ 890.00 | 1.20 | $ 1,068.00 |
| Barnes & Associates | Jason Barnes | Partner | $ 1,100.00 | 677.10 | $ 744,810.00 |
| Barnes & Associates | Randall Barnes | Partner | $ 750.00 | 33.40 | $ 25,050.00 |
| Simmons Hanly Conroy LLC | Eric Johnson | Partner | $ 875.00 | 135.70 | $ 118,737.50 |
| Simmons Hanly Conroy LLC | Jason Barnes | Partner | $ 1,100.00 | 193.20 | $ 212,520.00 |
| Bronster Fujichaku Robbins | Andrew L. Pepper | Partner | $ 730.00 | 5.40 | $ 3,942.00 |
| Bronster Fujichaku Robbins | Janis Fenton | Paralegal | $ 175.00 | 0.50 | $ 87.50 |
| Bronster Fujichaku Robbins | Lori M. Leong | Paralegal | $ 175.00 | 0.10 | $ 17.50 |
| Bronster Fujichaku Robbins | Margery S. Bronster | Partner | $ 850.00 | 200.30 | $ 170,255.00 |
| Bronster Fujichaku Robbins | Robert Hatch | Of Counsel | $ 730.00 | 329.20 | $ 240,316.00 |
| Gorny Dandurand LC | Stephen M. Gorny | Partner | $ 600.00 | 9.50 | $ 5,700.00 |
| Murphy Falcon & Murphy***** | Kambon Williams | Associate | $ 300.00 | 123.35 | $ 37,005.00 |
| Murphy Falcon & Murphy***** | Kenneth Frank | Associate | $ 500.00 | 5.00 | $ 2,500.00 |
| Murphy Falcon & Murphy***** | Richard V. Falcon | Partner | $ 1,200.00 | 12.00 | $ 14,400.00 |
| Murphy Falcon & Murphy***** | Tonya Banya | Associate | $ 400.00 | 139.65 | $ 55,860.00 |
| Murphy Falcon & Murphy***** | William H. Murphy, Jr. | Sr. Partner | $ 1,184.00 | 599.85 | $ 710,220.00 |
| Hillis Clark Martin & Peterson PS****** | Andrew Garcia Murphy | Attorney | $ 239.46 | 8.30 | $ 1,987.50 |
| Hillis Clark Martin & Peterson PS****** | Eric Lansverk | Attorney | $ 560.00 | 10.20 | $ 5,712.00 |
| Hillis Clark Martin & Peterson PS****** | Kathleen J. Hedrick | Paralegal | $ 181.00 | 1.50 | $ 271.50 |
| Hillis Clark Martin & Peterson PS****** | Kurt E. Kruckeberg | Paralegal | $ 200.00 | 0.10 | $ 20.00 |
| Hillis Clark Martin & Peterson PS****** | Michael J. Ewart | Attorney | $ 457.89 | 33.60 | $ 15,385.00 |
| Hillis Clark Martin & Peterson PS****** | Michael R. Scott | Attorney | $ 440.66 | 66.10 | $ 29,127.50 |
| Hillis Clark Martin & Peterson PS****** | Michele R. Smith | Paralegal | $ 195.00 | 0.30 | $ 58.50 |
| Gupta Wessler | Abigail Cipparone | Partner | $ 250.00 | 10.00 | $ 2,500.00 |
| Gupta Wessler | Matthew Wessler | Partner | $ 900.00 | 160.25 | $ 144,225.00 |

| Firm | TimeKeeper | Role | Rate | Hours | Lodestar |
|---|---|---|---|---|---|
| Gupta Wessler | Neil Sawhney | Associate | $ 500.00 | 79.77 | $ 39,885.00 |
| Eichen Crutchlow Zaslow LLP | Barry R. Eichen | Partner | $ 750.00 | 859.85 | $ 644,890.00 |
| Eichen Crutchlow Zaslow LLP | Daryl L. Zaslow | Partner | $ 650.00 | 73.10 | $ 47,515.00 |
| Eichen Crutchlow Zaslow LLP | Thomas Paciorkowski | Associate | $ 350.00 | 450.07 | $ 157,523.33 |
| Bartimus Frickleton Robertson and Rader | Chip Robertson, Jr. | Partner | $ 750.00 | 31.60 | $ 23,700.00 |
| Bartimus Frickleton Robertson and Rader | James Frickleton | Partner | $ 750.00 | 261.90 | $ 196,425.00 |
| Bartimus Frickleton Robertson and Rader | Kip Robertson III | Partner | $ 400.00 | 20.80 | $ 8,320.00 |
| Bartimus Frickleton Robertson and Rader | Mary Winter | Associate | $ 500.00 | 50.30 | $ 25,150.00 |
| Bartimus Frickleton Robertson and Rader | Steve Gorny | Associate | $ 500.00 | 103.70 | $ 51,850.00 |
| Bergmanis Law Firm LLC | Erik Bergmanis | Partner | $ 500.00 | 9.00 | $ 4,500.00 |
| Bergmanis Law Firm LLC | Andrew Lyskowski | Associate | $ 500.00 | 175.20 | $ 87,600.00 |
| | | | | 11513.70 | $ 9,631,426.83 |

\* Stewarts Law provided their time entires using historical rates, wth the exception of the time billed by David Straite which was adjusted to his current rate of $1100.

\*\* KFK provided their time entires using their 2021 rates, wth the exception of the time billed by David Straite which was adjusted to his current rate of $1100.

\*\*\* ($21,882.00) correction made to DiCello Levitt LLC lodestar, which was mis-reported in declaration ($826,860.50 to $806,978.50). The DL lodestar amount as included in the brief tally is revised from $807,638.00 to $806,978.50, a difference of $659.50.  Also, .2 correction made to DiCello Levitt time (797 hours to 797.2 hours).

\*\*\*\* $1,210 correction made to Grygiel LLC lodestar ($664,510 to $665,720)

\*\*\*\*\* MFM hours under-reported by 100 in overall tally in brief. Lodestar amount is correct in declaration and brief tally

\*\*\*\*\*\* HCM&P provided their time entries using historical rates which increased during the pendency of this matter. The rates provided herein are the average historical rates.

| Firm | Hours | Lodestar |
|---|---:|---:|
| DiCello Levitt LLC | 797.2 | $ 806,978.50 |
| Barnes & Associates | 710.5 | $ 769,860.00 |
| Bartimus Frickleton Robertson and Rader | 468.3 | $ 305,445.00 |
| Bergmanis Law Firm LLC | 184.2 | $ 92,100.00 |
| Bronster Fujichaku Robbins | 535.5 | $ 414,618.00 |
| Burns, Cunningham & Mackey PC | 318.7 | $ 125,057.50 |
| Eichen Crutchlow Zaslow LLP | 1383.02 | $ 849,928.33 |
| Gorny Dandurand LC | 9.5 | $ 5,700.00 |
| Grygiel Law LLC | 605.2 | $ 665,720.00 |
| Gupta Wessler | 250.02 | $ 186,610.00 |
| Hillis Clark Martin & Peterson PS | 120.1 | $ 52,562.00 |
| Kaplan Fox & Kilshiemer LLP | 2296.2 | $ 1,896,501.50 |
| Keefe Bartels LLC | 632.8 | $ 574,332.50 |
| Kiesel Law | 257.61 | $ 210,620.00 |
| Murphy Falcon & Murphy | 879.85 | $ 819,985.00 |
| Silverman Thompsaon Slutkin & White | 457.3 | $ 471,384.50 |
| Simmons Hanly Conroy LLC | 328.9 | $ 331,257.50 |
| Stewarts Law US LLP | 1273 | $ 1,046,386.50 |
| Straite PLLC | 5.8 | $ 6,380.00 |
| **TOTALS** | **11513.7** | **$ 9,631,426.83** |