# Exhibit 3

| Last Name | First Name | Date | Time | Contact Person | Brief Synopsis of Contact | Resolved? |
|---|---|---|---|---|---|---|
| Craig | Ryan | 6/16/2022 | 6:10pm | DAS | I spoke with Ryan yesterday, returning his call after he left a VM at the firm.  He said he received an email and asked if it was legit.  I said yes, and discussed the case generally.  I also directed him to the Angeion 1-800 number if he had troubles submitting his claim. | Y |
| Pierro | Christopher | 6/16/2022 | 5:20pm | DAS | I spoke with Christopher yesterday, returning his call after he left a VM at the firm.  He said he received an email and asked if it was legit.  I said yes, and discussed the case generally.  I also directed him to the Angeion 1-800 number if he had troubles submitting his claim | Y |
| Connelly | Matthew | 6/9/2022 | 6:03pm | LLL | Contact us form was submitted to us and sent to me.  Asked us to confirm that this was not a spam message and  that our firm was handling.  Responded back that it was not spam and we were handing, and gave him settlement administrator information for further questions. | Y |
| Southard | Derek | 6/20/2022 | 10:23am | LLL | Contact us form was submitted to us and sent to me.  Asked us to confirm that this was not a spam message and  that our firm was handling.  Responded back that it was not spam and we were handing, and gave him settlement administrator information for further questions. | Y |
| Valadez | Aracely | 6/20/2022 | 1:47pm | DAS | Contacted DAS to verify that the notice settlement he received was not spam and if the domain he received is the correct place to submit his claim.  DAS responded that website is correct and included the FB link | Y |
| N/A | Allan | 6/20/2022 | 9:03pm | DAS | Email sent in by class member asking if this is legitimate.  DAS responded that it was. | Y |
| Dotson | Drema | 6/20/2022 | 5:37pm | DAS | Class member contacted us through FB messenger.  Sent her email address, and I sent an email replying to her questions. | Y |
| Petrean | James | 6/21/2022 | 9:01am | AP | Class member contacted us and asked that we return his call.  A Prom to call him back (06/21). AP returned call and left VM with Administrator's number. | Y |
| Stackowitz | Frank | 6/21/2022 | 12:49pm | LLL | Class member contacted firm through submission form.  LLL emailed him back and told him that settlement was legitimate, gave him Settlement Administrator contact information and told him if had further questions to contact me. | Y |

| | | | | | | |
|---|---|---|---|---|---|---|
| Cross | C. Cecilla | 6/21/2022 | 12:39pm | LLL | Class member contacted firm through submission form. LLL emailed back and told him that settlement was legitimate, gave him Settlement Administrator contact information, and told him if had further questions to contact me. | Y |
| Edenburn | Steven M. | 6/21/2022 | 3:30pm | LLL | LLL spoke with person re website not working. DAS to contact Administrator and will provide phone number for class member to contact them also. | Y |
| Felsenthal | Deborah | 6/21/2022 | 1:40pm | CG | Class member called in to ask if the email received was legitimate. Assured her it was and got her contact information. LLL followed up with an email with the Administrator contact information. | Y |
| Roark | Lily | 6/22/2022 | 5:59pm | LLL | Class member contacted us asking if the notice was a valid notice of settlement. LLL emailed back, letting her know it was, giving settlement administrator contact information. | Y |
| Sandahl | Hannes | 6/23/2022 | 3:02pm | DAS | Person contacted us from Sweden asking if they were still included in the settlement from there. Response provided. | Y |
| Steinfield | Jodi | 6/22/2022 | 5:24pm | GGG | GGG was contacted by co-counsel on behalf of a partner's wife asking if the settlement was real. GGG reached out to DS, who gave him the details GGG could pass on to co-counsel. | Y |
| Lawent | Louis | 6/24/2022 | 2:45pm | LLL | Class member called in to ask if he can join the lawsuit if cannot clearly remember hitting the like button. He would prefer to speak to an attorney. Passed on to DS. | Y |
| Bazensky | Maryann | 6/24/2022 | 3:15pm | LLL | Class member called in spoke with receiptionist. She asked that I call her back on Monday to answer her questions. Tried to call back 06/27/2022 at 10:50CT. Returned my call and received answers to her questions. | Y |
| Kosorinska | Zora | 6/27/2022 | 7:16am | LLL | Class member asking if the email they received was a trustwory email. Sent email response 06/27/22 in response to the inquiry. | Y |
| Gensicke | Tim | 6/25/2022 | 1:55am | LLL | Class member contacted asking if this was a real settlement on behalf of his mother who received an email. Email him 06/27/2022 that it was a legitimate webiste and settlement and sent link to FAQ's to answer any additional question. | Y |
| Fire | Ash | 6/25/2022 | 6:39am | LLL | Class member asking if the email received was a trustwory email. Responded to his inquiry and let him know that this is a legitimate lawsuit. | Y |
| Gurdamar | Serdar | 6/27/2022 | 6:51am | LLL | Class member asking if he would be eligible to claim the payment as citizen of another country. Emailed response. | Y |
| Than | Michael | 6/25/2022 | 2:53pm | DAS | Class member contact asking if the email he received was a scam and if the link was legitimate to submit a claim. DAS responded it was and encouraged him to submit a claim. | Y |

| | | | | | | |
|---|---|---|---|---|---|---|
| Warren | Stephanie | 6/27/2022 | 12:03pm | LLL | Class member contacted us to see if this was a scam. I emailed her back on 06/27/2022 that it was not and gave link to the FAQs. | Y |
| Welker | Angie | 6/28/2022 | 9:00am | LLL | Class member called and had come questions. She had specific questions that were better served by talking at an attorney. Passed her information on to DAS to call her back. | Y |
| No Name Given | Elise | 6/28/2022 | 2:21pm | LLL | Class member called asking if settlement is a scam. Reassured it was not. Gave website for additional information and where the claim form is located. | Y |
| Wright | Marissa | 6/27/2022 | 7:33pm | LLL | Class member contacted us to see if this was a scam. I emailed her back on 06/28/2022 that it was not and confirmed the link that she sent as being the correct one. | Y |
| Zanni | Juliana | 6/27/2022 | 8:30pm | LLL | Class member contacted us to see if this was a scam. I emailed her back on 06/28/2022 that it was not and sent link to the FAQs. | Y |
| Bobade | Swapneel | 6/28/2022 | 2:40pm | LLL | Sent email saying he would like to bring another suit against FB. No questions about this one. Forwarded info on to DAS. | Y |
| Coulter | Dan | 6/28/2022 | 1:10pm | LLL | Called in to see if this case was a scam. Contacted him back via email and let him know it was not a scam and give him the link to the FAQs and claim form. | Y |
| Wilde | Jonathan | 6/27/2022 | 5:26pm | DAS | Class member emailed DAS asking if this is a scam and confiming he has the correct link for submitting claims. DAS responded confirming he was correct and it is not a scam. | Y |
| Jackson | Stephanie | 6/29/2022 | 12:55pm | LLL | Class member contacted us. I returned her call and she was asking about the IL specific class action that settled in May. I let her know that was a different suit, gave her the website that I found for that one, told her we could not provide any further information as we were not involved in litigating that suit. She was thankful and had already sumbitted a claim in our case and had no questions about it. | Y |
| Conceicao | Rita | 7/1/2022 | 6:07am | LLL | Person emailed from France. She was asking what the suit is about. She visited the States during that lawsuit time period. I briefly explained what the suit was for. She speaks little English, so I told her that if my email did not make sense that I would attempt to find someone who wrote in French. | Y |
| Echols Stewart | Cynthia | 6/30/2022 | 9:56pm | DAS | Class member wrote in about liability to be a part of the class and mentioned another lawsuit. Passed her question to DAS. | Y |
| Walther | Neil | 7/1/2022 | 1:36pm | DAS | Class member contacted settelement administrator re: problems with the settlement website. Class member then received a claim form via email, filled out and returned to administrator and DAS | Y |
| Alexand | Mike | 6/29/2011 | 3:15pm | LLL | Class member was having trouble downloading the claim form. Emailed and asked if he was still having that issue and offered to email him a copy. | Y |

| Last Name | First Name | Date | Time | Rep | Notes | Resolved |
|---|---|---|---|---|---|---|
| Prestidge | Heather | 7/1/2022 | 8:26pm | LLL | Responded to inquiry that she believes she belongs to the settlement class. Gave her link to claims form if she received the email and the settlement administrator's contact info if she heard about the settlement via the news. | Y |
| Anderson | George | 6/28/2022 | N/A | AEK | Class member incarcerated and sent letter asking for a claim form. AEK sent an email to Angeion asking them to send him a claim form. | Y |
| Alves | Marcus | 7/7/2022 | 6:25pm | LLL | Class member making sure this was not a scam. I answered his question and provided the link to the settlement website. | Y |
| Carinder | Abigal | 7/11/2022 | 9:56am | DAS | Class member called in about the case with questions. DAS called her back to speak with her about whether our settlement covers text messages, and DAS said no and directed her to the Williams v. Facebook case (and class counsel at Bursor & Fisher). She said she appreciated the time and said if she does object, she said she'll speak well of us and our willingness to speak with her personally. | Y |
| Wiesmann | Lisa | 7/12/2022 | 9:30am | DAS | CM is a German citizen and was only visited the US during the class period. Passed on to DAS for confirmation if she is a class member or not. DAS will respond to her. | Y |
| Rattigan | Nicole | 7/13/2022 | 11:16am | LLL | Class member contated us via webpage asking if the best way to submit her claim form was through the website. I responded and confirmed that was the best way to submit it. | Y |
| Cueto | Ivan | 7/15/2022 | 8:53am | DAS | Called Re FB claim he saw on our website and has questions. DAS returned call. | Y |
| Soldat | Maureen | 7/20/2022 | 1:03pm | AEK | Class member contacted via email to confirm the case was legitimate. | Y |
| Walls | Andrew | 7/22/2022 | 9:16am | DAS | Caller said he received an email that he was notified about a claim being filed. Thought he was hacked. DAS responded. | Y |
| Vu | Tuyet | 7/22/2022 | 3:03p | RG | Emailed class member link to claim submission. | Y |
| Corbertt | Johnathan | 7/24/2022 | 4:46pm | DAS | Class member Had vaious questions regarding his rights and settlement etc. | Y |
| Laurent | N/A | 8/7/2022 | 11:13am | DAS | Class member called by DAS to address questions. | Y |
| Bulford | Jared | 8/15/2022 | 2:00pm | DAS | Class member was called to address concerns | Y |
| N/A | Allie | 8/22/2022 | 1:24pm | RG | Called Ccass member to verify case is legitimate - sent link for information. | Y |
| Thompson | Paula | 8/22/2022 | 2:14pm | RG | Gave class member Claim Admin info. regarding her claim number. | Y |
| Miller | Linda | 8/24/2022 | 1:07pm | RG | Returned call to class member regrading her questions - left a message to call back at my ext.- recalled 8/30/22 and left msg. | Y |
| Arias | Dan | 8/26/2022 | 3:02pm | AEK | Class member spoke with AEK to confirm settlement legitimacy. | Y |

| Last | First | Date | Time | Rep | Notes | Y/N |
|---|---|---|---|---|---|---|
| Rosmarin | Frank | 8/29/2022 | 12:23pm | ND | Gave claims administrator's phone number to class member. | Y |
| Vaccaro | Cristy | 8/29/2022 | 6:52pm | RG | Emailed Class member link to site and confirmed settlement legitimacy. | Y |
| Cheeseman | Karen | 8/30/2022 | 11:03am | RG | Emailed Class member with link to site and confirmed settlement legitimacy. | Y |
| Crocker | Halbert | 8/30/2022 | 9:53pm | RG | Returned call regrading class member questions - left a message to call back at my ext. | Y |
| Murray | Merrick | 8/30/2022 | 9:42pm | RG | Emailed class member with link to site and confirmed settlement legitimacy. | Y |
| N/A | Doug | 8/31/2022 | 2:48pm | RG | Sent email with all information requested - link and email address. | Y |
| N/A | Doug | 8//31/22 | 2:27pm | RG | Returned call to class member, left message to call back. | Y |
| Garcia | John | 8/31/2022 | 3:38pm | RG | Sent email with all information requested - link and email address. | Y |
| N/A | Roland | 8/31/2022 | 4:59pm | RG | Returned call - wrong number given. | Y |
| Cevisano | Rose | 8/31/2022 | 6:06pm | DAS | Answered class member's questions about the case, the settlement, and the claims process, and directed her to the Angeion website with questions. | Y |
| Specht | Christopher | 9/1/2022 | 1:48pm | RG | Received a voicemail saying he intends to object to the settlement over the amount of the settlement. | Y |
| Rogers | Adrian | 9/1/2022 | 1:22pm | RG | Called class member - he did not want to be part of case - declined any info. | Y |
| Gaston | Joseph | 9/1/2022 | 2:20pm | RG | Class member called making sure email received was legitimate and not a scam, verified legitimacy. | Y |
| Bonsignore | Theresa | 9/2/2022 | 1:04pm | RG | Class member called regarding case - called back left a message class member called back emailed all info to her. | Y |
| Frey | Monica | 9/2/2022 | 1:20pm | RG | Informed her case is legitimate and emailed all settlement information. | Y |
| Mosley | Camille | 9/2/2022 | 2:57pm | RG | Called class member to verify legitmacy of case; DAS answered further concerns. | Y |
| Sparks | Frances | 9/7/2022 | 1:46pm | RG | Class member left message - called back 2x left message - class member left message with her email address - responded via email with link and contact information. | Y |
| Bria | Alisha | 9/7/2022 | 2:35pm | RG | Emailed class member with all information - link and emails. | Y |
| N/A | N/A | 9/4/2022 | 5:15am | RG | Class member contacted through main fax - no name given - emailed information to class member. | Y |
| Ponick | Fran | 9/6/2022 | 5:39pm | DAS | Class member did not file claim; received email with incorrect information - investigated with Angeion. | Y |
| Yarrington | Landon | 9/9/2022 | 2:08pm | DAS | Class member contacted about request for information regarding class size - requested breakdown of settlement - Steve G. reached out - could not leave voice message mailbox full - will follow up. | Y |
| Burks | Fran | 9/8/2000 | 9:00am | RG/DAS | Called and emailed several times - class member wants to make sure her claim went through. DAS left message and inquired with Angeion. | Y |
| Vickery | Matthew | 9/9/2022 | 12:30pm | DAS | DAS followed up to see if claim was field - submission form fowarded. | Y |

| Last | First | Date | Time | Staff | Notes | Y/N |
|---|---|---|---|---|---|---|
| Barschall | Anne | 9/10/2022 | 12:35pm | SG | Confirmed settlement legitimacy with class member - Advised to print out form and write Affirm rather than swear to (class member is a Quaker) | Y |
| Taylor | Michah | 9/4/2022 | 6:02pm | DAS | DAS followed up with class member confirming legitimacy of case. | Y |
| Tarzian | Wendy | 9/5/2022 | 7:27pm | DAS | DAS followed up with class member confirming legitimacy of case. DAS forwarded additional information. | Y |
| Emma | Leonard | 9/6/2022 | 11:00am | DAS | Class member will be filing a claim and congratulated us on the case. | Y |
| Gaglione | Ernesto | 9/16/2022 | 11:05am | RG | Confirmed legitimacy of case with class member has various additional questions fowarding to DAS. | Y |
| Borgione | Teresa | 9/16/2022 | 11:13am | RG | Called class member 2x - spoke to class member and answered all inquiries - class member filling out claim. | Y |
| Errico | Greg | 9/20/2022 | 3:15pm | RG | Spoke with class member about incorrect information - fowarded to DAS to return call with more information. | Y |
| Ford | Martin | 9/22/2022 | 11:09am | RG | Spoke with class member to confirm legitimacy of case - Several messages received regarding a loan against the settlemet - Loan company called to get details for a loan against settlement as well. DAS discussed case details, and ran through the math using publicly reported numbers (almost 2mm claims in the August report to the Court, divided into $90mm), and loan company rep said he understood.  There is nothing further needed from us. | Y |
| Gustavo | Nelson | 9/22/2022 | 11:58am | DAS | Emailed class member submission forwarded to claims Admin. | Y |