# Exhibit 4

| |
|---|
| **Websites that have Announced the Settlement Via Their Own Initiative** |
| https://www.komando.com/news/want-a-cut-of-a-90m-facebook-class-action-lawsuit-submit-a-claim-now/842614/ |
| https://news.trendmicro.com/2022/06/24/is-the-facebook-internet-tracking-settlement-legit/ |
| https://thefreebieguy.com/facebook-internet-tracking-class-action-settlement/ |
| https://thefreebieguy.com/facebook-internet-tracking-class-action-settlement/ |
| https://openclassactions.com/settlement_facebooktracking.php |
| https://freestuffpro.com/facebook-internet-tracking-settlement/ |
| https://www.hunt4freebies.com/facebook-internet-tracking-class-action-settlement/ |
| https://www.theinternetpatrol.com/facebook-lawsuit-settlement-payout-date-2022/ |
| https://www.classaction.org/blog/what-you-need-to-know-about-the-facebook-data-privacy-class-action-settlement |
| https://topclassactions.com/lawsuit-settlements/open-lawsuit-settlements/facebook-external-site-user-tracking-90-class-action-settlement/ |
| Find Out if You're Eligible for Part of the $90M Facebook Data Tracking Settlement (cnet.com) |
| Time Is Running Out to File a Claim in Facebook's $90 Million Data-Tracking Settlement - CNET |
| https://marketrealist.com/tech-comm-services/is-facebook-internet-tracking-settlement-legit/ |
| https://www.abc10.com/article/news/verify/money-verify/yes-the-facebook-internet-tracking-settlement-is-real/536-bfe1bb88-323c-4f45-9de7-9f934f7821ed |
| https://www.wzzm13.com/article/news/verify/money-verify/yes-the-facebook-internet-tracking-settlement-is-real/536-bfe1bb88-323c-4f45-9de7-9f934f7821ed |
| https://www.abc10.com/article/news/verify/money-verify/yes-the-facebook-internet-tracking-settlement-is-real/536-bfe1bb88-323c-4f45-9de7-9f934f7821ed |
| https://www.wcnc.com/article/news/verify/money-verify/yes-the-facebook-internet-tracking-settlement-is-real/536-bfe1bb88-323c-4f45-9de7-9f934f7821ed |
| https://www.wtsp.com/article/news/verify/yes-the-facebook-internet-tracking-settlement-is-real/536-bfe1bb88-323c-4f45-9de7-9f934f7821ed |
| https://www.youtube.com/watch?v=t8vmqH6HzcM |
| https://www.mystateline.com/news/how-to-file-a-claim-in-new-90m-facebook-tracking-class-action-lawsuit/ |
| https://www.cnet.com/personal-finance/less-than-a-week-to-claim-part-of-facebooks-90-million-data-tracking-settlement/ |

| **Class Counsel's Press Release (June 24, 2022)** |
|---|
| https://www.businesswire.com/news/home/20220624005449/en/DiCello-Levitt-Gutzler-Facebook-Users-May-Be-Eligible-for-a-Payment-From-a-Class-Action-Settlement |

| Local TV News Stories About the Settlement |
|---|
| https://www.ky3.com/2022/06/22/your-side-get-your-cut-90-million-facebook-settlement/ |
| https://www.nbcchicago.com/news/local/you-may-be-owed-money-in-a-new-facebook-class-action-lawsuit-worth |
| https://www.fox5ny.com/news/facebook-class-action-lawsuit-settlement |
| https://brooklyn.news12.com/facebook-to-pay-out-90m-for-improperly-obtained-and-collected-data-from-users |

| YouTube Videos |
|---|
| Bill Hartzer - YouTube video explaining that the settlement is legitimate, class members should file claims, and providing instructions.  He also said that he spoke with DAS, after DAS encouraged him to spread the word to assist with increased claim submissions. https://www.youtube.com/watch?v=CVPu2DV5tt8 |

| **Miscellaneous Contacts** |
|---|
| DAS had meetings with Barracuda re: whitelisting the settlement website URL. |
| Email 06/26/2022 from Scott Jace of reclaimthenet.org asking DAS to confirm that https://www.fbinternettrackingsettlement.com/ is the official website for the settlement, which DAS confirmed. |
| Email 06/25/2022 from President of Fiat Fiendum, Inc. (a 501(c)(3)) with a list of questions regarding the lawsuit. DAS responded to the email answering all questions and offering a call if his responses did not answer the questions fully. |