**DiCELLO LEVITT LLC**
David A. Straite (admitted *pro hac vice*)
485 Lexington Avenue, 10th Floor
New York, New York 10017
Tel.: (646) 933-1000
dstraite@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Floor
Chicago, Illinois 60602
Tel.: (312) 214-7900
akeller@dicellolevitt.com
aprom@dicellolevitt.com

*Class Counsel*

**GRYGIEL LAW LLC**
Stephen G. Grygiel (admitted *pro hac vice*)
127 Coventry Place
Clinton, NY 13323
Tel.: (407) 505-9463
stephengrygiel22@gmail.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE FACEBOOK INTERNET TRACKING LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 5:12-MD-2314-EJD<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Edward J. Davila<br>Courtroom: 4—5th Floor<br>Date: October 27, 2022<br>Time: 9:00 a.m. |

CASE NO. 5:12-MD-2314-EJD
CERTIFICATE OF SERVICE

1

# CERTIFICATE OF SERVICE

1. I, David A. Straite, hereby certify that on October 13, 2022, the following documents were transmitted to the Clerk's Office using the CM/ECF System, causing the documents to be electronically served on all attorneys of record and objectors and their counsel who are registered with the CM/ECF System.

- Plaintiffs' Reply in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement (Dkt. 271);

- Plaintiffs' Reply in Support of Motion for Attorneys' Fees, Expenses, and Service Awards (Dkt. 272);

- Plaintiffs' Omnibus Response in Opposition to Objections (Dkt. 273); and

- Supplemental Joint Declaration of Stephen G. Grygiel and David A. Straite in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Expenses, and Service Awards, along with Exhibits 1-8 attached thereto (Dkt. 274)

2. I further certify that on October 19, 2022, I caused to be mailed the foregoing documents to all objectors who appear to not be registered with the CM/ECF System, at the following addresses:

Via USPS Overnight Delivery

Michael Colley
P.O. Box 1123
Hereford, TX 79045

Via FedEx

Martin Suroor Corrado
306 Cambridge Ter. Apt. D
Davis, CA 95618

Edward W. Orr
122 Ridge Road
Terryville, CT 06786

Austin Williams
480 Flintwood Dr.
Gahanna, OH 43230

CASE NO. 5:12-MD-2314-EJD
CERTIFICATE OF SERVICE           2

Eleni Gugliotta c/o John D. Gugliotta
Gugliotta & Gugliotta, LPA
3020 W. Market Street
Fairlawn, OH 44333

                                                  */s/ David A. Straite*

                                                  David A. Straite