| | |
|---|---|
| **DiCELLO LEVITT LLC**<br>David A. Straite (admitted *pro hac vice*)<br>485 Lexington Avenue, 10th Floor<br>New York, New York 10017<br>Tel.: (646) 933-1000<br>dstraite@dicellolevitt.com<br><br>Amy E. Keller (admitted *pro hac vice*)<br>Adam Prom (admitted *pro hac vice*)<br>Ten North Dearborn Street, 6th Fl.<br>Chicago, Illinois 60602<br>Tel.: (312) 214-7900<br>akeller@dicellolevitt.com<br>aprom@dicellolevitt.com<br><br>*Class Counsel* | **GRYGIEL LAW LLC**<br>Stephen G. Grygiel (admitted *pro hac vice*)<br>127 Coventry Place<br>Clinton, NY 13323<br>Tel.: (407) 505-9463<br>stephengrygiel22@gmail.com<br><br>**SIMMONS HANLY CONROY LLC**<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>jaybarnes@simmonsfirm.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE FACEBOOK INTERNET TRACKING LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 5:12-MD-2314-EJD<br><br>**STATEMENT REGARDING SUPPLEMENTAL DECLARATION OF STEVEN WEISBROT RE: CLAIM VALIDATIONS** |

1    Attached to this Notice is a Supplemental Declaration of Steven Weisbrot, President and
2  Chief Executive Officer at the class action notice and claims administration firm Angeion Group,
3  LLC ("Angeion"), the Claims Administrator appointed by this Court. Dkt. No. 241, ¶ 11.
4    The purpose of the attached Supplemental Declaration is to provide the Court with an
5  updated report regarding administration costs and claims processing results, including the number
6  of valid, denied, fraudulent, and duplicate claims.

Dated: October 26, 2022                            Respectfully submitted,

**DiCELLO LEVITT LLC**                             **GRYGIEL LAW LLC**

  /s/ David Straite                                  /s/ Steve Grygiel
David A. Straite (admitted *pro hac vice*)         Stephen G. Grygiel (admitted *pro hac vice*)
485 Lexington Avenue, 10th Floor                   127 Coventry Place
New York, New York 10017                           Clinton, NY 13323
Tel.: (646) 933-1000                               Tel.: (407) 505-9463
dstraite@dicellolevitt.com                         stephengrygiel22@gmail.com

Amy E. Keller (admitted *pro hac vice*)            **SIMMONS HANLY CONROY LLC**
Adam Prom (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Fl.                   /s/ Jay Barnes
Chicago, Illinois 60602                            Jason 'Jay' Barnes (admitted *pro hac vice*)
Tel.: (312) 214-7900                               112 Madison Avenue, 7th Floor
akeller@dicellolevitt.com                          New York, NY 10016
aprom@dicellolevitt.com                            Tel.: (212) 784-6400
                                                   jaybarnes@simmonsfirm.com

*Class Counsel*

CASE NO. 5:12-MD-2314-EJD
STATEMENT RE: SUPPLEMENTAL DECL.
OF STEVEN WEISBROT

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, David A. Straite, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of October, 2022, at San Jose, CA.

                                                      */s/ David Straite*
                                                     David A. Straite

CASE NO. 5:12-MD-2314-EJD
STATEMENT RE: SUPPLEMENTAL DECL.    2
OF STEVEN WEISBROT