UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE FACEBOOK INTERNET TRACKING LITIGATION | Case No. 5:12-MD-2314-EJD<br><br>**SUPPLEMENTAL DECLARATION OF STEVEN WEISBROT OF ANGEION GROUP, LLC**<br>**RE: CLAIM VALIDATIONS** |

I, Steven Weisbrot, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the President and Chief Executive Officer at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"), the Claims Administrator appointed by this Court. Dkt. No. 241, ¶ 11. I am fully familiar with the facts contained herein based upon my personal knowledge.

2. My credentials were provided to this Court on February 14, 2022 in my original declaration submitted in connection with Plaintiffs' Motion for Preliminary Settlement Approval (Dkt. No. 233-1) ("Notice Plan Declaration"). I also submitted a second declaration on August 23, 2022 in connection with Plaintiffs' Motion for Final Settlement Approval (Dkt. No. 255-1) ("Second Declaration"), regarding the implementation of the notice plan; the additional notice efforts; and an update regarding the number of claim form submissions, exclusions, and objections. I submitted a third declaration on September 9, 2022, describing the results at that time of the additional notice efforts Angeion undertook at the urging and direction of Class Counsel, and with

Defendant's support. On October 13, 2022 I submitted a fourth declaration further describing the results of the additional notice program and providing an updated report on Claim Form Submissions, Exclusions and Objections.

3. This declaration supplements my four prior declarations to provide the Court with updated information regarding claims processing results. This declaration also supplements the declaration of my colleague Jenny Shawver, Senior Project Manager at Angeion, dated May 4, 2022 (Dkt. No. 247-1) ("Shawver Declaration"), regarding the administration costs associated with the Additional Notice Efforts.

### UPDATED REPORT ON CLAIM FORM SUBMISSIONS

4. Of the 2,122,009 Claim Form Submissions, after careful review consistent with its standard and state-of-the-art vetting procedures, and honoring its obligations to the Court, the Class, and all counsel, Angeion has determined that 1,558,805 are valid; 495,541 are denied because they did not match to the Class List; 27,952 were deemed fraudulent; and 39,711 were identified as duplicates.

### ADMINISTRATION COSTS

5. As of September 30, 2022, Angeion has incurred $1,655,782.54 in administration costs. As of now, Angeion has received a total of $1,149,818.00 in payments from Meta.

6. Angeion estimates it will incur an additional $697,752.72 in administration costs, resulting in a total amount of $2,353,535.26 for the administration of this Settlement.

### NET SETTLEMENT FUND & CLASS MEMBER PAYMENTS

7. As of the date of this declaration, it is estimated that each Settlement Class Member who filed a valid claim will receive a payment in the amount of $39.21. This was calculated based on the following assumptions:

| | |
|---|---:|
| Gross Settlement Fund | **$90,000,000.00** |
| Less Attorney Fees | ($26,100,000.00) |
| Less Attorney Costs | ($393,048.87) |
| Less Service Awards | ($29,000.00) |
| Less Administration Costs | ($2,353,535.26) |
| **Net Settlement Fund** | **$61,124,415.87** |
| $61,124,415.87/1,558,805 valid claims | $39.21 |

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 26, 2022

_____
STEVEN WEISBROT