UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE FACEBOOK INTERNET TRACKING LITIGATION | Case No. 5:12-MD-2314-EJD<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF *KLEIN* PLAINTIFFS' STATEMENT OF OBJECTION TO *INTERNET TRACKING* CLASS ACTION SETTLEMENT AGREEMENT AND RELEASE PENDING FURTHER CLARIFICATION |
| *THIS DOCUMENT RELATES TO ALL ACTIONS* | Judge: Hon. Edward J. Davila |

010975-11/2027485 V1

**[PROPOSED] ORDER**

On September 12, 2022, Plaintiffs in the action *Klein et al. v. Meta Platforms*, *Inc.*, Case No. 3:20-cv-08570-JD (N.D. Cal.) (collectively, "*Klein* Plaintiffs") filed an administrative motion requesting authorization to file certain documents under seal. Having considered *Klein* Plaintiffs' motion, the Court **GRANTS** Plaintiffs' motion and **ORDERS** sealed the documents listed below as follows:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Declaration of Rachel Banks Kupcho in Support of Klein Plaintiffs' Statement of Objection to Internet Tracking Class Action Settlement Agreement and Release Pending Further Clarification | Address, telephone number, email address |
| Declaration of Sarah Grabert in Support of Klein Plaintiffs' Statement of Objection to Internet Tracking Class Action Settlement Agreement and Release Pending Further Clarification | Address, telephone number, email address |
| Declaration of Maximilian J. Klein in Support of Klein Plaintiffs' Statement of Objection to Internet Tracking Class Action Settlement Agreement and Release Pending Further Clarification | Address, telephone number, email address |

**IT IS SO ORDERED.**

Dated: ~~September~~ ___, ~~2022~~     November 7, 2022

_____
Hon. Edward J. Davila
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING CONSUMER
PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL - 1
Case No. 5:12-MD-2314-EJD
010975-11/2027485 V1

Presented by:

HAGENS BERMAN SOBOL SHAPIRO LLP


By    *s/ Shana E. Scarlett*
SHANA E. SCARLETT
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman (*pro hac vice* in *Klein*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP


Stephen A. Swedlow (admitted *pro hac vice* in *Klein*)
stephenswedlow@quinnemanuel.com
Michelle Schmit (admitted *pro hac vice* in *Klein*)
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone: (312) 705-7400
michelleschmit@quinnemanuel.com

Kevin Y. Teruya (Bar No. 235916)
Adam B. Wolfson (Bar No. 262125)
Brantley I. Pepperman (Bar No. 322057)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
kevinteruya@quinnemanuel.com
adamwolfson@quinnemanuel.com
brantleypepperman@quinnemanuel.com

Manisha M. Sheth (admitted *pro hac vice* in *Klein*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
manishasheth@quinnemanuel.com

*Interim Co-Lead Counsel for Consumer Class*

W. Joseph Bruckner (*pro hac vice* in *Klein*)
Robert K. Shelquist (*pro hac vice* in *Klein*)
Brian D. Clark (*pro hac vice* in *Klein*)
Rebecca A. Peterson (SBN 241858)
Arielle S. Wagner (*pro hac vice* in *Klein*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
wjbruckner@locklaw.com
rkshelquist@locklaw.com
bdclark@locklaw.com
rapeterson@locklaw.com
aswagner@locklaw.com

*Executive Committee for Consumer Class*

[PROPOSED] ORDER GRANTING CONSUMER
PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL - 3
Case No. 5:12-MD-2314-EJD
010975-11/2027485 V1