| | |
|---|---|
| **DiCELLO LEVITT LLC** | **COOLEY LLP** |
| David A. Straite (admitted *pro hac vice*) | Michael G. Rhodes (116127) |
| 485 Lexington Avenue, 10th Floor | (rhodesmg@cooley.com) |
| New York, New York 10017 | Kyle C. Wong (224021) |
| Tel.: (646) 933-1000 | (kwong@cooley.com) |
| dstraite@dicellolevitt.com | Lauren J. Pomeroy (291604) |
| | (lpomeroy@cooley.com) |
| Amy E. Keller (admitted *pro hac vice*) | Sharon Song (313535) |
| Adam Prom (admitted *pro hac vice*) | (ssong@cooley.com) |
| Ten North Dearborn Street, 6th Fl. | 3 Embarcadero Center, 20th Floor |
| Chicago, Illinois 60602 | San Francisco, CA 94111-4004 |
| Tel.: (312) 214-7900 | Telephone: (415) 693-2000 |
| akeller@dicellolevitt.com | Facsimile: (415) 693-2222 |
| aprom@dicellolevitt.com | Counsel for Defendant |

**GRYGIEL LAW LLC**
Stephen G. Grygiel (admitted *pro hac vice*)
127 Coventry Place
Clinton, NY 13323
Tel.: (407) 505-9463
stephengrygiel22@gmail.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com

*Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE FACEBOOK INTERNET TRACKING LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 5:12-MD-2314-EJD<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER REGARDING POST-DISTRIBUTION ACCOUNTING** |

Pursuant to Civil Local Rule 6-2, Plaintiffs Perrin Davis, Cynthia Quinn, Brian Lentz, and Matthew Vickery ("Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta") (collectively "the Parties"), by and through their respective counsel, stipulate and agree as follows, subject to Court approval:

WHEREAS, on November 10, 2022, the Court issued the Order Granting Motion for Final Approval of Class Action Settlement; Granting Motion for Attorneys' Fees, Expenses, and Service Awards; Judgment (the "Order") (ECF No. 289) and therein set a compliance deadline of **February 10, 2023** to file a post-distribution accounting in accordance with this District's Procedural Guidance for Class Action Settlements;

WHEREAS, on December 8, 2022, objectors Sarah Feldman, Hondo Jan and Eric Alan Isaacson filed notices of appeal (the "Objector Appeals"), *see* ECF No. 293 (Feldman and Jan) and ECF No. 294 (Isaacson);

WHEREAS, the Settlement Agreement provides for distribution of the Settlement Payments to Settlement Class Members following the "Effective Date," which does not occur until the Objector Appeals are resolved, *see* Settlement Agreement (ECF No. 233-1) at Sections 1.13 ("Effective Date" defined) and 4.9 (Settlement Payments to Settlement Class Members to be distributed after "Effective Date"); and

WHEREAS, in light of the Objector Appeals, the Effective Date is now indefinitely delayed until such appeals are resolved by the Ninth Circuit.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that, subject to Court approval, the February 10, 2023 deadline for post-distribution accounting shall be stayed pending resolution of the Objector Appeals; and the Parties, in consultation with Claims Administrator Angeion Group, will propose a new deadline to the Court promptly after resolution of the Objector Appeals.

| | | |
|---|---|---|
| 1 | Dated: February 7, 2023 | COOLEY LLP |
| 2 | | */s/ Kyle C. Wong* |
| 3 | | Kyle C. Wong |
| 4 | | Attorney for Defendant<br>Meta Platforms, Inc. |
| 5 | | |
| 6 | Dated: February 7, 2023 | DICELLO LEVITT LLC |
| 7 | | */s/ David A. Straite* |
| 8 | | David A. Straite (admitted *pro hac vice*) |
| 9 | | Counsel for Plaintiffs |
| 10 | | |
| 11 | Dated: February 7, 2023 | GRYGIEL LAW LLC |
| 12 | | */s/ Stephen G. Grygiel*<br>Stephen G. Grygiel (admitted *pro hac vice*) |
| 13 | | Counsel for Plaintiffs |
| 14 | | |
| 15 | Dated: February 7, 2023 | SIMMONS HANLY CONROY LLC |
| 16 | | */s/ Jason "Jay" Barnes* |
| 17 | | Jason "Jay" Barnes (admitted *pro hac vice*) |
| 18 | | Counsel for Plaintiffs |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, David A. Straite, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of February, 2023, at New York, NY.

*/s/ David A. Straite*
David A. Straite

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 7, 2023

_____
The Honorable Edward J. Davila
United States District Judge