UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

APR 09 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: FACEBOOK, INC. INTERNET TRACKING LITIGATION, <br> ------------------------------ <br> PERRIN AIKENS DAVIS; et al., <br><br>           Plaintiffs - Appellees, <br><br> SARAH FELDMAN; HONDO JAN, <br><br>           Objectors - Appellants, <br><br>   v. <br><br> META PLATFORMS, INC., FKA Facebook, Inc., <br><br>           Defendant - Appellee. | No. 22-16903 <br><br> D.C. No. 5:12-md-02314-EJD <br> U.S. District Court for Northern California, San Jose <br><br> **MANDATE** |
| In re: FACEBOOK, INC. INTERNET TRACKING LITIGATION, <br> ------------------------------ <br> PERRIN AIKENS DAVIS; et al., <br><br>           Plaintiffs - Appellees, <br><br>   v. | No. 22-16904 <br><br> D.C. No. 5:12-md-02314-EJD <br> U.S. District Court for Northern California, San Jose |

ERIC ALAN ISAACSON,

        Objector - Appellant,

  v.

META PLATFORMS, INC., FKA Facebook, Inc.,

        Defendant - Appellee.

The judgment of this Court, entered February 21, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $73.20.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT