# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 17, 2024

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUN 21 2024

FILED
DOCKETED
DATE                INITIAL

    Re:  Eric Alan Isaacson
           v. Meta Platforms, Inc., fka Facebook, Inc., et al.
           Application No. 23A1112
           (Your No. 22-16904)

Dear Clerk:

    The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on June 17, 2024, extended the time to and including August 29, 2024.

    This letter has been sent to those designated on the attached notification list.

                    Sincerely,

                    **Scott S. Harris**, Clerk

                    by

                    Angela Jimenez
                    Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

NOTIFICATION LIST

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Mr. Eric Alan Isaacson
Law Office of Eric Alan Isaacson
6580 Avenida Mirola
La Jolla, CA 92037-6231


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526