# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 9, 2024

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Eric Alan Isaacson
           v. Meta Platforms, Inc., fka Facebook, Inc.
           No. 24-259
           (Your No. 22-16904)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on August 29, 2024 and placed on the docket September 9, 2024 as No. 24-259.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst